

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

July 7, 2025

<u>**Via ECF**</u>
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

      RE: *Ahmend, et al. v. City of Buffalo, et al.*
           Case No. 25-cv-391

Dear Judge Sinatra,

    This office currently represents Satish K. Tripathi in this matter. Plaintiff served the Complaint on Mr. Tripathi on June 20, 2025. His current deadline to respond is July 11, 2025. In addition to Mr. Tripathi, this office is also likely to represent the State Officer Defendants. Upon information and belief, the State Officer Defendants were served with the Complaint on June 20, 2025 and their deadline to respond is July 11, 2025. The State Officer Defendants have contacted this office for representation, but the engagement has not yet been formalized.

    To allow time for our office to formalize the engagement with the State Officer Defendants, we respectfully request that the deadline for Mr. Tripathi and the State Officer Defendants be extended from July 11, 2025 to August 1, 2025. Plaintiffs do not object to this request.

    Thank you for your kind attention in this matter.

                                    Respectfully Yours,

                                    */s/ Daniel R. Maguire*
                                    Daniel R. Maguire
                                    Assistant Attorney General
                                    Buffalo Regional Office