

# COUNTY OF ERIE

JEREMY C. TOTH
COUNTY ATTORNEY

KRISTEN M. WALDER
DEPUTY COUNTY ATTORNEY

DEPARTMENT OF LAW

July 10, 2025

**Via ECF**
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

    Re:    **Ahmed, et al. v. City of Buffalo, et al.**
              Case No.: 1:25-cv-00391

Dear Judge Sinatra:

    This office represents Defendants County of Erie, Erie County Sheriff John C. Garcia, Sergeant Simon Biegasiewicz, Deputy Raymond Diebel, Sergeant Matthew McClelland, Sergeant Brandon Stott (i/s/h/a "Deputy Scott"), Retired Lieutenant Christopher Soluri, Deputy Salvatore Vaccaro, and Deputy Jason Wahl in the above-referenced matter.

    Upon information and belief, Plaintiffs served the Complaint on these Defendants on or about June 20, 2025. These Defendants respectfully request an extension of time, until September 1, 2025, to answer, move against, or otherwise respond to Plaintiffs' Complaint. Our office is requesting this adjournment to allow additional time to review the allegations of the voluminous Complaint with our clients and to prepare to defend these Defendants' interests. Plaintiffs' counsel consents to this request.

    Thank you in advance for your consideration.

                                        Very truly yours,

                                        JEREMY C. TOTH
                                        Erie County Attorney

                                        By: /s Amanda M. Somma
                                        Amanda M. Somma
                                        Assistant County Attorney
                                        Direct Dial: (716) 858-2252
                                        E-mail: Amanda.Somma@erie.gov