

July 14, 2025

<u>VIA ECF</u>
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:    *Yousef Ahmed, et al v. City of Buffalo, et al.*
       Case No.: 1:25-cv-00391

Dear Judge Sinatra:

This office represents Defendants Town of Cheektowaga, Officer Arnold, Officer Miller and Officer Rogers (the "Cheektowaga Defendants") in connection to the above referenced matter.

Upon information and belief, the Town of Cheektowaga was served with Plaintiff's Complaint on or about June 20, 2025. The Cheektowaga Defendants respectfully request an extension of time to answer, move or otherwise respond to Plaintiff's Complaint. Our office is requesting this adjournment to allow additional time to review the allegations and to prepare to defend our clients.

I conferred with Plaintiffs' counsel, Robert Corp, on Friday, July 11th, and he consents to an extension of time for the Cheektowaga Defendants to answer or otherwise move until September 1, 2025. This is consistent with the extensions granted to the other defendants in this matter. Therefore, we request the court approve the extension for the Cheektowaga Defendants as well.


Very truly yours,

LIPPES MATHIAS LLP

Jennifer C. Persico

JCP/smk

Jennifer C. Persico | Partner | jpersico@lippes.com
50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   Phone: 716.853.5100   Fax: 716.853.5199   lippes.com

New York: Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs // Florida: Jacksonville // Illinois: Chicago
Ohio: Cleveland // Oklahoma: Oklahoma City // Ontario: Greater Toronto Area // Texas: San Antonio // Washington, D.C.