

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Stephen M. Sorrels**
sms@hurwitzfine.com

July 16, 2025

Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    RE:    Ahmed, et. al. v. City of Buffalo, et. al.
             Index No. 1:25-cv-391-JLS

Dear Judge Sinatra:

    Please be advised that my office will be representing the Town of Amherst and the following Town of Amherst Police Officers: Captain Kari McFayden, Captain Charles Persons, Lieutenant Matthew Lobuglio, Lieutenant Craig Pelt, Investigator Richard Walter, Officer Brett Christmann, Officer Michael Kubek, Officer Patrick Luvender, Officer Joshua Militello, and Officer Dererk Neuman.

    My purpose in providing this correspondence is to request an extension of time until August 29, 2025, to respond to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b). I have conferred with counsel who has indicated no objection to this requested extension.

    We are respectfully requesting this extension until August 29, 2025, to review the complaint and analyze the materials concerning the underlying incident at issue to determine the proper course of action to be taken and/or applicable defenses. Upon belief, this request is being made prior to the time these defendants are required to respond. No prior request for such relief has been made by your deponent on behalf of these defendants.



**HURWITZ FINE P.C.**

Honorable John L. Sinatra, Jr.
July 16, 2025
Page | 2

    If you have any questions or require any additional information, please do not hesitate to contact me.

    Respectfully,

    HURWITZ FINE P.C.

    *[signature]*

    Stephen M. Sorrels