**TRAUB LIEBERMAN**

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7009  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

Lisa L. Shrewsberry  |  Partner  |  lshrewsberry@tlsslaw.com

August 11, 2025

**VIA ECF & E-MAIL:  sinatra@nywd.uscourts.gov**

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

  Re: **Yousef Ahmed, et al. City of Buffalo, et al.**
     **Case No.: 1:25-cv-00391 (JLS)**

Dear Judge Sinatra:

 This firm represents Defendants Village of Kenmore ("Kenmore") and Police Officer Bradley Caruana ("Officer Caruana") in the above-referenced matter. Upon information and belief, Plaintiffs served their Summons and Complaint on Kenmore on or about June 20, 2025, and Officer Caruana on or about June 27, 2025. We write to respectfully request an extension of Kenmore and Officer Caruana's time, from August 15, 2025 to **September 12, 2025**, to serve an answer, move against or otherwise respond to Plaintiffs' Complaint. This is Kenmore and Officer Caruana's second request for an extension. Plaintiffs' counsel has consented to the request. The extension is requested to provide Kenmore, Officer Caruana and their attorneys the opportunity to investigate the 466 allegations and nineteen causes of action plead in the Complaint.

 Should the Court require any additional information, please do not hesitate to contact the undersigned.

         Respectfully submitted,

        TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

         *Lisa L. Shrewsberry*
         Lisa L. Shrewsberry

TO:  ALL PARTIES OF RECORD (via ECF)