

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900  F: 716.855.0874
hurwitzfine.com

**Stephen M. Sorrels, Esq.**
sms@hurwitzfine.com

August 26, 2025

Honorable John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    RE:    Ahmed, et. al. v. City of Buffalo, et. al
             Index No.: 1:25-cv-391-JLS

Dear Judge Sinatra:

    As you are aware, my office represents the Town of Amherst and the following Town of Amherst Police Officers: Captain Kari McFayden, Captain Charles Persons, Lieutenant Matthew Lobuglio, Lieutenant Craig Pelt, Investigator Richard Walter, Officer Brett Christmann, Officer Michael Kubek, Officer Patrick Luvender, Officer Joshua Militello, and Officer Dererk Neuman in this matter.

    My purpose in providing this correspondence is to request an additional extension of time until September 12, 2025, to respond to Plaintiff's Complaint pursuant to Fed. R. Civ. P. 6(b). The Court previously granted an extension until August 29, 2025. Additional time is needed due to the volume and complexity of the Complaint. I have conferred with counsel who has indicated no objection to this requested extension.

    Additionally, these Defendants anticipate filing a motion to dismiss the Complaint. The Complaint is 108 pages and alleges 19 claims, including federal and state violations that span the First, Fourth, Fourteenth Amendments, *Monell* liability, and state-law torts and New York Civil Law claims, against municipal entities and dozens of individual officers from multiple agencies. As these Defendants have 19 claims to address, we respectfully move for leave to file a memorandum of law over 25 pages, pursuant to Local Rule Civil Procedure 7(a)(2)(C). Plaintiffs' counsel has also indicated no objection to this request.

    As such, we respectfully request this additional extension until September 12, 2025, to review the complaint and analyze the materials concerning the underlying incident at issue to determine the proper course of action to be taken and/or applicable defenses. It is further respectfully requested that should these Defendants file a motion to dismiss that the Court enlarge the 25-page limit set forth in the Local Rules of Civil Procedure.



**HURWITZ FINE P.C.**
Page | 2

    If you have any questions or require any additional information, please do not hesitate to contact me.

                                            Respectfully,
                                            HURWITZ FINE P.C.

                                            Stephen M. Sorrels