

# COUNTY OF ERIE

JEREMY C. TOTH
COUNTY ATTORNEY

KRISTEN M. WALDER
DEPUTY COUNTY ATTORNEY

DEPARTMENT OF LAW

August 28, 2025

**Via ECF**
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

>        **Re:    UB Protest Cases**
>                **Our File No.: 31-20250027**
>                **Case No.: 1:25-cv-00391**

Dear Judge Sinatra:

This office represents Defendants County of Erie, Erie County Sheriff John C. Garcia, Sergeant Simon Biegasiewicz, Deputy Raymond Diebel, Sergeant Matthew McClelland, Sergeant Brandon Stott (i/s/h/a "Deputy Scott"), Retired Lieutenant Christopher Soluri, Deputy Salvatore Vaccaro, and Deputy Jason Wahl in the above-referenced matter.

We respectfully request a second extension of time, from September 1, 2025 to September 12, 2025, to answer, move against, or otherwise respond to Plaintiffs' Complaint. Our office is requesting this adjournment due to the length and complexity of the Complaint. Plaintiffs' counsel consents to this request.

Thank you in advance for your consideration.

Very truly yours,

JEREMY C. TOTH
Erie County Attorney

By: /s Amanda M. Somma
Amanda M. Somma
Assistant County Attorney
Direct Dial: (716) 858-2252
E-mail: Amanda.Somma@erie.gov