

August 29, 2025

VIA ECF
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re: *Yousef Ahmed, et al v. City of Buffalo, et al.*
Case No.: 1:25-cv-00391

Dear Judge Sinatra:

As you are aware, this office represents Defendants Town of Cheektowaga, Officer Arnold, Officer Miller and Officer Rogers (the "Cheektowaga Defendants") in connection to the above referenced matter.

The Cheektowaga Defendants respectfully request an additional extension of time, until September 12, 2025, to answer, move or otherwise respond to Plaintiff's Complaint. This relief is consistent with the recent extensions granted to the other defendants in this matter. (*See, e.g.*, Kenmore Defendants [36][1], Amherst Defendants [38], County Defendants [40].) Our office is requesting this additional time to review and investigate the allegations and causes of action pleaded in the Complaint.

It is further respectfully requested that should the Cheektowaga Defendants file a motion to dismiss, that the Cheektowaga have leave to file a brief in excess of the 25-page limit set forth in the Local Rules of Civil Procedure.

I have conferred with Plaintiffs' counsel's office, and the Plaintiffs consent to both elements of relief requested above.

Based on the foregoing, we request the court approve the additional extension for the Cheektowaga Defendants as well.

---

[1] Bracketed References are to the document number in this Court's Case Management/Electronic Case Files system for the above referenced index.

James P. Blenk|  Partner  |  jblenk@lippes.com
50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   **Phone:** 716.853.5100   **Fax:** 716.853.5199   lippes.com

**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ohio:** Cleveland  //  **Oklahoma:** Oklahoma City  //  **Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**



Thank you for your consideration.

Respectfully submitted,

LIPPES MATHIAS LLP

James P. Blenk

JPB/smk