

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

September 1, 2025

**Via ECF**
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

RE: *Ahmend, et al. v. City of Buffalo, et al.*
Case No. 25-cv-391

Dear Judge Sinatra,

This office currently represents Satish K. Tripathi and the NYS Defendant Officers (collectively, the "NYS Defendants") in this matter. Plaintiff served the Complaint on the NYS Defendants on or about June 20, 2025. The NYS Defendants then requested that the deadline for the NYS Defendants to respond to the Complaint be extended to September 2, 2025, which this Court granted. In order to synchronize the NYS Defendants deadline to respond to the Complaint with the other defendants in this litigation, the NYS Defendants request that their deadline to respond to the Complaint be extended to September 12, 2025. Plaintiffs do not object to this request.

Thank you for your kind attention in this matter.

Respectfully Yours,

*/s/ Daniel R. Maguire*
Daniel R. Maguire
Assistant Attorney General
Buffalo Regional Office