UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

YOUSEF AHMED, *et al.*,

    *Plaintiffs*,

v.

CITY OF BUFFALO, et al.,
    *Defendants*.

**NOTICE OF MOTION**

Civil Action No.: 25-cv-391-JLS

---

| | |
|---|---|
| **MOTION ON BEHALF OF:** | Defendants the Town of Tonawanda and Police Officer Grant F. Currey, Police Officer Nicholas J. Lund, Police Officer Mitchell F. Maraschiello, Police Officer Jeremiah J. Walsch-Steiner and Police Officer Kelly J. Wright, by their attorneys Colucci & Gallaher, P.C. |
| **DATE, TIME AND PLACE OF HEARING:** | At a date and time to be determined by the Court. Hon. John L. Sinatra, Jr., United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, NY 14202 |
| **SUPPORTING PAPERS:** | Memorandum of Law dated September 2, 2025. Defendants the Town of Tonawanda, Police Officer Grant F. Currey, Police Officer Nicholas J. Lund, Police Officer Mitchell F. Maraschiello, Police Officer Jeremiah J. Walsch-Steiner and Police Officer Kelly J. Wright intend to file reply papers. |
| **RELIEF DEMANDED:** | An order granting Defendants' motion for summary judgment dismissing all of Plaintiffs' causes of action, together with such further and other relief as the Court determines to be just and proper. |
| **GROUNDS:** | Fed. R. Civ. P. 12 |
| **NATURE OF ACTION:** | Civil Rights |

Dated: Buffalo, New York  COLUCCI & GALLAHER, P.C.
      September 2, 2025

By: _____
    Paul G. Joyce
    Marc S. Smith
    *Attorneys for Town of Tonawanda and*
    *Town of Tonawanda Police Officer Grant*
    *F. Currey, Police Officer Nicholas J.*
    *Lund, Police Officer Mitchell F.*
    *Maraschiello, Police Officer Jeremiah J.*
    *Walsch-Steiner, and*
    *Police Officer Kelly J. Wright*
    800 Main Place Tower
    350 Main Street
    Buffalo, New York 14202
    (716) 853-4080
    pjoyce@cgbuffalo.com
    msmith@cgbuffalo.com

TO: Robert M. Corp, Esq.
    LIPSITZ GREEN SCIME CAMBRIA, LLP
    *Attorneys for Plaintiffs*
    42 Delaware Avenue, Suite 120
    Buffalo, New York 14202
    (716) 849-1333
    rcorp@lglaw.com