UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

YOUSEF AHMED, et al.,

                Plaintiff,

    -vs-
                                                         Case No. 25-CV-00391

CITY OF BUFFALO, et al,

                Defendants.
_____

### NOTICE OF MOTION FOR PARTIAL MOTION TO DISMISS

| | |
|---|---|
| MOTION BY: | Defendants Satish K. Tripathi ("President Tripathi"), Kimberly Beaty, Scott Marciszewski, Jonathan Fletcher, Timoty Bacon, Christopher Kerr, Robert Adamski, Luke Galmarini, Christopher Gruttaria, Matthew Kostek, Gregory Kurowski, Alexis Pearce, Michael Puerner, Amy Revelas, Michael Saraceno, Christopher Sprigg, Douglas Takac, Timothy Thompson, Robert Majewski, Kevin Will (collectively, the "State Defendants" and, collectively without President Tripathi, the "UBPD Defendants") |
| RELIEF SOUGHT: | Partial Dismissal |
| WHEN RETURNABLE: | As directed by the Court |
| WHERE RETURNABLE: | Hon. John L. Sinatra<br>United States Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | Memorandum of Law in Support of Partial Motion to Dismiss, dated September 12, 2025. |

**DATED:**   Buffalo, New York
September 12, 2025

LETITIA JAMES
Attorney General of the State of New York
Attorney for State Defendants
BY: /s/ *Daniel R. Maguire*
DANIEL R. MAGUIRE
Assistant Attorney General, of Counsel
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
(716) 853-8419
Daniel.Maguire@ag.ny.gov
