UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

YOUSEF AHMED, et. al.,

               Plaintiffs,

v.

THE CITY OF BUFFALO, et. al.,

               Defendants.

**NOTICE OF MOTION TO DISMISS**

Civil No.: 1:25-cv-00391-JLS

---

| | |
|---|---|
| **MOTION MADE BY** | HURWITZ FINE P.C., 1300 Liberty Building, Buffalo, New York 14202, attorneys for Defendants, THE TOWN OF AMHERST, CAPTAIN KARI MCFAYDEN, CAPTAIN CHARLES PERSONS, LIEUTENANT MATTHEW LOBUGLIO, LIEUTENANT CRAIG PELT, INVESTIGATOR RICHARD WALTER, OFFICER BRETT CHRISTMANN, OFFICER MICHAEL KUBEK, OFFICER PATRICK LUVENDER, OFFICER JOSHUA MILITELLO, and OFFICER DERERK NEUMAN. |
| **DATE, TIME AND PLACE OF HEARING** | At a date and time to be determined by this Court before Hon. John L. Sinatra, United States District Court, Western District of New York, 2 Niagara Square, Buffalo, New York 14202. |
| **SUPPORTING PAPERS** | Declaration of Stephen M. Sorrels, Esq., sworn to on September 12, 2025, and Memorandum of Law dated September 12, 2025, and all the pleadings and proceedings herein before had herein. |
| **RELIEF DEMANDED AND GROUNDS THEREFORE** | Defendants move for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the entirety of the Complaint as against the above-referenced Defendants, as Plaintiffs' claims are improperly grouped, not clear or concise, unsupported by any facts to show their claims are plausible, and Plaintiff's claims are contrary to well-settled federal and state law, and for such other and further relief the Court deems just and proper. |
| **TYPE OF ACTION** | The above-entitled action is for violations of Plaintiffs' Constitutional rights under 42 U.S.C. §1983, including malicious prosecution, violations of First Amendment (free speech, free assembly, free exercise, and retaliation for |

1

speech, assembly, and recording), the Fourth Amendment (excessive force, unlawful seizure, and false arrest), and the Fourteenth Amendment (equal protection, due process, and religious discrimination), and *Monell* liability, as well as New York State claims including assault and battery, false arrest, false imprisonment, abuse of process, negligence and gross negligence, negligent hiring, training and supervision, malicious prosecution, and violations of the New York State Constitution and New York Civil Rights laws.

DATED:    Buffalo, New York
          September 12, 2025

**HURWITZ FINE P.C.**

*Stephen M. Sorrels*

Stephen M. Sorrels, Esq.
*Attorney for Defendants*
*Town of Amherst,*
*Captain Kari McFayden,*
*Captain Charles Persons,*
*Lieutenant Matthew LoBuglio,*
*Lieutenant Craig Pelt,*
*Investigator Richard Walter,*
*Officer Brett Christmann,*
*Officer Michael Kubek,*
*Officer Patrick Luvender,*
*Officer Joshua Militello, and*
*Officer Dererk Neuman*
424 Main Street
1300 Liberty Building
Buffalo, New York 14202
(716) 849-8900
sms@hurwitzfine.com