UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

YOUSEF AHMED, et al.,

        *Plaintiffs,*

  v.

CITY OF BUFFALO, et al.,

        *Defendants*.

**NOTICE OF MOTION**

Case No.: 1:25-cv-00391

| | |
|---|---|
| **MOTION BY:** | Defendants, County of Erie, Erie County Sheriff John C. Garcia, individually, Sergeant Simon Biegasiewicz, Deputy Raymond Diebel, Sergeant Matthew McClelland, Sergeant Brandon Stott (i/s/h/a "Deputy Scott"), Lieutenant Christopher Soluri, Deputy Salvatore Vaccaro, and Deputy Jason Wahl |
| **RELIEF REQUESTED:** | An Order granting partial dismissal of the Complaint with prejudice, together with such other and further relief as to this Court may seem necessary and just. |
| **DATE, TIME & PLACE:** | To be determined by the Court. |
| **SUPPORTING PAPERS:** | Notice of Motion; Attorney Declaration of Amanda M. Somma, Esq., with exhibits attached; and Memorandum of Law, all dated September 12, 2025. |
| **ANSWERING PAPERS:** | To be filed and served in accordance with the Court's briefing schedule. |
| **REPLY PAPERS:** | Defendant requests the opportunity to file reply papers in accordance with the Court's briefing schedule. |

| | |
|---|---|
| **ORAL ARGUMENT:** | Only as may be ordered by the Court. |
| **GROUNDS FOR RELIEF:** | Fed. R. Civ. P. 12(b)(6) and authority cited herein. |

Dated:      September 12, 2025
              Buffalo, New York

**JEREMY C. TOTH, ESQ.**
*Erie County Attorney*

By: *s/ Amanda M. Somma*
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2254
E-Mail: Amanda.Somma@erie.gov

To:    Robert M. Corp, Esq.
        Attorney for the Plaintiffs
        Lipsitz Green Scime Cambria LLP
        42 Delaware Avenue, Suite 120
        Buffalo, New York 14202
        Email: rcorp@lglaw.com