UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

YOUSEF AHMED, et al.,

            *Plaintiffs,*    **DECLARATION**

  v.

                              Case No.: 1:25-cv-00391

CITY OF BUFFALO, et al.,

            *Defendants.*

---

      The undersigned, Amanda M. Somma, an attorney at law, affirms that the following statements are true under the penalties of perjury:

      1.    I am an attorney at law admitted to practice before this Court and am with the Erie County Attorney's Office, counsel for the defendants, County of Erie, Erie County Sheriff John C. Garcia, individually, Sergeant Simon Biegasiewicz, Deputy Raymond Diebel, Sergeant Matthew McClelland, Sergeant Brandon Stott (i/s/h/a "Deputy Scott"), Lieutenant Christopher Soluri, Deputy Salvatore Vaccaro, and Deputy Jason Wahl (hereinafter, collectively, "Erie County Defendants").

      2.    I am familiar with the facts herein. This declaration is being submitted on behalf of the Erie County Defendants containing information which is believed to be true. Information not based upon personal knowledge is based upon matters believed to be true contained in investigation, correspondence, pleadings, conferences, and telephone conversations.

3.  This declaration is submitted on behalf of the Erie County Defendants, in support of their Motion to Dismiss pursuant to F.R.C.P. §12(b)(6) in the above-captioned matter.

4.  On or about July 30, 2024, the Plaintiffs, Yousef Ahmed, Jay Ayoub, Majd Ayoub, Elvi Jo Dougherty, Soliegh M. Dougherty, Timothy P. Georger, Ibrahim Khatib, Hannah R. Krull, and Noor A. Mohammed served Notices of Claim, annexed hereto collectively as **Exhibit A**[1].

5.  Plaintiff Jazmine C. Frazier did not serve a Notice of Claim on the Erie County Defendants.

6.  On May 1, 2025, the Plaintiffs commenced the above-entitled action by filing a Complaint (Dkt. No. 1, attached hereto as **Exhibit B**) in the Office of the Clerk of the United States District Court for the Western District of New York.

7.  The Erie County Defendants now seek partial dismissal of Plaintiffs' Complaint.

8.  For the reasons set forth in the County Defendants' Memorandum of Law, the County Defendants respectfully request that this Court dismiss certain claims as detailed therein with prejudice.

Dated:   September 12, 2025
         Buffalo, New York

**JEREMY C. TOTH, ESQ.**
*Erie County Attorney*

By: *s/ Amanda M. Somma*
Assistant County Attorney
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2254
E-Mail: Amanda.Somma@erie.gov

---

[1] The Exhibits attached to the Notices of Claim are omitted for the purpose of brevity.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2025, I electronically filed the foregoing with the clerk of the United States District Court for the Western District of New York using that Court's CM/ECF electronic filing system, which, in turn, electronically transmitted the foregoing to the following attorney for the Plaintiff and Co-Defendants, at the following email addresses:

Robert M. Corp, Esq.
Attorney for the Plaintiffs
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Email: rcorp@lglaw.com

Jennifer C. Persico, Esq.
James P. Blenk, Esq.
Attorneys for Defendants
Town of Cheektowaga, Officer Matthew Arnold,
Officer Miller, and Officer Shane Rogers
Lippes Mathias LLP
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Email: jpersico@lippes.com; jblenk@lippes.com

Lisa L. Shrewsberry, Esq.
Attorney for Defendants
Village of Kenmore and Police Officer Bradley Caruana
Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
Email: lshrewsberry@tlsslaw.com

Stephen M. Sorrels, Esq.
Attorney for Defendants
Town of Amherst, Captain Kari McFayden,
Captain Charles Persons, Lieutenant Matthew Lobuglio,
Lieutenant Craig Pelt, Investigator Richard Walter,
Officer Brett Christmann, Officer Michael Kubek,
Officer Patrick Luvender, Officer Joshua Militello, and Officer Derek Neuman
Hurwitz Fine PC
The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
Email: sms@hurwitzfine.com

Marc S. Smith, Esq.
Paul G. Joyce, Esq.
Attorney for Defendants Town of Tonawanda, Police Officer Mitchell Maraschiello, Police Officer Jeremiah J Walsh Steiner, Police officer Kelly J. Wright, Police Officer Nicholas J. Lund, and Police Officer Grant F. Currey
Colucci & Gallaher, P.C.
350 Main Street, Ste 800
Buffalo, NY 14202
Email: msmith@colucci-gallaher.com; pjoyce@colucci-gallaher.com

Daniel R. Maguire, Esq.
Attorney for Defendants Satish K. Tripathi, Chief Kimberly L. Beaty, Deputy Chief Scott Marciszewski, Captain Jonathan Fletcher, Lieutenant Timothy Bacon, Lieutenant Christopher Kerr, Officer Robert Adamski, Officer Luke Galmarini, Officer Christopher Gruttsria, Officer Matthew Kostek, Officer Gregory Kurowski, Officer Alexis Pearc, Officer Michael Puerner, Officer Amy Revelas, Officer Michael Saraceno, Officer Christopher Sprigg, Officer Douglas Takac, Investigator Timothy Thompson, Officer Majewski, and Officer Will
NYS Attorney General's Office
Main Place Tower
350 Main Street, Suite 300a
Buffalo, New York 14202
Email: Daniel.maguire@ag.ny.gov

Dated:        September 12, 2025
              Buffalo, New York

**JEREMY C. TOTH**, **ESQ.**
Erie County Attorney and Attorney for Defendants, County of Erie, Erie County Sheriff John C. Garcia, Sergeant Simon Biegasiewicz, Deputy Raymond Diebel, Sergeant Matthew McClelland, Sergeant Brandon Stott (i/s/h/a "Deputy Scott"), Retired Lieutenant Christopher Soluri, Deputy Salvatore Vaccaro, and Deputy Jason Wahl

/s/ Amanda M. Somma
By:  Amanda M. Somma, Esq.
95 Franklin Street, Room 1634
Buffalo, New York 14202
Tel: (716) 858-2208
Email:  amanda.somma@erie.gov