# EXHIBIT A

In the Matter of the Claim of

YOUSEF A. AHMED

**NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from _John MacCarrie_ on
the _30th_ day of _July_, 20_24_
at _11·58_ a.m./p.m.

_Assistant County Attorney_

TO:   ERIE COUNTY,
      ERIE COUNTY SHERIFF'S OFFICE,
      TOWN OF AMHERST,
      AMHERST POLICE DEPARTMENT,
      CITY OF BUFFALO,
      BUFFALO POLICE DEPARTMENT,
      VILLAGE OF KENMORE,
      KENMORE POLICE DEPARTMENT,
      TOWN OF TONAWANDA,
      TOWN OF TONAWANDA POLICE DEPARTMENT,

6599697v1 - 074223.0001

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that YOUSEF A. AHMED, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 55 Ascot Circle, Amherst, NY 14051.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3. The claim of YOUSEF A. AHMED is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for

6599697v1 - 074223.0001

2

consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4. The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5. The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 5:00 p.m., the claimant YOUSEF A. AHMED and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, YOUSEF A. AHMED, while lawfully and properly on public property, was in the process of leaving the demonstration and walked towards Capen Hall, and was exercising the rights and privileges guaranteed to him under the United States and New York State Constitutions, including his Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, his Right to Equal Protection, and his right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant. Unnamed officers targeted Claimant because of his leadership role in certain student groups and because he was videotaping their conduct. Unnamed officers violently tackled Claimant. Claimant was in the process of leaving the demonstration when unnamed officers locked/blocked the doors to Capen Hall, preventing Claimant from leaving the vicinity of the demonstration. Unnamed officers chased Claimant along the sidewalk area outside Capen Hall and violently tackled Claimant to the ground. At least four unnamed

3

officers violently tackled and piled on Claimant. Claimant was held down by the officers and was kicked, kneed, and struck while he laid on the ground, unable to breathe. Despite Claimant having been apprehended by numerous officers and not resisting his arrest, Claimant was subjected to violent force by responding officers. Claimant YOUSEF A. AHMED was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of

4

YOUSEF A. AHMED, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting YOUSEF A. AHMED from freely exercising his guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and his right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be

assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, YOUSEF A. AHMED, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to his nerves and nervous system. Claimant suffered serious injuries to his thumb, hands, head, and brain and was unable to breathe for an extended period of time. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE

DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on behalf of YOUSEF A. AHMED, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF ERIE       )

YOUSEF A. AHMED, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of himself. He has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, he believes them to be true.

_____
Yousef A. Ahmed

Sworn to before me on this
2 9ᵗʰ day of July 2024

_____
Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 20 2 6

DATED:      Buffalo, New York
            July 2ϑ, 2024

_____
YOUSEF A. AHMED

LIPSITZ GREEN SCIME CAMBRIA LLP

By:_____
    ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

4817173v1 - 071944.0001

_____

In the Matter of the Claim of

JAY M. AYOUB

**NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from John MacCarrick on
the 30th day of July , 20 24
at 11:58 a.m./p.m.

_____
Assistant County Attorney

_____

TO:   ERIE COUNTY,
      ERIE COUNTY SHERIFF'S OFFICE,
      TOWN OF AMHERST,
      AMHERST POLICE DEPARTMENT,
      CITY OF BUFFALO,
      BUFFALO POLICE DEPARTMENT,
      VILLAGE OF KENMORE,
      KENMORE POLICE DEPARTMENT,
      TOWN OF TONAWANDA,
      TOWN OF TONAWANDA POLICE DEPARTMENT,

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that JAY M. AYOUB, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 230 Palmdale Drive, Buffalo, NY 14221.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3. The claim of JAY M. AYOUB is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4. The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5. The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 6:30 p.m., the claimant JAY M. AYOUB and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, JAY M. AYOUB, while lawfully and properly on public property, and exercising the rights and privileges guaranteed to him under the United States and New York State Constitutions, including his Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, his Right to Equal Protection, and his right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, kicked, kneed, punched, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant. Unnamed officers violently tackled Claimant and struck Claimant repeatedly, including in the shoulders. Unnamed officers violently piled on Claimant, rendering breathing very difficult and causing him to fear for his life for a prolonged period. Despite Claimant having been apprehended by numerous officers and not resisting his arrest, Claimant was subjected to violent force by responding officers. Claimant JAY M.

AYOUB was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of JAY M. AYOUB, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting JAY M. AYOUB from freely exercising his guaranteed United

4

States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and his right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure

that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, JAY M. AYOUB, sustained severe bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to his nerves and nervous system; and more particularly, Claimant, JAY M. AYOUB, sustained injuries in the nature of inability to breathe, serious shoulder and arm injuries, and other injuries. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on

behalf of JAY M. AYOUB, including an award of attorneys' fees and costs pursuant to 42
USC 1988.

DATED:     Buffalo, New York
           July ⟩9, 2024

JAY M. AYOUB

LIPSITZ GREEN SCIME CAMBRIA LLP

By:
       ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

STATE OF NEW YORK )
                   ) ss:
COUNTY OF ERIE )

    JAY M. AYOUB, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of himself. He has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, he believes them to be true.

                                                                       Jay M. Ayoub

Sworn to before me on this
29th day of July 2024

Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 2026

In the Matter of the Claim of

MAJD M. AYOUB

**NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from John Mac Cerrick on
the 30th day of July, 2024
at 11:58 a.m./p.m.

_____
Assistant County Attorney

TO:    ERIE COUNTY,
       ERIE COUNTY SHERIFF'S OFFICE,
       TOWN OF AMHERST,
       AMHERST POLICE DEPARTMENT,
       CITY OF BUFFALO,
       BUFFALO POLICE DEPARTMENT,
       VILLAGE OF KENMORE,
       KENMORE POLICE DEPARTMENT,
       TOWN OF TONAWANDA,
       TOWN OF TONAWANDA POLICE DEPARTMENT,

6599831v1 - 074223.0001

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that MAJD M. AYOUB has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 230 Palmdale Drive, Buffalo, NY 14221.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3.  The claim of MAJD M. AYOUB is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4.  The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5.  The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 5:00 p.m., the claimant MAJD M. AYOUB and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, MAJD M. AYOUB, while lawfully and properly on public property, was in the process of leaving the demonstration, and was exercising the rights and privileges guaranteed to him under the United States and New York State Constitutions, including his Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, his Right to Equal Protection, and his right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant. Unnamed officers targeted Claimant because of his leadership role in certain student groups and because he was monitoring their conduct. Unnamed officers violently tackled Claimant. Claimant was in the process of leaving the demonstration when unnamed officers prevented Claimant from leaving the vicinity of the demonstration. Unnamed officers violently tackled Claimant to the ground.

At least five unnamed officers violently tackled and piled on Claimant. Claimant was held down by the officers and was kicked, kneed, and struck while he laid on the ground. Despite Claimant having been apprehended by numerous officers and not resisting his arrest, Claimant was subjected to violent force by responding officers. Claimant MAJD M. AYOUB was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of MAJD

M. AYOUB, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting MAJD M. AYOUB from freely exercising his guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and his right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be

assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics.

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, MAJD M. AYOUB, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to his nerves and nervous system. Claimant suffered serious injuries to his shoulders, arms, torso, and hips, and was unable to breathe for an extended period of time. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE

DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on behalf of MAJD M. AYOUB, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

DATED:          Buffalo, New York
                July 2 9 , 2024

Majd ayoub

MAJD M. AYOUB

LIPSITZ GREEN SCIME CAMBRIA LLP

By: Robb Corp

ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF ERIE         )

MAJD M. AYOUB, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of himself. He has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, he believes them to be true.

Majd M. Ayoub

Sworn to before me on this
29th day of July 2024

Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 20___

In the Matter of the Claim of

ELVI J. DOUGHERTY

**NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from John MacCarric on
the 30th day of July , 20 24
at 11:58 a.m./p.m.

Assistant County Attorney

TO:   ERIE COUNTY,
      ERIE COUNTY SHERIFF'S OFFICE,
      TOWN OF AMHERST,
      AMHERST POLICE DEPARTMENT,
      CITY OF BUFFALO,
      BUFFALO POLICE DEPARTMENT,
      VILLAGE OF KENMORE,
      KENMORE POLICE DEPARTMENT,
      TOWN OF TONAWANDA,
      TOWN OF TONAWANDA POLICE DEPARTMENT,

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that ELVI J. DOUGHERTY, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 87 Chenango Street, Buffalo, NY 14213.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3.   The claim of ELVI J. DOUGHERTY is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4.   The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5.   The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 7:00 p.m., the claimant ELVI J. DOUGHERTY and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, ELVI J. DOUGHERTY, while lawfully and properly on public property, and exercising the rights and privileges guaranteed to her under the United States and New York State Constitutions, including her Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, her Right to Equal Protection, and her right to monitor was willfully, maliciously, intentionally and/or negligently pushed and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant.   Unnamed officers violently apprehended Claimant. Unnamed officers violently applied zip tie handcuffs.  Despite Claimant having been apprehended by numerous officers and not resisting her arrest, Claimant was subjected to violent force by responding officers.  Claimant ELVI J. DOUGHERTY was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery,

3

excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of ELVI J. DOUGHERTY, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting ELVI J. DOUGHERTY from freely exercising her guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of

Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and her right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police

Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, ELVI J. DOUGHERTY, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to her nerves and nervous system. Claimant suffered injuries to her hands and wrists, as well as other injuries. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on behalf of ELVI J. DOUGHERTY, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

DATED:     Buffalo, New York
           July 29, 2024

_____
ELVI J. DOUGHERTY

LIPSITZ GREEN SCIME CAMBRIA LLP

By: _____
     ROBERT M. CORP, ESQ.

Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

ELVI J. DOUGHERTY, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of herself. She has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, she believes them to be true.

Elvi J. Dougherty

Sworn to before me on this
29th day of July 2024

Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified In Erie County
My Commission Expires May 24, 2026

In the Matter of the Claim of

SOLIEGH M. DOUGHERTY

**NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from John MacCarricton
the 30th day of July, 20 24
at 11 56 a.m./p.m.

Assistant County Attorney

TO:   ERIE COUNTY,
      ERIE COUNTY SHERIFF'S OFFICE,
      TOWN OF AMHERST,
      AMHERST POLICE DEPARTMENT,
      CITY OF BUFFALO,
      BUFFALO POLICE DEPARTMENT,
      VILLAGE OF KENMORE,
      KENMORE POLICE DEPARTMENT,
      TOWN OF TONAWANDA,
      TOWN OF TONAWANDA POLICE DEPARTMENT,

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that SOLIEGH M. DOUGHERTY, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 87 Chenango Street, Buffalo, NY 14213.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3. The claim of SOLIEGH M. DOUGHERTY is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4. The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5. The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 7:00 p.m., the claimant SOLIEGH M. DOUGHERTY and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, SOLIEGH M. DOUGHERTY, while lawfully and properly on public property, and exercising the rights and privileges guaranteed to her under the United States and New York State Constitutions, including her Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, her Right to Equal Protection, and her right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant. Unnamed officers violently swiped Claimant's feet from underneath her while she stood stationary, tripped Claimant, and tackled Claimant. Unnamed officers piled on Claimant and violently pushed Claimant into the ground and applied pressure to her back, shoulders, and head. Despite Claimant having been apprehended by numerous officers and not resisting her arrest, Claimant was subjected

to violent force by responding officers. Claimant SOLIEGH M. DOUGHERTY was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of SOLIEGH M. DOUGHERTY, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping,

suppressing, quashing and prohibiting SOLIEGH M. DOUGHERTY from freely exercising her guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and her right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg

Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, SOLIEGH M. DOUGHERTY, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to her nerves and nervous system. Claimant suffered injuries to her chest, arms, and shoulders, as well as other injuries. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY

CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on
behalf of SOLIEGH M. DOUGHERTY, including an award of attorneys' fees and costs
pursuant to 42 USC 1988.

DATED:     Buffalo, New York
           July 29 , 2024

_____
SOLIEGH M. DOUGHERTY

LIPSITZ GREEN SCIME CAMBRIA LLP

By:_____
ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

STATE OF NEW YORK )
                   ) ss:
COUNTY OF ERIE     )

SOLIEGH M. DOUGHERTY, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of himself. He has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, he believes them to be true.

Soliegh M. Dougherty

Sworn to before me on this
$\frac{2}{}$ 9fh day of July 2024

Notary Public

ROBERT M. CORP
NO. 02CO5432876
Notary Public, State of New York
Qualified In Erie County
My Commission Expires May 24, 20 26

In the Matter of the Claim of

TIMOTHY P. GEORGER

**NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from _John Mac Carrie_ on
the _30th_ day of _July_, 20 _24_
at _11 58_ a.m./p.m.

_____
Assistant County Attorney

TO:    ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,

6599469v1 - 074223.0001

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that TIMOTHY P. GEORGER, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 500 Cayuga Road, Apt. 1, Cheektowaga, NY 14225.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3. The claim of TIMOTHY P. GEORGER is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4. The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5. The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 4:00 p.m., the claimant TIMOTHY P. GEORGER and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York beginning at 4:00 p.m. near the student union and, beginning around 5:00 p.m., in and around the "Flint Loop area." At approximately 8:20 p.m., the Claimant, TIMOTHY P. GEORGER, while lawfully and properly on public property, and exercising the rights and privileges guaranteed to him under the United States and New York State Constitutions, including his Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, his Right to Equal Protection, and his right to monitor was willfully, maliciously, intentionally and/or negligently pushed and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant. Unnamed officers violently apprehended Claimant. Unnamed officers violently applied zip tie handcuffs. Despite Claimant having been apprehended by numerous officers and not resisting his arrest, Claimant was subjected to violent force by responding officers. Claimant TIMOTHY P. GEORGER was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom

of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of TIMOTHY P. GEORGER, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting TIMOTHY P. GEORGER from freely exercising his guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of

6599469v1 - 074223.0001

4

Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and his right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police

Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, TIMOTHY P. GEORGER, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to his nerves and nervous system. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on behalf of TIMOTHY P. GEORGER, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

DATED:   Buffalo, New York
         July   29, 2024

TIMOTHY P. GEORGER

LIPSITZ GREEN SCIME CAMBRIA LLP

By:
ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

6583110v1 - 099700.0007

STATE OF NEW YORK )
                    ) ss:
COUNTY OF ERIE     )

TIMOTHY P. GEORGER, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of himself. He has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, he believes them to be true.

Timothy P. Georger

Sworn to before me on this
29th day of July 2024

Notary Public

ROBERT M. CORP
NO. 02CO5432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 20__

In the Matter of the Claim of

IBRAHIM V. KHATIB

**NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from John MacCarrie on
the 30th day of July , 2024
at 11 58 a.m./p.m.

Assistant County Attorney

TO:    ERIE COUNTY,
       ERIE COUNTY SHERIFF'S OFFICE,
       TOWN OF AMHERST,
       AMHERST POLICE DEPARTMENT,
       CITY OF BUFFALO,
       BUFFALO POLICE DEPARTMENT,
       VILLAGE OF KENMORE,
       KENMORE POLICE DEPARTMENT,
       TOWN OF TONAWANDA,
       TOWN OF TONAWANDA POLICE DEPARTMENT,

6599418v1 - 074223.0001

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that IBRAHIM V. KHATIB, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 448 7th Street, Buffalo, NY 14201.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3. The claim of IBRAHIM V. KHATIB is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for

consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4. The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5. The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 8:00 p.m., the claimant IBRAHIM V. KHATIB and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, IBRAHIM V. KHATIB, while lawfully and properly on public property, and exercising the rights and privileges guaranteed to him under the United States and New York State Constitutions, including his Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, his Right to Equal Protection, and his right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant. Unnamed officers violently tackled Claimant. Unnamed officers violently knocked Claimant's phone out of his hands while he attempted to record the incident and violent pushed Claimant to the ground. Despite Claimant having been apprehended by numerous officers and not resisting his arrest, Claimant was subjected to violent force by responding officers. Claimant IBRAHIM V. KHATIB was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse

of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of IBRAHIM V. KHATIB, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting IBRAHIM V. KHATIB from freely exercising his guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal

4

Protection, and his right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police

6399418v1 - 074223.0001

5

Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, IBRAHIM V. KHATIB, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to his nerves and nervous system. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on behalf of IBRAHIM V. KHATIB, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

DATED:     Buffalo, New York
           July 29, 2024

_____

IBRAHIM V. KHATIB


LIPSITZ GREEN SCIME CAMBRIA LLP

By: _____
        ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF ERIE         )

IBRAHIM V. KHATIB, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of himself. He has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, he believes them to be true.

_____

Ibrahim V. Khatib

Sworn to before me on this

_____ day of July 2024

_____

Notary Public

ROBERT M. CORP
NO. 02CC6432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 20__

In the Matter of the Claim of

HANNAH R. KRULL

**NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from *John MacCarmie* on
the *30th* day of *July*, 20 *24*
at *11:57* a.m./p.m.

Assistant County Attorney

TO:   ERIE COUNTY,
      ERIE COUNTY SHERIFF'S OFFICE,
      TOWN OF AMHERST,
      AMHERST POLICE DEPARTMENT,
      CITY OF BUFFALO,
      BUFFALO POLICE DEPARTMENT,
      VILLAGE OF KENMORE,
      KENMORE POLICE DEPARTMENT,
      TOWN OF TONAWANDA,
      TOWN OF TONAWANDA POLICE DEPARTMENT,

6599553v1 - 074223.0001

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that HANNAH R. KRULL, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 41 Sidney Street, Lower Apt., Buffalo, NY 14211.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

2

3. The claim of HANNAH R. KRULL is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4. The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5. The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 4:00 p.m., the claimant HANNAH R. KRULL and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York beginning at 4:00 p.m. near the student union and, beginning around 5:00 p.m., in and around the "Flint Loop area." At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, HANNAH R. KRULL, while lawfully and properly on public property, and exercising the rights and privileges guaranteed to her under the United States and New York State Constitutions, including her Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, her Right to Equal Protection, and her right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant. Unnamed officers violently tackled Claimant. Unnamed officers violently tackled Claimant while she attempted to record the incident and violent pushed Claimant to the ground. Unnamed officers piled on Claimant and violently pushed Claimant into concrete. Despite Claimant having been apprehended by numerous

3

officers and not resisting her arrest, Claimant was subjected to violent force by responding officers. Claimant HANNAH R. KRULL was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of HANNAH R. KRULL, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and

Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting HANNAH R. KRULL from freely exercising her guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and her right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department,

the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8.  Upon information and belief, as a result of the aforesaid incident, the Claimant, HANNAH R. KRULL, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to her nerves and nervous system. Claimant suffered injuries to her hands and arms, as well as other injuries. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY

CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on behalf of HANNAH R. KRULL, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

DATED:     Buffalo, New York
           July 29, 2024

HANNAH R. KRULL

LIPSITZ GREEN SCIME CAMBRIA LLP

By: _____
     ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

HANNAH R. KRULL, being duly sworn deposes and says that she is the claimant above named and makes this claim on behalf of herself. She has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, she believes them to be true.

Hannah R. Krull

Sworn to before me on this
⅔ᵗʰ day of July 2024

Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified In Erie County
My Commission Expires May 24, 20___

In the Matter of the Claim of

NOOR A. MOHAMMED                                          **NOTICE OF CLAIM**

Claimant,

-against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

This paper received at the
Erie County Attorney's Office
from *John MacCarron* on
the _30th_ day of _July_ , 20_24_
at _11 58_ a.m./p.m.

Assistant County Attorney

TO:   ERIE COUNTY,
      ERIE COUNTY SHERIFF'S OFFICE,
      TOWN OF AMHERST,
      AMHERST POLICE DEPARTMENT,
      CITY OF BUFFALO,
      BUFFALO POLICE DEPARTMENT,
      VILLAGE OF KENMORE,
      KENMORE POLICE DEPARTMENT,
      TOWN OF TONAWANDA,
      TOWN OF TONAWANDA POLICE DEPARTMENT,

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that NOOR A. MOHAMMED, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1.  The Post Office address of the Claimant is 70 Lincoln Avenue, Lackawanna, NY 14218.

2.  The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3.    The claim of NOOR A. MOHAMMED is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4.    The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area" and Capen Hall. A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5.    The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 6:45 p.m., the claimant NOOR A. MOHAMMED and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area." At approximately 8:20 p.m., the Claimant, NOOR A. MOHAMMED, while lawfully and properly on public property, had left the demonstration and was in Capen Hall, and exercising the rights and privileges guaranteed to her under the United States and New York State Constitutions, including her Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, her Right to Equal Protection, and her right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant.    Unnamed officers violently tackled Claimant.    Unnamed officers grabbed Claimant from behind and violently tackled Claimant while she attempted to record the incident and violent pushed Claimant to the ground. Unnamed officers piled on Claimant and violently pushed Claimant into the floor while numerous officers laid on top of her.    Unnamed officers knocked off religious clothing that Claimant was wearing at the time of the incident.    Despite Claimant having

been apprehended by numerous officers and not resisting her arrest, Claimant was subjected to violent force by responding officers. Claimant NOOR A. MOHAMMED was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6. The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy. Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of NOOR A. MOHAMMED, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983,

4

and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting NOOR A. MOHAMMED from freely exercising her guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and her right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town

of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, NOOR A. MOHAMMED, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to her nerves and nervous system. Claimant suffered injuries to her head and eye, endured difficulty breathing, and suffered other injuries. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER

6

SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on behalf of NOOR A. MOHAMMED, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

DATED:     Buffalo, New York
           July 2?, 2024

NOOR A. MOHAMMED

LIPSITZ GREEN SCIME CAMBRIA LLP

By:
       ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF ERIE       )

NOOR A. MOHAMMED, being duly sworn deposes and says that she is the claimant

above named and makes this claim on behalf of herself.  She has read the foregoing claim

and knows the contents thereof; the same is true to the knowledge of the claimant except

for the matters herein alleged upon information and belief, and as to those matters, she believes

them to be true.

Noor A. Mohammed

Sworn to before me on this

29th day of July 2024

Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 20___