# EXHIBIT 1

 | **Student Guide**

*Everything you need for life outside the classroom*

Student Guide › Who We Are › Student Life Policies › Picketing & Assembling Policy

# Picketing & Assembling Policy

ON THIS PAGE:
- Summary
- Policy Information
- Policy Statement
- Responsibility
- Procedure
- Contact

**Related Links**

› UB Policy Library

## Summary

The University at Buffalo upholds the right to assemble and protest on its campuses. Demonstrators must comply with rules and laws set forth by the university and law enforcement.

## Policy Information

- Unit: Student Life
- Date Established: 01/30/2020
- Date Last Updated: 04/01/2020

## Policy Statement

The University at Buffalo has traditionally supported the right of its students, faculty and staff to peaceful protest. Always implicit is the understanding that demonstrators will not interfere with or violate the rights of others.

The University supports individuals' rights to assemble. Public assemblies (protests, picketing, etc.) are permitted. Those members of the University community who feel compelled to express their dissent through picketing and other forms of demonstration must adhere to the following parameters:

- Picketing and assembling must not violate the provisions of the Rules for the Maintenance of Public Order of the SUNY Board of Trustees.
- Picketing and assembling must following campus guidelines, including:
  - Picketing and assembling must be orderly at all times and should in no way jeopardize public order or safety or interfere with the University's programs.
  - Picketing or assembling must not interfere with entrances to buildings or the normal flow of pedestrian or vehicular traffic.
  - Those involved in picketing or assembling may not interfere by mingling with organized meetings or other assemblies.
  - Picketing or assembling may not obstruct or physically interfere with the integrity of the classroom, the privacy of the university housing, or the functioning of the physical plant.
  - Amplifying equipment is prohibited.
  - Indoor picketing or assemblies may be granted permission to utilize a specified area within the Student Union or Harriman Hall.
  - Any person or group may contact Student Unions (phone: 716-645-2055) to inquire about space reservation on the property of the University at Buffalo.
  - Assemblies cannot last more than one day, duration not to exceed 12 hours in one day. No overnight assemblies/assemblies are allowed.

- Indoor and outdoor encampment is prohibited.

## Responsibility

### Members of the University Community

- Maintain an environment in which diverse views can be expressed freely and without harassment.

### Demonstrators

- Protest peacefully, without interfering or violating the rights of others.
- Obey the Rules for the Maintenance of Public Order of the SUNY Board of Trustees, all applicable laws and campus guidelines.

## Procedure

- Organize your protest or assembly in a peaceful manner.
- Do not interfere with building entrances/exits, public safety or organized meetings.
- Do not allow your protest to last more than twelve hours.

## Contact

For additional information, please contact:

**Student Engagement**
Student Life

University at Buffalo
150 Student Union, North Campus
Buffalo, NY 14260
Email: Contact form
Phone: (716) 645-6469

**Student Unions**
Student Life

University at Buffalo
235 Student Union, North Campus
Buffalo, NY 14260
Phone: (716) 645-2055; Fax: (716) 645-2371