# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7009  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

Lisa L. Shrewsberry  |  Partner  |  lshrewsberry@tlsslaw.com

September 12, 2025

**VIA ECF & E-MAIL:  sinatra@nywd.uscourts.gov**

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

  Re: **Yousef Ahmed, et al. City of Buffalo, et al.**
    **Case No.: 1:25-cv-00391 (JLS)**

Dear Judge Sinatra:

  This firm represents Defendants Village of Kenmore and Police Officer Bradley Caruana (collectively, the "Kenmore Defendants") in the above-referenced matter. We write, with the consent of Robert Corp., Esq., counsel for Plaintiffs, to advise Your Honor that Plaintiffs and the Kenmore Defendants have reached an agreement in principle resolving Plaintiffs' claims against the Kenmore Defendants. We write to respectfully request a further extension of the Kenmore Defendants' deadline to respond to Plaintiffs' Complaint, from September 12, 2025 to **October 13, 2025**, to provide Plaintiffs and the Kenmore Defendants time to finalize same and file a notice of dismissal.

  Should the Court require any additional information, please do not hesitate to contact the undersigned.

        Respectfully submitted,

       TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

         *Lisa L. Shrewsberry*
         Lisa L. Shrewsberry

TO:  ALL PARTIES OF RECORD (via ECF)

www.traublieberman.com

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT