UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

YOUSEF AHMED,
JAY AYOUB,
MAJD AYOUB,
ELVI JO DOUGHERTY,
SOLIEGH M. DOUGHERTY,
JAZMINE C. FRAZIER,
TIMOTHY P. GEORGER,
IBRAHIM KHATIB,
HANNAH R. KRULL, AND
NOOR A. MOHAMMED,

      Plaintiffs,

v.

CITY OF BUFFALO, et al.,

      Defendants.

**DECLARATION OF CHRISTOPHER GEELAN**

Civil Action No. 25-cv-391

---

Christopher Geelan, declares the following under penalty of perjury:

1. I am a Lieutenant and the records custodian for the Town of Cheektowaga Police Department (the "Department").

2. In that role I maintain access to the various video systems maintained by the Department including body-cam video and vehicle-mounted cameras.

3. It is in that role that I processed and responded to a certain FOIL request from Robert, M. Corp, Esq., dated January 16, 2025, concerning the involvement of Department Officers at the SUNY-Buffalo campus (the "Campus") on May 1, 2024. A copy of that FOIL request is attached hereto as **Exhibit 1**.

4. In response to that request, after reasonable inquiry, I identified Department police records that reflect that Officer Shane M. Rogers and Officer Matthw Arnold were dispatched to the Campus that evening and that no other Department Officers were dispatched.

5. In response to that request, after reasonable inquiry, I identified eleven (11) videos relating to the Department's response to the Plaintiff's, including the following:

- A true and accurate copy of body-cam footage from the body camera of Officer Matthew Arnold, bearing serial number X60A6988Q, from 8:23:01 pm to 9:05:14 pm, which is attached hereto as **Exhibit 2**.

- A true and accurate copy of body-cam footage from the body camera of Officer Shane M. Rogers, bearing serial number X60AC331E, from 8:22:48 pm to 8:50:20 pm, which is attached hereto as **Exhibit 3**.

6. I produced the foregoing police records and videos to Robert M. Corp, as memorialized in the FOIL response attached hereto as **Exhibit 4**.

7. I declare under the penalty of perjury that the foregoing is true and correct.

DATED:   September 12, 2025

_____
Christopher Geelan