

# Lipsitz Green Scime Cambria LLP

Attorneys at Law

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   P 716 849 1333   F 716 855 1580 (Not for Service)   www.lglaw.com

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,6]
Melissa D. Wischerath [7]
Jaime Michelle Cain [5]
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Erin McCampbell Paris
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Taylor D. Golba
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Amy J. Vigneron
William J. Justyk [10]
Christina M. Croglio
Alexander R. DiDonato
Candace L. Morrison
Victoria E. Dailey
Miriam E. Trojanovic

OF COUNSEL
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Loraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]
Terrie Benson Murray

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

ALSO ADMITTED IN
1 District of Columbia
2 Florida
3 California
4 Illinois
5 Pennsylvania
6 New Jersey
7 Oregon
8 Massachusetts
9 Connecticut
10 Washington

January 16, 2025

Town of Cheektowaga Police Department
Attn: FOIL
3223 Union Road
Cheektowaga, NY 14227

VIA EMAIL- townclerkwebmail@tocny.org
Town of Cheektowaga Town Clerk
Attn: FOIL
3301 Broadway Street, Room 101
Cheektowaga, NY 14227

Re:   Clients:         Yousef A. Ahmed, Jay M. Ayoub, Majd M. Ayoub,
                       Elvi J. Dougherty, Soliegh M. Dougherty,
                       Timothy P. Georger, Ibrahim V. Khatib,
                       Hannah R. Krull, and Noor A. Mohammed
      Date of Incident  5/1/24

**FOIL Request**

To whom it may concern:

Please be advised that this firm represents Yousef A. Ahmed, Jay M. Ayoub, Majd M. Ayoub, Elvi J. Dougherty, Soliegh M. Dougherty, Timothy P. Georger, Ibrahim V. Khatib, Hannah R. Krull, and Noor A. Mohammed (the "Claimants") in relation to their presence at and/or participation in a demonstration at the SUNY Buffalo North Campus in Amherst (in and around the "Flint Loop area") on May 1, 2024, and in relation to their respective arrests on that date.

Pursuant to the applicable provisions of the New York State Freedom of Information Law, we respectfully request the following from the Town of Cheektowaga Police Department/Town of Cheektowaga:

1. Body cam, dash cam, drone footage and any other video/audio footage of any demonstration/protests that transpired at the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024 in the custody of the Town of Cheektowaga (or any other jurisdiction) in possession of the Town of Cheektowaga/Town of Cheektowaga Police Department, including internal footage obtained from citizens;

2. Body cam, dash cam, drone footage and any other video/audio footage of any efforts (by the Town of Cheektowaga Police Department or any other law

RE: FOIL Request-Town of Cheektowaga/Cheektowaga PD
January 16, 2025

enforcement personnel or SUNY Buffalo staff) to disperse or move any individuals from any area within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024 in the custody of the Town of Cheektowaga (or any other jurisdiction) in possession of the Town of Cheektowaga Police Department/Town of Cheektowaga, including internal footage obtained from citizens;

3. Body cam, dash cam, drone footage and any other video/audio footage of any arrests or attempted arrests that occurred within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024 in the custody of the Town of Cheektowaga (or any other jurisdiction) in possession of the Town of Cheektowaga Police Department/Town of Cheektowaga, including internal footage obtained from citizens;

4. Body cam, dash cam, drone footage and any other video/audio footage of the detention of any individuals (including in law enforcement vehicles or buses present on the SUNY Buffalo North Campus, at any precincts, or otherwise) of any of individuals arrested within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024 in the custody of the Town of Cheektowaga (or any other jurisdiction) in possession of the Town of Cheektowaga Police Department/Town of Cheektowaga, including internal footage obtained from citizens;

5. CAD Abstract/ Calls for Service Detail Report for May 1, 2024 relating to protests/demonstrations that occurred within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024, any crowd dispersal efforts, and any arrests that occurred at SUNY Buffalo North Campus on May 1, 2024;

6. 911/phone call recordings from May 1, 2024 relating to protests/demonstrations that occurred within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024, any crowd dispersal efforts, and any arrests that occurred at SUNY Buffalo North Campus on May 1, 2024

7. Radio Dispatch recordings for May 1, 2024 relating to protests/demonstrations that occurred within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024, any crowd dispersal efforts, and any arrests that occurred at SUNY Buffalo North Campus on May 1, 2024;

8. All documents prepared by any Town of Cheektowaga employee (including police department officials) concerning Claimants (individually, in part, or collectively), and/or relating to protests/demonstrations that occurred within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024, any

crowd dispersal efforts, and any arrests that occurred at SUNY Buffalo North Campus on May 1, 2024 (including police reports and use of force reports);

9. All documents reflecting or documenting any of Claimants' injuries or complaints of injuries (individually, in part, or collectively), or any other individuals injured, relating to the May 1, 2024 protests/demonstrations and/or the May 1, 2024 arrest and detention of any such individuals;

10. All documents reflecting the names of the officers present during the protests/demonstrations that occurred within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024, any crowd dispersal efforts, and any arrests and/or detentions that occurred at SUNY Buffalo North Campus on May 1, 2024;

11. All communications with any other law enforcement agencies and/or SUNY Buffalo relating to the protests/demonstrations that occurred within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024, any crowd dispersal efforts, and any arrests and/or detentions that occurred at SUNY Buffalo North Campus on May 1, 2024 (including any request for the Town of Cheektowaga Police Department or any other law enforcement to be present at the SUNY Buffalo North Campus on May 1, 2024);

12. The cell phone of the officers and supervisors involved in the incident, including all GPS data, social media and email accounts, cloud based information, and any other communications;

13. Any video surveillance which may have recorded the incident, photographs, text messages, emails, phone records and any and all other electronic and/or written communications and any cloud- based information from any agent or employee of the Town of Cheektowaga which may exist regarding this incident;

14. Any manuals or written materials regarding the use of force and de-escalation relating to the dispersal of crowds during protests/demonstrations;

15. Use of force reports relating to person engaged in First Amendment protected activities from May 1, 2024 to present.

16. Any manuals or written materials regarding freedom of speech or assembly and/or relating to the enforcement of curfews;

17. All documents in your possession relating to a purported curfew that was set to, or did, go into effect on SUNY Buffalo's North Campus on May 1, 2024,

RE: FOIL Request-Town of Cheektowaga/Cheektowaga PD
January 16, 2025

and/or any other information relating to any order that the subject protest/demonstration was required to conclude by a certain time on May 1, 2024;

18. Personnel file of the officers involved and supervisors involved;

19. Officer qualification files;

20. All documentation the company is required to maintain pursuant to federal law, state law and regulations; and

21. Each text, email, photograph, video, audio, interview, media postings, or other document that was issued or recorded concerning the subject protest/demonstration on May 1, 2024.

22. Documentation, including emails, letters, communications, and texts to and from supervisors, agent and/or others about the subject protest/demonstration and/or the claimants.

23. Correspondence to the media about the incident, including emails, and texts.

In accordance with the applicable provisions of the New York State Freedom of Information Law, we will pay for copying expenses.

Additionally, please preserve all video and/or audio recordings relating to protests/demonstrations that occurred within the SUNY Buffalo North Campus in Amherst, New York on May 1, 2024, any crowd dispersal efforts, and any arrests that occurred at SUNY Buffalo North Campus on May 1, 2024.

Please advise us, in writing, whether you will comply with this request.

If you are unwilling to do so, we will make a motion before the appropriate court to obtain an order compelling preservation of this important evidence.

Very truly yours,
**Lipsitz Green Scime Cambria** LLP

*Robert M. Corp.*

By:   Robert M. Corp Esq.
RMC/jaw
Writer's Extension 314
Writer's E-Mail: rcorp@lglaw.com