

# Cheektowaga Police Department

3223 Union Road Cheektowaga, New York 14227
Phone (716) 686-3500

### Brian F. Coons – Chief of Police

Lipsitz Green Scime Cambria
Robert M. Corp
42 Delaware Ave. Suite 120
Buffalo, NY 14227
Via email: rcorp@lglaw.com

February 12, 2025

Mr. Corp,

Your FOIL request dated January 16, 2025 has been reviewed.

With regards to paragraphs 1 through 5, 8, 11, 14, and 16, you will receive an email from axon evidence.com within 24 hours containing a link to download responsive items.  Be sure to download the items within 30 days as the link will expire.

We are not in possession of any documents responsive to requests made in paragraphs 6, 7, 9, 10, 12, 13, 15, 17, and 23.

The only document responsive to paragraph 18 is a technical infraction which would not be disclosed under provision §89-2-c of the Public Officers Law.

Paragraphs 19 and 20 do not reasonably describe the record sought.

If you wish to appeal this determination, please contact the Cheektowaga Town Attorney at 3301 Broadway, Cheektowaga NY 14227.

Regards,

Lt. Christopher Geelan
Police Records Officer