UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

YOUSEF AHMED,
JAY AYOUB,
MAJD AYOUB,
ELVI JO DOUGHERTY,
SOLIEGH M. DOUGHERTY,
JAZMINE C. FRAZIER,
TIMOTHY P. GEORGER,
IBRAHIM KHATIB,
HANNAH R. KRULL, and
NOOR A. MOHAMMED

       Plaintiffs,

v.

CITY OF BUFFALO, et al.,

       Defendants.

1:25-cv-00391-JLS

---

## TOWN DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Defendants, the Town of Evans, Town of Orchard Park, the Town of West Seneca, Police Officer Evan Bonczar, Police Officer Jeremy Majewicz, Police Officers Matthew J. Greenan, Police Officer Jonathan E. Luterek, Police Officer Jesse Reed, And Police Officer Gregory J. Warner (collectively the "Defendants" or "Town Defendants"), by and through their attorneys, Gross Shuman P.C., as and for its Answer to Plaintiffs' Complaint state as follows:

1.  Paragraph 1 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To the extent a response is required, deny Plaintiffs' assertion there was a "violent dispersal of a peaceful protest." The Town Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations of the remaining allegations in Paragraph 1 of Plaintiffs' Complaint.

2.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 2 of Plaintiffs' Complaint, and therefore deny same.

3.      Paragraph 3 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the extent a response is required, deny Plaintiffs' allegations.

4.      Paragraph 4 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the extent a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 4 of Plaintiffs' Complaint, and therefore deny same.

5.      With respect to the allegations contained in paragraph 5 of Plaintiffs' Complaint, deny the absence of "any imminent threat" and that "law enforcement officers from multiple agencies descended on the protest in a coordinated and militarized response" to the degree it may be alleged against the Town Defendants.  Further, Plaintiffs statement that "footage…reflects the number of officers outnumbered the number of demonstrators" is a legal conclusion to which no response is required.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

6.      Deny the allegations contained in paragraph 6 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

7.      Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of Plaintiffs' Complaint, and therefore deny same.

8. Deny the allegations contained in paragraph 8 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

9. Deny the allegations contained in paragraph 9 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

10. Deny the allegations contained in paragraph 10 of Plaintiffs' Complaint that "this was not a public safety operation, but a coordinated act of suppression" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

11. Paragraph 11 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To the extent a response is required, deny Plaintiffs' allegations.

12. Paragraph 12 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

13. Paragraph 13 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

14. Paragraph 14 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

15. Paragraph 15 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

16.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 16 of Plaintiffs' Complaint.

17.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 17 of Plaintiffs' Complaint and therefore deny same.

18.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 18 of Plaintiffs' Complaint and therefore deny same.

19.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 19 of Plaintiffs' Complaint and therefore deny same.

20.     Deny the allegations contained in paragraph 20 of Plaintiffs' Complaint that "Mr. Ahmed was specifically targeted by multiple officers and violently tackled from behind, slammed into the ground, and zip tied" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

21.     Deny the allegations contained in paragraph 21 of Plaintiffs' Complaint that "Mr. Ayoub was later assaulted and arrested while attempting to assist in keeping the peace" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

22.     Deny the allegations contained in paragraph 22 of Plaintiffs' Complaint that Majd Ayoub "was violently tackled" to the degree it is alleged against the Town Defendants. The

Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

23.      Deny the allegations contained in paragraph 23 of Plaintiffs' Complaint that "Ms. Dougherty was violently arrested at the protest and sustained injuries and violations of her rights" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

24.      Deny the allegations contained in paragraph 24 of Plaintiffs' Complaint that M. Dougherty "was violently thrown to the ground and restrained by multiple officers during her arrest at the protest and sustained serious injuries and violations of her rights" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

25.      Deny the allegations contained in paragraph 25 of Plaintiffs' Complaint that Ms. Fraizer was "violently arrested at the protest and sustained serious injuries and violations of their rights" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

26.      Deny the allegations contained in paragraph 26 of Plaintiffs' Complaint that Mr. Georger "was violently arrested at the protest and sustained emotional injuries and violations of his rights" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

27.     Deny the allegations contained in paragraph 27 of Plaintiffs' Complaint that "Mr. Khatib sustained injuries and violations of his rights" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

28.     Deny the allegations contained in paragraph 28 of Plaintiffs' Complaint that Ms. Krull "sustained injuries and violations of her rights" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

29.     Deny the allegations contained in paragraph 29 of Plaintiffs' Complaint that Ms. Mohammed "was slammed to the ground, restrained by multiple officers, and arrested… [her] hijab was forcibly removed by officers who also verbally berated her" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

30.     Deny the allegations contained in paragraph 30 of Plaintiffs' Complaint to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

31.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 31 of Plaintiffs' Complaint and therefore deny same.

32.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 32 of Plaintiffs' Complaint and therefore deny same.

33.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 32 of Plaintiffs' Complaint and therefore deny same.

34.     Paragraph 34 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, the Town Defendants admit operate their own police department and dispatched Officers Bonczar, Majewicz, Greenan, Luterek, Reed, and Warner.  The Town Defendants deny its officers participated in the protest response, caused or failed to prevent constitutional violations, or coordinated the "illegal suppression of free speech and protest."  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

35.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 35 of Plaintiffs' Complaint and therefore deny same.

36.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 36 of Plaintiffs' Complaint and therefore deny same.

37.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 37 of Plaintiffs' Complaint and therefore deny same.

38.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 38 of Plaintiffs' Complaint and therefore deny same.

39.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 39 of Plaintiffs' Complaint and therefore deny same.

40.     Paragraph 40 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

41.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 41 of Plaintiffs' Complaint and therefore deny same.

42.     Paragraph 42 of Plaintiffs' Complaint calls for a legal conclusion as it pertains to the Town Defendants and, therefore, no response is required.

43.     Paragraph 43 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

44.     Deny the allegations contained in paragraph 44 of Plaintiffs' Complaint as it pertains to the Town Defendants.   The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

45.     Paragraph 45 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, the Town Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations.

46.     Paragraph 46 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

47.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 47 of Plaintiffs' Complaint and therefore deny same.

48.     Deny the allegations contained in paragraph 44 of Plaintiffs' Complaint to the degree it pertains to the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

49.     Paragraph 49 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

50.     Paragraph 50 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

51.     Paragraph 51 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

52.     Paragraph 52 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

53.     Paragraph 53 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

54.     Deny the allegations contained in paragraph 54 of Plaintiffs' Complaint to the degree it pertains to the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

55.     Paragraph 55 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

56.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 56 of Plaintiffs' Complaint and therefore deny same.

57.     Admits there was a protest at the University at Buffalo's North Campus on May 1, 2024.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

58.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 58 of Plaintiffs' Complaint and therefore deny same.

59.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 59 of Plaintiffs' Complaint and therefore deny same.

60.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 60 of Plaintiffs' Complaint and therefore deny same.

61.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 61 of Plaintiffs' Complaint and therefore deny same.

62.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 62 of Plaintiffs' Complaint and therefore deny same.

63.     Admit protestors set up an encampment, the Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 63 of Plaintiffs' Complaint and therefore deny same.

64.     Admit protestors set up tents, the Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 64 of Plaintiffs' Complaint and therefore deny same.

65.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 65 of Plaintiffs' Complaint and therefore deny same.

66.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 66 of Plaintiffs' Complaint and therefore deny same.

67.     Admit there was a demonstration on Flint Loop, the Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 67 of Plaintiffs' Complaint and therefore deny same.

68.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 68 of Plaintiffs' Complaint and therefore deny same.

69.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 69 of Plaintiffs' Complaint and therefore deny same.

70.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 70 of Plaintiffs' Complaint and therefore deny same.

71.     Upon information and belief, deny the allegations contained in paragraph 71 of Plaintiffs' Complaint.

72.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 72 of Plaintiffs' Complaint and therefore deny same.

73.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 73 of Plaintiffs' Complaint and therefore deny same.

74.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 74 of Plaintiffs' Complaint and therefore deny same.

75.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 75 of Plaintiffs' Complaint and therefore deny same.

76.    Upon information and belief, admit a curfew policy was in place on the date of the incident. The Town Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in paragraph 76 of Plaintiffs' Complaint and therefore deny same.

77.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 77 of Plaintiffs' Complaint.

78.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 78 of Plaintiffs' Complaint.

79.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 79 of Plaintiffs' Complaint and therefore deny same.

80.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 80 of Plaintiffs' Complaint and therefore deny same.

81.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 81 of Plaintiffs' Complaint and therefore deny same.

82.     Paragraph 82 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

83.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 83 of Plaintiffs' Complaint.

84.     At this time, the Town Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 84 of Plaintiffs' Complaint.

85.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 85 of Plaintiffs' Complaint.

86.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 86 of Plaintiffs' Complaint.

87.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 87 of Plaintiffs' Complaint.

88.     Deny the allegations contained in paragraph 88 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

89.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 89 of Plaintiffs' Complaint.

90.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 90 of Plaintiffs' Complaint and therefore deny same.

91.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 91 of Plaintiffs' Complaint and therefore deny same.

92.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 92 of Plaintiffs' Complaint.

93.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 81 of Plaintiffs' Complaint.

94.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 94 of Plaintiffs' Complaint and therefore deny same.

95.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 95 of Plaintiffs' Complaint and therefore deny same.

96.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 96 of Plaintiffs' Complaint and therefore deny same.

97.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 97 of Plaintiffs' Complaint and therefore deny same.

98.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 98 of Plaintiffs' Complaint and therefore deny same.

99.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 99 of Plaintiffs' Complaint and therefore deny same.

100.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 100 of Plaintiffs' Complaint and therefore deny same.

101.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 101 of Plaintiffs' Complaint and therefore deny same.

102.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 102 of Plaintiffs' Complaint and therefore deny same.

103.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 103 of Plaintiffs' Complaint and therefore deny same.

104.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 104 of Plaintiffs' Complaint and therefore deny same.

105.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 105 of Plaintiffs' Complaint and therefore deny same.

106.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 106 of Plaintiffs' Complaint and therefore deny same.

107.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 107 of Plaintiffs' Complaint and therefore deny same.

108.    Deny the allegations contained in paragraph 108 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

109.    Deny the allegations contained in paragraph 109 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

110.    Deny the allegations contained in paragraph 109 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny

knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

111.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 111 of Plaintiffs' Complaint and therefore deny same.

112.    Deny the allegations contained in paragraph 112 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

113.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 113 of Plaintiffs' Complaint and therefore deny same.

114.    Deny the allegations contained in paragraph 114 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

115.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 115 of Plaintiffs' Complaint and therefore deny same.

116.    Deny the allegations contained in paragraph 116 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

117.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 117 of Plaintiffs' Complaint and therefore deny same.

118.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 118 of Plaintiffs' Complaint and therefore deny same.

119.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 119 of Plaintiffs' Complaint and therefore deny same.

120.    Paragraph 120 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

121.    Paragraph 120 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

122.    Deny the allegations contained in paragraph 122 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

123.    Paragraph 123 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required deny the allegations contained in paragraph 123 of Plaintiffs' Complaint as it may be alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

124.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 124 of Plaintiffs' Complaint and therefore deny same.

125.    Paragraph 125 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required deny the allegations contained in paragraph 125 of Plaintiffs' Complaint as it may be alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

126.    Deny the allegations contained in paragraph 126 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

127.    Deny the allegations contained in paragraph 127 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

128.    Deny the allegations contained in paragraph 128 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

129.    Deny the allegations contained in paragraph 129 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny

knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

130.    Paragraph 130 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

131.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 131 of Plaintiffs' Complaint and therefore deny same.

132.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 132 of Plaintiffs' Complaint and therefore deny same.

133.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 133 of Plaintiffs' Complaint and therefore deny same.

134.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 134 of Plaintiffs' Complaint and therefore deny same.

135.    Paragraph 135 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 135 of Plaintiffs' Complaint and therefore deny same.

136.    Paragraph 136 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or

information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 136 of Plaintiffs' Complaint and therefore deny same.

137.    Paragraph 137 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 137 of Plaintiffs' Complaint and therefore deny same.

138.    Paragraph 138 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 138 of Plaintiffs' Complaint and therefore deny same.

139.    Paragraph 139 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 139 of Plaintiffs' Complaint and therefore deny same.

140.    Paragraph 140 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 140 of Plaintiffs' Complaint and therefore deny same.

141.    Paragraph 141 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 141 of Plaintiffs' Complaint and therefore deny same.

142.    Paragraph 142 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 142 of Plaintiffs' Complaint and therefore deny same.

143.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 143 of Plaintiffs' Complaint and therefore deny same.

144.    Paragraph 144 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 144 of Plaintiffs' Complaint and therefore deny same.

145.    Paragraph 145 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 145 of Plaintiffs' Complaint and therefore deny same.

146.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 146 of Plaintiffs' Complaint and therefore deny same.

147.    Deny the allegations contained in paragraph 147 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

148.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 148 of Plaintiffs' Complaint and therefore deny same.

149.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 149 of Plaintiffs' Complaint and therefore deny same.

150.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 150 of Plaintiffs' Complaint and therefore deny same.

151.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 151 of Plaintiffs' Complaint and therefore deny same.

152.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 152 of Plaintiffs' Complaint and therefore deny same.

153.     Paragraph 153 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 153 of Plaintiffs' Complaint and therefore deny same.

154.     Paragraph 154 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 154 of Plaintiffs' Complaint and therefore deny same.

155.    Paragraph 155 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 155 of Plaintiffs' Complaint and therefore deny same.

156.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 156 of Plaintiffs' Complaint and therefore deny same.

157.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 157 of Plaintiffs' Complaint and therefore deny same.

158.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 158 of Plaintiffs' Complaint and therefore deny same.

159.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 159 of Plaintiffs' Complaint and therefore deny same.

160.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 160 of Plaintiffs' Complaint and therefore deny same.

161.    Paragraph 161 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, deny the allegations contained in paragraph 161 of Plaintiffs' Complaint to the degree it may be alleged against the

Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

162.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 162 of Plaintiffs' Complaint and therefore deny same.

163.    Deny the allegations contained in paragraph 163 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

164.    Deny the allegations contained in paragraph 164 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

165.    Deny the allegations contained in paragraph 165 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

166.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 166 of Plaintiffs' Complaint and therefore deny same.

167.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 167 of Plaintiffs' Complaint and therefore deny same.

168.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 168 of Plaintiffs' Complaint and therefore deny same.

169.     Deny the allegations contained in paragraph 169 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

170.     Deny the allegations contained in paragraph 170 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

171.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 171 of Plaintiffs' Complaint and therefore deny same.

172.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 172 of Plaintiffs' Complaint and therefore deny same.

173.     Deny the allegations contained in paragraph 173 of Plaintiffs' Complaint that Defendants issued "unconstitutional orders" to the degree it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations and therefore deny same.

174.     Deny the allegations contained in paragraph 174 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny

knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

175.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 175 of Plaintiffs' Complaint and therefore deny same.

176.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 176 of Plaintiffs' Complaint and therefore deny same.

177.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 177 of Plaintiffs' Complaint and therefore deny same.

178.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 178 of Plaintiffs' Complaint and therefore deny same.

179.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 179 of Plaintiffs' Complaint and therefore deny same.

180.    Deny the allegations contained in paragraph 180 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

181.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 181 of Plaintiffs' Complaint and therefore deny same.

182.     Deny the allegations contained in paragraph 182 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

183.     Deny the allegations contained in paragraph 183 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

184.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 184 of Plaintiffs' Complaint and therefore deny same.

185.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 185 of Plaintiffs' Complaint and therefore deny same.

186.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 186 of Plaintiffs' Complaint and therefore deny same.

187.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 187 of Plaintiffs' Complaint and therefore deny same.

188.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 188 of Plaintiffs' Complaint and therefore deny same.

189.    Paragraph 189 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, the Town Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

190.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 190 of Plaintiffs' Complaint and therefore deny same.

191.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 191 of Plaintiffs' Complaint and therefore deny same.

192.    Paragraph 192 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, the Town Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

193.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 193 of Plaintiffs' Complaint and therefore deny same.

194.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 194 of Plaintiffs' Complaint and therefore deny same.

195.    Deny the allegations contained in paragraph 195 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

196.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 196 of Plaintiffs' Complaint and therefore deny same.

197.    Deny the allegations contained in paragraph 197 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

198.    Deny the allegations contained in paragraph 198 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

199.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 199 of Plaintiffs' Complaint and therefore deny same.

200.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 200 of Plaintiffs' Complaint and therefore deny same.

201.    Admit the University of Buffalo Police held command authority of the scene.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

202.    Paragraph 202 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To the degree a response is required, the Town Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

203.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 203 of Plaintiffs' Complaint and therefore deny same.

204.    Paragraph 202 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 204 of Plaintiffs' Complaint if it is alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

205.    Paragraph 205 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 205 of Plaintiffs' Complaint if it is alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

206.    Paragraph 206 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 206 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

207.    Paragraph 207 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 207 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

208.    Paragraph 208 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 208 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

209.    Paragraph 209 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 209 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

210.    Paragraph 210 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 210 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

211.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 211 of Plaintiffs' Complaint and therefore deny same.

212.    Paragraph 212 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 212 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

213.    Paragraph 213 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 213 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

214.    Paragraph 214 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

215.    Paragraph 215 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

216.    Paragraph 213 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

217.    Paragraph 217 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

218.    Admit or deny the allegations contained in paragraphs 1 through 217 of Plaintiffs' Complaint as previously admitted or denied.

219.    Paragraph 219 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

220.    Deny the allegations contained in paragraph 220 of Plaintiffs' Complaint to the degree it may be alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

221.    Paragraph 221 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

222.    Admit or deny the allegations contained in paragraphs 1 through 222 of Plaintiffs' Complaint as previously admitted or denied.

223.    Paragraph 223 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 223 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

224.    Paragraph 224 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

225.    Paragraph 225 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 225 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

226.    Paragraph 225 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

227.    Paragraph 225 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

228.    Paragraph 228 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 228 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

229.    Paragraph 229 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 229 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

230.    Paragraph 229 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

231.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 231 of Plaintiffs' Complaint and therefore deny same.

232.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 231 of Plaintiffs' Complaint and therefore deny same.

233.    Paragraph 233 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 233 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

234.     Paragraph 233 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 233 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

235.     Paragraph 235 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 235 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

236.     Paragraph 236 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 236 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

237.     Paragraph 237 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 237 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

238.    Paragraph 238 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 238 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

239.    Paragraph 239 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 239 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

240.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 240 of Plaintiffs' Complaint and therefore deny same.

241.    Paragraph 241 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 241 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

242.    Paragraph 242 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 242 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

243.     Paragraph 243 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 243 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

244.     Paragraph 244 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 244 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

245.     Paragraph 245 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 245 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

246.     Paragraph 246 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 246 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

247.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 247 of Plaintiffs' Complaint and therefore deny same.

248.    Paragraph 248 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 248 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

249.    Paragraph 249 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

250.    Admit or deny the allegations contained in paragraphs 1 through 249 of Plaintiffs' Complaint as previously admitted or denied.

251.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 251 of Plaintiffs' Complaint and therefore deny same.

252.    Paragraph 252 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 252 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

253.    Paragraph 252 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a responsive is required, the Town Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

254.    Paragraph 254 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations

contained in paragraph 254 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

255. Paragraph 255 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To a degree a response is required, deny the allegations contained in paragraph 255 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

256. Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 256 of Plaintiffs' Complaint and therefore deny same.

257. Paragraph 257 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To a degree a response is required, deny the allegations contained in paragraph 257 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

258. Paragraph 258 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To a degree a response is required, deny the allegations contained in paragraph 258 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

259. Paragraph 259 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To a degree a response is required, deny the allegations

contained in paragraph 259 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

260.    Admit or deny the allegations contained in paragraphs 1 through 259 of Plaintiffs' Complaint as previously admitted or denied.

261.    Paragraph 261 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 261 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

262.    Paragraph 262 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 262 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

263.    Paragraph 263 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, the Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

264.    Paragraph 264 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 264 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

265.    Paragraph 265 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 265 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

266.    Paragraph 266 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 266 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

267.    Paragraph 267 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 267 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

268.    Paragraph 268 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 268 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

269.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 269 of Plaintiffs' Complaint and therefore deny same.

270.    Paragraph 270 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 270 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

271.    Paragraph 271 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 271 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

272.    Paragraph 272 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

273.    Paragraph 273 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

274.    Admit or deny the allegations contained in paragraphs 1 through 274 of Plaintiffs' Complaint as previously admitted or denied.

275.    Paragraph 275 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 275 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

276.    Paragraph 276 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 276 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

277.    Paragraph 277 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 277 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

278.    Paragraph 278 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 278 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

279.    Paragraph 279 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 279 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

280.    Paragraph 280 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 280 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

281.    Paragraph 281 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 281 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

282.    Paragraph 282 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 282 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

283.    Paragraph 283 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

284.    Admit or deny the allegations contained in paragraphs 1 through 283 of Plaintiffs' Complaint as previously admitted or denied.

285.    Paragraph 285 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 285 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

286.    Paragraph 286 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 286 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

287.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 287 of Plaintiffs' Complaint and therefore deny same.

288.    Paragraph 288 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 288 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

289.    Paragraph 289 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 289 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

290.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 290 of Plaintiffs' Complaint and therefore deny same.

291.    Paragraph 291 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 291 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

292.    Paragraph 292 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 292 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

293.    Paragraph 293 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 293 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

294.    Paragraph 294 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 294 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

295.    Paragraph 295 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 295 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

296.    Paragraph 296 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

297.    Admit or deny the allegations contained in paragraphs 1 through 296 of Plaintiffs' Complaint as previously admitted or denied.

298.    Paragraph 298 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 298 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

299.    Paragraph 299 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 299 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

300.    Paragraph 300 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 300 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

301.    Paragraph 301 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations

contained in paragraph 301 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

302.   Paragraph 302 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 302 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

303.   Paragraph 303 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 303 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

304.   Paragraph 304 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 304 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

305.   Paragraph 305 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

306.   Admit or deny the allegations contained in paragraphs 1 through 305 of Plaintiffs' Complaint as previously admitted or denied.

307.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 307 of Plaintiffs' Complaint and therefore deny same.

308.    Paragraph 308 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 308 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

309.    Paragraph 309 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 309 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

310.    Paragraph 310 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 310 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

311.    Paragraph 311 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 311 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

312.    Paragraph 312 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 312 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

313.    Paragraph 313 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 313 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

314.    Paragraph 314 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 314 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

315.    Paragraph 315 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 315 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

316.    Paragraph 316 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 316 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

317.    Paragraph 317 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 317 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

318.    Paragraph 318 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 318 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

319.    Paragraph 319 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 319 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

320.    Paragraph 304 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

321.    Admit or deny the allegations contained in paragraphs 1 through 321 of Plaintiffs' Complaint as previously admitted or denied.

322.    Paragraph 322 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

323.    Paragraph 319 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

324.    Paragraph 324 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, the Town Defendants admit they responded or attempted to respond to a request for mutual aid.  The Town Defendants deny the allegations contained in paragraph 318 of Plaintiffs' Complaint if it is alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

325.    Paragraph 325 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 325 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

326.    Paragraph 326 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 326 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

327.    Paragraph 327 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 327 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

328.    Paragraph 328 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 328 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

329.    Paragraph 329 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 329 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

330.    Paragraph 330 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 330 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

331.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 331 of Plaintiffs' Complaint and therefore deny same.

332.    Paragraph 332 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 332 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

333.    Paragraph 333 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 333 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

334.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 334 of Plaintiffs' Complaint and therefore deny same.

335.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 335 of Plaintiffs' Complaint and therefore deny same.

336.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 336 of Plaintiffs' Complaint and therefore deny same.

337.    Paragraph 337 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 337 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

338.    Paragraph 333 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 333 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

339.    Paragraph 339 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 339 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

340.    Paragraph 340 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, admit the Town Defendants responded/ attempted to respond pursuant to a "Mutual Aid Agreement."  The Town Defendants deny the remaining allegations contained in paragraph 333 of Plaintiffs' Complaint if they are alleged against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

341.    Paragraph 341 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 341 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

342.    Paragraph 342 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 342 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

343.     Paragraph 343 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 343 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

344.     Paragraph 344 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 344 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

345.     Paragraph 345 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

346.     Paragraph 346 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 346 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

347.     Paragraph 347 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 347 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

348.    Paragraph 348 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 348 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

349.    Paragraph 349 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 349 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

350.    Paragraph 350 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 350 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

351.    Paragraph 351 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

352.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 352 of Plaintiffs' Complaint and therefore deny same.

353.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 336 of Plaintiffs' Complaint and therefore deny same.

354.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 336 of Plaintiffs' Complaint and therefore deny same.

355.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 336 of Plaintiffs' Complaint and therefore deny same.

356.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 336 of Plaintiffs' Complaint and therefore deny same.

357.     Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 336 of Plaintiffs' Complaint and therefore deny same.

358.     Paragraph 358 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 358 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

359.     Paragraph 359 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 359 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

360.    Paragraph 360 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 360 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

361.    Paragraph 361 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 361 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

362.    Paragraph 362 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

363.    Paragraph 363 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

364.    Admit or deny the allegations contained in paragraphs 1 through 363 of Plaintiffs' Complaint as previously admitted or denied.

365.    Paragraph 365 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

366.    Paragraph 366 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

367.    Paragraph 367 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

368.    Paragraph 368 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 368 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

369.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 369 of Plaintiffs' Complaint and therefore deny same.

370.    Paragraph 370 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 370 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

371.    Paragraph 371 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

372.    Paragraph 372 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

373.    Paragraph 373 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 373 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

374. Paragraph 374 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To a degree a response is required, deny the allegations contained in paragraph 374 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

375. Paragraph 375 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To a degree a response is required, deny the allegations contained in paragraph 375 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

376. Paragraph 376 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

377. Paragraph 377 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

378. Admit or deny the allegations contained in paragraphs 1 through 377 of Plaintiffs' Complaint as previously admitted or denied.

379. Paragraph 379 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required. To a degree a response is required, deny the allegations contained in paragraph 379 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

380. Paragraph 380 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

381.    Paragraph 380 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 380 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

382.    Paragraph 382 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 382 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

383.    Paragraph 383 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

384.    Paragraph 384 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

385.    Admit or deny the allegations contained in paragraphs 1 through 384 of Plaintiffs' Complaint as previously admitted or denied.

386.    Paragraph 386 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

387.    Paragraph 387 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 387 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

388.     Paragraph 388 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

389.     Paragraph 389 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

390.     Paragraph 390 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 390 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

391.     Paragraph 391 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 391 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

392.     Paragraph 392 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 392 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

393.     Paragraph 393 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

394.     Admit or deny the allegations contained in paragraphs 1 through 393 of Plaintiffs' Complaint as previously admitted or denied.

395.    Paragraph 395 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

396.    Paragraph 396 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 396 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

397.    Paragraph 397 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 397 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

398.    Paragraph 398 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 398 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

399.    Paragraph 399 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 399 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

400.    Paragraph 400 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

401.    Admit or deny the allegations contained in paragraphs 1 through 400 of Plaintiffs' Complaint as previously admitted or denied.

402.    Paragraph 402 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

403.    Paragraph 403 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 403 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

404.    Paragraph 404 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 404 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

405.    Paragraph 405 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 405 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

406.    Paragraph 406 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations

contained in paragraph 406 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

407.    Paragraph 407 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 407 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

408.    Paragraph 408 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 408 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

409.    Paragraph 409 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 409 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

410.    Paragraph 410 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

411.    Admit or deny the allegations contained in paragraphs 1 through 411 of Plaintiffs' Complaint as previously admitted or denied.

412.    Paragraph 412 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 412 of Plaintiffs' Complaint against the Town Defendants.  The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

413.    Paragraph 413 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

414.    Paragraph 414 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 414 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

415.    Paragraph 415 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 415 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

416.    Paragraph 416 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 416 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

417.    Paragraph 417 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 417 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

418.    Paragraph 418 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 418 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

419.    Paragraph 419 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 419 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

420.    Paragraph 420 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 420 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

421.    Paragraph 421 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.   To a degree a response is required, deny the allegations contained in paragraph 421 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

422.    Paragraph 422 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

423.    Admit or deny the allegations contained in paragraphs 1 through 423 of Plaintiffs' Complaint as previously admitted or denied.

424.    Paragraph 424 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 424 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

425.    Paragraph 425 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 425 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

426.    Paragraph 426 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 426 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

427.    Paragraph 427 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations

contained in paragraph 427 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

428.    Paragraph 428 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 428 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

429.    Paragraph 429 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 429 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

430.    Paragraph 430 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 430 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

431.    Paragraph 431 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 431 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

432.    Paragraph 432 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

433.    Admit or deny the allegations contained in paragraphs 1 through 433 of Plaintiffs' Complaint as previously admitted or denied.

434.    Paragraph 434 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

435.    Paragraph 435 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 435 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

436.    Paragraph 436 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 436 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

437.    Paragraph 437 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 437 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

438.    Paragraph 438 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations

contained in paragraph 438 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

439.    Paragraph 439 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 439 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

440.    Paragraph 440 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 440 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

441.    Paragraph 441 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

442.    Admit or deny the allegations contained in paragraphs 1 through 441 of Plaintiffs' Complaint as previously admitted or denied.

443.    Paragraph 441 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

444.    Paragraph 444 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 444 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

445.    Paragraph 445 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 445 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

446.    Paragraph 446 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 446 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

447.    Paragraph 447 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 447 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

448.    Paragraph 448 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 448 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

449.    Paragraph 449 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

450.    Admit or deny the allegations contained in paragraphs 1 through 449 of Plaintiffs' Complaint as previously admitted or denied.

451.    Paragraph 451 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 451 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

452.    Paragraph 452 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 452 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

453.    Paragraph 453 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 453 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

454.    Paragraph 454 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 454 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

455.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 455 of Plaintiffs' Complaint and therefore deny same.

456.    Paragraph 456 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 456 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

457.    Paragraph 457 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 457 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

458.    Paragraph 458 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 458 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

459.    Paragraph 458 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 458 of Plaintiffs' Complaint if it is alleged against the Town Defendants.

The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

460.    Paragraph 460 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

461.    Admit or deny the allegations contained in paragraphs 1 through 460 of Plaintiffs' Complaint as previously admitted or denied.

462.    Paragraph 462 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 462 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

463.    Deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 463 of Plaintiffs' Complaint and therefore deny same.

464.    Paragraph 464 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

465.    Paragraph 465 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.  To a degree a response is required, deny the allegations contained in paragraph 465 of Plaintiffs' Complaint if it is alleged against the Town Defendants. The Town Defendants otherwise deny knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations.

466.    Paragraph 466 of Plaintiffs' Complaint calls for a legal conclusion and, therefore, no response is required.

**RESIDUAL DENIAL**

467.    The Town Defendants hereby deny each and every other allegation not specifically addressed above.

**FIRST AFFIRMATIVE DEFENSE**

468.    Plaintiffs' claim, in whole or in part, fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

469.    This action may be barred by the doctrine of waiver.

**THIRD AFFIRMATIVE DEFENSE**

470.    To the extent that a finding is made that the Town Defendants' conduct was in violation of any statute, rule, or regulation, which Defendants hereby deny, any such violation would have been in good faith, and not willful and/or malicious.

**FOURTH AFFIRMATIVE DEFENSE**

471.    Plaintiffs have not suffered any damage or prejudice in connection with the causes of action asserted in the Complaint.

**FIFTH AFFIRMATIVE DEFENSE**

472.    Plaintiffs' claims may be barred by the doctrines of estoppel or laches.

**SIXTH AFFIRMATIVE DEFENSE**

473.    To the extent Plaintiffs have suffered any damages, their claim may nonetheless be barred in whole or in part to the extent that they failed to mitigate their damages.

**SEVENTH DEFENSE**

474.    If the Town Defendants are determined to have been responsible for the actions or omissions alleged by Plaintiffs, such were discretionary determinations, entitling

Defendants to immunity from suit under the doctrine of governmental immunity and related defenses set forth in *McLean v. City of New York*, 12 N.Y.3d 194 (2009) and its progeny.

## EIGHTH DEFENSE

475.    Plaintiffs' claim may be barred, in whole or in part, by the applicable statute of limitations.

## NINTH DEFENSE

476.    Plaintiffs' claim may be barred, in whole or in part, by the doctrines of *collateral estoppel* (issue preclusion), *res judicata* (claim preclusion), and Rooker-Feldman.

## TENTH DEFENSE

477.    Defendants are entitled to qualified and/or absolute immunity.

## ELEVENTH DEFENSE

478.    The Plaintiffs claims are barred by the doctrine of eleventh amendment immunity.

## TWELFTH DEFENSE

479.    In the event that Plaintiffs recovers any judgment against the Town Defendants, in whole or in part, for the injuries Plaintiffs allegedly sustained, the Town Defendants are entitled to set-off or reduction of any damage award which includes medical care, dental care, custodial care or rehabilitation services, loss of earnings, or other economic loss, for any such past or future costs or expenses which were or will, with reasonable certainty, be reimbursed or indemnified in whole or in part from any collateral source including, but not limited to, insurance, social security, worker's compensation or employee benefit programs.

**THIRTEENTH DEFENSE**

480.    Punitive damages are not recoverable in this action.

**FOURTEENTH DEFENSE**

481.    The recoverable damages, if any, should be diminished under the collateral source rule, New York CPLR § 4545.

**FIFTEENTH DEFENSE**

482.    Plaintiffs' claims in whole, or part, were caused by the Plaintiffs own intentional, negligent, and/or reckless conduct, thereby absolving the Defendants from liability and responsibility.

**SIXTEENTH DEFENSE**

483.    Plaintiffs' claims in whole, or part, were caused by the Plaintiffs' own intentional, negligent, and/or reckless conduct, thereby absolving the Defendants from liability and responsibility.

**SEVENTEENTH DEFENSE**

484.    Plaintiffs' claims are barred by the doctrine of assumption of risk, in whole or in part.

**EIGHTEENTH DEFENSE**

485.    In the event that Plaintiffs are entitled to recover, the amount of damages otherwise recoverable should be diminished in the proportion which the culpable conduct attributable to Plaintiffs bear to the culpable conduct which caused the alleged damages.

### NINETEENTH DEFENSE

486.    Liability for non-economic loss is limited by the provisions of Article 16 of the New York CPLR.  Upon trial, if it appears that some or all of the damages claimed by Plaintiff herein were brought about or contributed to by reason of Plaintiffs' own acts, actions or negligence, and/or the actions of any co-defendant or third-party, Plaintiffs' damages, if any, must be diminished accordingly.

### TWENTIETH DEFENSE

487.    Plaintiffs have suffered from any damages or prejudice in connection with the causes of action asserted in the Complaint.

### TWENTY-FIRST DEFENSE

488.    The claims and allegations set forth in Plaintiffs' Complaint, even if taken as true, do not state a claim for relief under 42 U.S.C. § 1983, as any deprivation alleged therein does not rise to the level of a constitutional tort.

### TWENTY-SECOND DEFENSE

489.    No actions of the Town Defendants proximately caused harm to the Plaintiffs.

### TWENTY-THIRD DEFENSE

490.    All actions taken were in accordance with applicable and valid procedures, standards, policies, laws and regulations.

### TWENTY-FOURTH DEFENSE

491.    *Respondeat superior* liability is not applicable herein.

### TWENTY-FIFTH DEFENSE

492.    The actions complained of do not rise to the level of deliberate indifference thereby barring recovery.

### TWENTY-SIXTH DEFENSE

493.    Upon settlement with any other party in this action or any other reasonable party, these answering Town Defendants shall rely upon the provisions under General Obligations Law § 15-108.

### TWENTY-SEVENTH DEFENSE

494.    Plaintiffs' alleged injuries or damages, in whole or in part, were caused by the negligence or intentional conduct of parties other than the Town Defendants, and/or by other intervening or interceding actions of superseding negligence by persons over whom the Town Defendants had no control or right of control.  In the event a judgment is recovered by Plaintiffs against the Town Defendants for the alleged injuries and damages, said judgment will have been due in whole or in part to the culpable conduct of said parties and the Town Defendants will be entitled to indemnification and/or contribution.

### TWENTY-EIGHTH DEFENSE

495.    The Town Defendants lacked personal involvement in the matters alleged in Plaintiffs' Complaint, and therefore, Plaintiffs cannot maintain a claim against them under 42 U.S.C. § 1983.

### TWENTY-NINTH DEFENSE

496.    Plaintiffs claims are barred, in whole or in part, by his failure to comply with the General Municipal Law requirements.

## THIRTIETH DEFENSE

497.    Plaintiffs have failed to secure jurisdiction over one or more of the Town Defendants as a result of improper service of process.

## THIRTY-FIRST DEFENSE

498.    All actions taken by the Town Defendants were neither arbitrary nor capricious.

## THIRTY-SECOND DEFENSE

499.    The actions complained of were based on probable cause and/or reasonable suspicion.

## THIRTY-THIRD DEFENSE

500.    Any claim of conspiracy is barred pursuant to the "intra-corporate conspiracy" doctrine.

## THIRTY-FOURTH DEFENSE

501.    The Town Defendants' conduct, to the extent it is alleged, which is herein expressly denied, did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.  It was objectively reasonable for them to believe that the alleged actions were lawful, and they acted sincerely with a belief that they were doing right.

## THIRTY-FIFTH DEFENSE

502.    Plaintiffs' claims are barred in whole or in part, by the holdings in *Heck v. Humphrey*, *Edwards v. Balisok*, and their progeny.

## THIRTY-SIXTH DEFENSE

503.    Plaintiffs fail to allege any municipal policy, custom, or procedure sufficient to state a *Monell* claim.

## THIRTY-SEVENTH DEFENSE

504.    The Town Defendants did not commence, instigate, or continue any prosecution against Plaintiffs.

## THIRTY-EIGHTH DEFENSE

505.    The Town Defendants specifically reserve the right to assert any additional affirmative and/or other defenses that are learned or become available during the course of discovery.

**WHEREFORE,** the Town Defendants respectfully request dismissal of the Complaint and an award of costs, disbursements and attorneys' fees.

\*    \*    \*

## DEFENDANTS' DEMAND A JURY TRIAL

Dated:          September 19, 2025

                                    GROSS SHUMAN P.C.

                                    By    *s/Tabita J. Saraj*
                                          Tabita J. Saraj, Esq.
                                          Michael P. McClaren, Esq.
                                    *Attorneys for Defendants*
                                    *Town of Evans, Town of Orchard Park, Town*
                                    *of West Seneca, and Police Officers Evan*
                                    *Bonczar, Jeremy Majewicz, Matthew J.*
                                    *Greenan, Jonathan E. Luterek, Jesse Reed, and*
                                    *Gregory J. Warner*
                                    465 Main Street, Suite 600
                                    Buffalo, New York 14203
                                    (716) 854-4300
                                    tsaraj@gross-shuman.com
                                    mmcclaren@gross-shuman.com

TO:     LIPSITZ GREEN SCIME CAMBRIA LLP
        Robert M. Corp, Esq.
        *Attorneys for Plaintiff*
        42 Delaware Avenue, Suite 120
        Buffalo, New York 14202
        (716) 849-1333
        rcorp@lglaw.com