# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7009  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

Lisa L. Shrewsberry  |  Partner  |  lshrewsberry@tlsslaw.com

October 13, 2025

**VIA ECF & E-MAIL: sinatra@nywd.uscourts.gov**

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

  Re: **Yousef Ahmed, et al. City of Buffalo, et al.**
    **Case No.: 1:25-cv-00391 (JLS)**

Dear Judge Sinatra:

  This firm represents Defendants Village of Kenmore and Police Officer Bradley Caruana (collectively, the "Kenmore Defendants") in the above-referenced matter. We write, with the consent of Robert Corp., Esq., counsel for Plaintiffs, to respectfully request a further extension of the Kenmore Defendants' deadline to respond to Plaintiffs' Complaint, from October 13, 2025, to **November 7, 2025**, to provide the Kenmore Defendants with additional time to finalize the agreement in principle resolving Plaintiffs' claims and file a notice of dismissal.

  Should the Court require any additional information, please do not hesitate to contact the undersigned.

        Respectfully submitted,

        TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

        *Lisa L. Shrewsberry*
        Lisa L. Shrewsberry

TO: ALL PARTIES OF RECORD (via ECF)

www.traublieberman.com

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT