

# Lipsitz Green Scime Cambria LLP

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

**ATTORNEYS AT LAW**
James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,5,6]
Melissa D. Wischerath [7]
Jaime Michelle Cain [5]
Taylor D. Golba
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Lucy M. Berkman [2]
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Amy J. Vigneron
William J. Justyk [10]
Kyle W. Dukmen
Candace L. Morrison
Christina M. Croglio
Alexander R. DiDonato
William N. Monte
Joshua F. Scrivani
Matthew A. Pickard

**OF COUNSEL**
Patrick C. O'Reilly
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]
Terrie Benson Murray

**SPECIAL COUNSEL**
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

**RETIRED**
Paul J. Cambria, Jr. [1,3,5]

**ALSO ADMITTED IN**
1  District of Columbia
2  Florida
3  California
4  Illinois
5  Pennsylvania
6  New Jersey
7  Oregon
8  Massachusetts
9  Connecticut
10 Washington

October 17, 2025

**VIA CM/ECF and E-Mail: sinatra@nywd.uscourts.gov**
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo New York 14202

**Re: Ahmed et al v. City of Buffalo, et al.**

Dear Honorable John L. Sinatra, Jr.:

We represent the Plaintiffs in the above-referenced action and respectfully request an extension of the current briefing schedule relating to certain Defendants' pending motions to dismiss. We have conferred with counsel for all Defendants, and each consents to this request.

Plaintiffs filed their Complaint on May 1, 2025. Thereafter, various Defendants sought extensions to answer or otherwise respond. Four months later, the first Motion to Dismiss was filed on September 2, 2025 (by Tonawanda Defendants). A number of other Defendants filed motions to dismiss on September 15, 2025. **This week**, on October 15, 2025, the Buffalo Defendants filed a Motion to Dismiss. Several other Defendants filed an Answer on September 19, 2025.

Given the number of motions and the variety of legal issues they raise, and in light of the timing of the most recent filings, Plaintiffs respectfully propose the following revised schedule. The requested extension will permit coordinated briefing across overlapping issues, avoid duplication, and promote a more efficient presentation of arguments for the Court's consideration.

- **Plaintiffs' Opposition Papers**: December 19, 2025; and
- **Defendants' Reply Papers**: January 16, 2026.

The parties are available for oral argument at the Court's convenience in late January or February 2026.



## Lipsitz Green Scime Cambria LLP

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

**ATTORNEYS AT LAW**
James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,5,6]
Melissa D. Wischerath [7]
Jaime Michelle Cain [5]
Taylor D. Golba
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Lucy M. Berkman [2]
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Amy J. Vigneron
William J. Justyk [10]
Kyle W. Dukmen
Candace L. Morrison
Christina M. Croglio
Alexander R. DiDonato
William N. Monte
Joshua F. Scrivani
Matthew A. Pickard

**OF COUNSEL**
Patrick C. O'Reilly
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]
Terrie Benson Murray

**SPECIAL COUNSEL**
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

**RETIRED**
Paul J. Cambria, Jr. [1,3,5]

**ALSO ADMITTED IN**
1  District of Columbia
2  Florida
3  California
4  Illinois
5  Pennsylvania
6  New Jersey
7  Oregon
8  Massachusetts
9  Connecticut
10 Washington

We appreciate the Court's consideration of this request.

Respectfully submitted,

**Lipsitz Green Scime Cambria LLP**

By:        /s/ Robert Corp
      Robert M. Corp, Esq.

cc:    All Counsel of Record