# TRAUB LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, New York 10601
DIRECT (914) 586-7009 | MAIN (914) 347-2600 | FAX (914) 347-8898

Lisa L. Shrewsberry | Partner | lshrewsberry@tlsslaw.com

November 6, 2025

**VIA ECF & E-MAIL: sinatra@nywd.uscourts.gov**

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    Yousef Ahmed, et al. City of Buffalo, et al.
           **Case No.: 1:25-cv-00391 (JLS)**

Dear Judge Sinatra:

    This firm represents Defendants Village of Kenmore and Police Officer Bradley Caruana (collectively, the "Kenmore Defendants") in the above-referenced matter. We write to respectfully request a further extension of the Kenmore Defendants' deadline to respond to Plaintiffs' Complaint, from November 7, 2025, to **December 5, 2025**, to provide Plaintiffs and the Kenmore Defendants with additional time to finalize their agreement in principle resolving Plaintiffs' claims and file a notice of dismissal.

    Should the Court require any additional information, please do not hesitate to contact the undersigned.

                  Respectfully submitted,

                  TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                  *Lisa L. Shrewsberry*

                  Lisa L. Shrewsberry

TO: ALL PARTIES OF RECORD (via ECF)