UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
YOUSEF AHMED, JAY AYOUB, MAJD AYOUB,            Case No.: 1:25-cv-00391
ELVI JO DOUGHERTY, SOLIEGH M. DOUGHERTY,
JAZMINE C. FRAZIER, TIMOTHY P. GEORGER,
IBRAHIM KHATIB, HANNAH R. KRULL, and
NOOR A. MOHAMMED,

                             Plaintiffs,

      -against-

CITY OF BUFFALO, ET AL.,

                             Defendants.
------------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
### AS TO DEFENDANTS VILLAGE OF KENMORE AND BRADLEY CARUANA

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs YOUSEF AHMED, JAY AYOUB, MAJD AYOUB, ELVI JO DOUGHERTY, SOLIEGH M. DOHERTY, JAZMINE C. FRAZIER, TIMOTHY P. GEORGER, IBRAHIM KHATIB, HANNAH R. KRULL, and NOOR A. MOHAMMED, by and through their undersigned attorneys, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice as against Defendants VILLAGE OF KENMORE and BRADLEY CARUANA without costs to any party as against the other.

Dated: Buffalo, New York
       December 15, 2025

                                      **LIPSITZ GREEN SCIME CAMBRIA LLP**

                                      *Robert M. Corp*
                                      _____
                                 By: Robert Corp, Esq.
                                    42 Delaware Ave, Suite 120,
                                    Buffalo, New York 14202
                                    Tel: (716) 849-1333
                                    Email: rcorp@lglaw.com
                                    *Attorneys for Plaintiffs*