UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

YOUSEF AHMED,
JAY AYOUB,
MAJD AYOUB,
ELVI JO DOUGHERTY,
SOLIEGH M. DOUGHERTY,
JAZMINE C. FRAZIER,
TIMOTHY P. GEORGER,
IBRAHIM KHATIB,
HANNAH R. KRULL, AND
NOOR A. MOHAMMED,

       Plaintiffs,

v.

CITY OF BUFFALO, et al.,

       Defendants.

Civil Action No.: 25-cv-00391

---

### DECLARATION IN SUPPORT OF PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

**ROBERT M. CORP, ESQ.**, declares as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1) I am an attorney duly licensed to practice law in the State of New York and I am a partner at Lipsitz Green Scime Cambria LLP, attorneys for Plaintiffs in the above-referenced action. I make this declaration based on my personal knowledge and my review of the files and records maintained in this matter.

2) I submit this declaration in support of Plaintiffs' Omnibus Memorandum of Law

in Opposition to Defendants' Motions to Dismiss. The Omnibus Memorandum addresses the following motions to dismiss:

    a) The Motion to Dismiss the Complaint filed by Defendants, Town of Tonawanda, Police Officer Grant F. Currey, Police Officer Nicholas J. Lund, Police Officer Mithcell F. Maraschiello, Police Officer Jeremiah J. Walsch-Steiner and Police Officer Kelly J. Wright, hereinafter "Tonawanda Defendants" (Dkt. No. 46);

    b) The Motion to Dismiss the Complaint filed by Defendants, Satish K. Tripathi ("President Tripathi"), Kimberly Beaty, Scott Marciszewski, Jonathan Fletcher, Timothy Bacon, Christopher Kerr, Robert Adamski, Luke Galmarini, Christopher Gruttaria, Matthew Kostek, Gregory Kurowski, Alexis Pearce, Michael Puerner, Amy Revelas, Michael Saraceno, Christopher Sprigg, Douglas Takac, Timothy Thompson, Robert Majewski, Kevin Will, hereinafter "State Defendants", without President Tripathi, hereinafter "UBPD Defendants" (Dkt. No. 49); and

    c) The Motion to Dismiss the Complaint filed by Defendants, Town of Amherst, Captain Kari McFayden, Captain Charles Persons, Lieutenant Matthew Lobuglio, Lieutenant Craig Pelt, Investigator Richard Walter, Officer Brett Christmann, Office Michael Kubek, Officer Patrick Luvender, Officer Joshua Militello, and Officer Derek Neuman, hereinafter "Amherst Defendants" (Dkt. No. 50);

    d) The Motion to Dismiss the Complaint filed by Defendants, County of Erie, Erie County Sheriff John C. Garcia, individually, Sergeant Simon Biegasiewicz, Deputy Raymond Diebel, Sergeant Matthew McClelland, Sergeant Brandon Stott (i/s/h/a "Deputy Scott"), Lieutenant Christopher Soluri, Deputy Salvatore Vaccaro, and Deputy Jason Wahl, hereinafter "Erie County Defendants" (Dkt.

No. 51);

e) The Motion to Dismiss the Complaint filed by Defendants, Town of Cheektowaga, Office Matthew Arnold, Officer Miller and Officer Shane Rogers, hereinafter "Cheektowaga Defendants" (Dkt. No. 54); and

f) The Motion to Dismiss the Complaint filed by Defendants, City of Buffalo, Lieutenant Karl B. Schultz, Police Officer Quincy Alexander, Police Officer Ronald Ammerman, Police Officer Christopher Bauer, Police Officer Andiel Candelario, Police Officer Jonathon Crawford, Police Officer Andrew Dalgleish, Police Officer Zachary Dressler, Police Officer Sean Ford, Police Officer Connor Frascatore, Police Officer Terris Garner, Police Officer John Gravius, Police Officer Tyler Hayden, Police Officer Eric Hofschneider, Police Officer David Kimmins, Police Officer Patrick Kinsella, Police Officer Michael Maritato, Police Officer Frank Menza, Police Officer Michael Palizay, Police Officer Pietrzak, Police Officer Matthew Serafini, Police Officer Alaric Santiago, Police Officer Stephen Schulz, and Police Officer Kris Timasula, hereinafter "City of Buffalo Defendants" (Dkt. No. 63)

3)   Annexed hereto as **Exhibit A** are true and correct copies of Plaintiff Yousef Ahmed's Notice of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

4)   Annexed hereto as **Exhibit B** are true and correct copies of Plaintiff Jay Ayoub's Notice of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

5)   Annexed hereto as **Exhibit C** are true and correct copies of Plaintiff Majd Ayoub's

Notices of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

6) Annexed hereto as **Exhibit D** are true and correct copies of Plaintiff Elvi Jo Dougherty's Notice of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

7) Annexed hereto as **Exhibit E** are true and correct copies of Plaintiff Soliegh Dougherty's Notice of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

8) Annexed hereto as **Exhibit F** are true and correct copies of Plaintiff Timothy Georger's Notice of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

9) Annexed hereto as **Exhibit G** are true and correct copies of Plaintiff Ibrahim Khatib's Notice of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

10) Annexed hereto as **Exhibit H** are true and correct copies of Plaintiff Hannah Krull's Notice of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

11) Annexed hereto as **Exhibit I** are true and correct copies of Plaintiff Noor Mohammed's Notice of Claim and Affidavits of Service, respectively, served upon the Tonawanda Defendants, Amherst Defendants, Erie County Defendants, and City of Buffalo Defendants.

12) Annexed hereto as **Exhibit J** is a true and correct copy of the Motion for Leave to File a Late Claim and Affidavit of Service, respectively, served on the New York State Attorney General and filed in the New York State Court of Claims on behalf of Plaintiff/Claimant, Jazmine

Frazier.

13) Annexed hereto as **Exhibit K** is a true and correct copy of the Claim and Affidavit of Service, respectively, served on the New York State Attorney General and filed in the New York State Court of Claims on behalf of Plaintiff/Claimant, Jazmine Frazier.

14) Annexed hereto as **Exhibit L** is a true and correct copy of the Claim and Affidavit of Services, respectively, served on the New York State Attorney General and filed in the New York State Court of Claims on behalf of all Plaintiffs/Claimants.

15) These exhibits are submitted to assist the Court in resolving the above-referenced motions.

16) Plaintiffs appeared for testimony pursuant to General Municipal Law § 50-h on the following dates:

a) Elvi Jo Dougherty – November 26, 2024

b) Soliegh Dougherty – November 26, 2024

c) Timothy Georger – November 26, 2024

d) Jay Ayoub – December 4, 2024

e) Majd Ayoub – December 4, 2024

f) Ibrahim Khatib – December 4, 2024

g) Yousef Ahmed – February 7, 2025

h) Hannah Krull – February 7, 2025

i) Noor Mohammed – February 7, 2025

17) In January 2025, Plaintiffs learned of the possibility that the Town of Cheektowaga Police Department was present at the May 1, 2024 incident at the University at Buffalo through discussions relating to a Freedom of Information Law ("FOIL") request issued to

a different municipality. Plaintiffs learned that the Town of Cheektowaga Police Department was present and involved during the May 1, 2024 incident in February 2025 after the February 2025 partial production of FOIL materials by the Town of Cheektowaga.

18) In preparing the Complaint, I reviewed video and audio recordings from multiple sources, including recordings captured by Plaintiffs and other witnesses. The recording referenced and relied upon to corroborate the allegations concerning Plaintiff Noor A. Mohammed's arrest inside Capen Hall was recorded by Ms. Mohammed on her personal cell phone and was not produced by the Town of Cheektowaga in response to a FOIL request. The recording captures Ms. Mohammed being tackled by multiple officers. Her phone is knocked to the ground, and the camera then points upward. The recording continues to capture audio while Ms. Mohammed is restrained, including officers' taunts and statements and the forcible dislodging of her religious garments.

WHEREFORE, Plaintiffs request that this Court deny the pending Motions to Dismiss filed by the Tonawanda Defendants (Dkt. No. 46), State Defendants (Dkt. No. 49), Amherst Defendants (Dkt. No. 50), Erie County Defendants (Dkt. No. 51), Cheektowaga Defendants (Dkt. No. 54), and City of Buffalo Defendants (Dkt. No. 63).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Buffalo, New York
        January 30, 2026

                                          **LIPSITZ GREEN SCIME CAMBRIA, LLP**

                                          */s/ Robert M. Corp*_____
                                          Robert M. Corp, Esq.
                                          Attorneys for Plaintiffs
                                          42 Delaware Ave., Suite 120
                                          Buffalo, NY 14202
                                          (716) 849-1333, ext. 314