# EXHIBIT A

---

In the Matter of the Claim of

YOUSEF A. AHMED                                    **NOTICE OF CLAIM**

                       Claimant,

       -against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

---

TO:   ERIE COUNTY,
       ERIE COUNTY SHERIFF'S OFFICE,
       TOWN OF AMHERST,
       AMHERST POLICE DEPARTMENT,
       CITY OF BUFFALO,
       BUFFALO POLICE DEPARTMENT,
       VILLAGE OF KENMORE,
       KENMORE POLICE DEPARTMENT,
       TOWN OF TONAWANDA,
       TOWN OF TONAWANDA POLICE DEPARTMENT,

6599697v1 - 074223.0001

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that YOUSEF A. AHMED, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 55 Ascot Circle, Amherst, NY 14051.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3. The claim of YOUSEF A. AHMED is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for

consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4.    The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area."  A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5.    The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 5:00 p.m., the claimant YOUSEF A. AHMED and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area."  At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, YOUSEF A. AHMED, while lawfully and properly on public property, was in the process of leaving the demonstration and walked towards Capen Hall, and was exercising the rights and privileges guaranteed to him under the United States and New York State Constitutions, including his Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, his Right to Equal Protection, and his right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant. Unnamed officers targeted Claimant because of his leadership role in certain student groups and because he was videotaping their conduct.  Unnamed officers violently tackled Claimant.  Claimant was in the process of leaving the demonstration when unnamed officers locked/blocked the doors to Capen Hall, preventing Claimant from leaving the vicinity of the demonstration.  Unnamed officers chased Claimant along the sidewalk area outside Capen Hall and violently tackled Claimant to the ground.  At least four unnamed

officers violently tackled and piled on Claimant.  Claimant was held down by the officers and was kicked, kneed, and struck while he laid on the ground, unable to breathe.  Despite Claimant having been apprehended by numerous officers and not resisting his arrest, Claimant was subjected to violent force by responding officers.  Claimant YOUSEF A. AHMED was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6.  The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy.  Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7.  Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of

YOUSEF A. AHMED, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting YOUSEF A. AHMED from freely exercising his guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and his right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be

assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8.    Upon information and belief, as a result of the aforesaid incident, the Claimant, YOUSEF A. AHMED, sustained bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to his nerves and nervous system.  Claimant suffered serious injuries to his thumb, hands, head, and brain and was unable to breathe for an extended period of time.  Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE

DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on behalf of YOUSEF A. AHMED, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF ERIE       )

      YOUSEF A. AHMED, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of himself. He has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, he believes them to be true.

                                                Yousef A. Ahmed

Sworn to before me on this
29th day of July 2024

Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 2026

6583110v1 - 099700.0007

DATED:    Buffalo, New York
            July 29, 2024

_____
YOUSEF A. AHMED


LIPSITZ GREEN SCIME CAMBRIA LLP

By:_____
    ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

4817173v1 - 071944.0001

# EXHIBIT A

OCA TV-1 (4/05)

**STATE OF NEW YORK**
**COUNTY OF ERIE**
**AMHERST TOWN COURT**

**ORDER**

PEOPLE OF THE STATE OF NEW YORK

Assignment of Counsel

-against-

(Upon Issuing a Securing Order Fixing Bail
Or Ordering Defendant Held Without Bail)

ELVI J. DOUGHERTY,   Defendant

22 NYCRR Section 200.26(c)

87 CHENANGO ST
BUFFALO, NY 14213    DOB:

CASE NO: 24050610

The defendant having been brought before the Court on [Date] at / / [Time] for arraignment on an accusatory instrument filed with this Court, and it appearing that the defendant is financially unable to obtain counsel, the Court makes the following assignment of counsel, pursuant to County Law Section 722:

☐ _____ (indicate Public Defender Office,
   Conflict or Alternate Defender Office, Legal Aid Society or named
   attorney, as appropriate) is assigned to represent the defendant; or

☐ Michelle Parker_____ (enter name of Administrator of Assigned
   Counsel Program) is directed to, without delay, select and assign an
   appropriate attorney to represent the defendant from the Administrator's
   list of eligible attorneys.

**CHARGE(S) AGAINST DEFENDANT:** PL 240.35 05 - LOITERING _____

_____

_____

_____

**NAME(S) OF CO-DEFENDANT(S):** _____

**BAIL AMOUNT:** $0.00 Cash _____    $ 0.00 BOND _____

**DATE AND TIME OF NEXT COURT APPEARANCE:** 06/04/2024 at  09:00AM _____

**OTHER:** _____

☒ A copy of the accusatory instrument(s) is/are attached.

☐ The defendant has been provided, in writing, with the name , business
   address and telephone number of assigned counsel.

☐ The appropriate pre-trial services agency or pre-trial services unit of
   the County Probation Department (if any) has been notified of this
   assignment by telephone, and by faxed (or other) delivery of a copy of
   this order of assignment, in accordance with 22 NYCRR 200.26(c). (Do NOT
   send copy of accusatory instrument to pre-trial services agency or
   pre-trial services unit of Probation Department.)

DATED: __5/14/24_____    _____

                           Kara A. Buscaglia Justice

---

Pursuant to 22 NYCRR 200.26(c): Assigned counsel and pre-trial services agency/unit (if
any) to be notified of this assignment by telephone , and by faxed (or other) delivery of
a copy of this order of assignment, upon issuance of securing order or, if not
practicable, within 24 hours thereafter, but not later than 48 hours thereafter if
extraordinary circumstances so require.

※ 13 Co-Defendants ※

DISTRICT ATTORNEY

Docket Number: _____

CD#: **24-009136**

Date of Arrest: 05/01/2024

Defendant's Phone #: _____

# Town Court of Amherst

## County of Erie, State of New York

The People of the State of New York

VS.

_____ **Elvi J. Dougherty   DOB:** _____
Defendant

)
)
)            **INFORMATION**
)
)

_____          _____
Defendant's Address

### ACCUSATION

**BE IT KNOWN THAT BY THIS INFORMATION**

Officer Alexis Pearce, of the New York State University Police with the State University at Buffalo, Bissell Hall, Amherst, NY 14260, as the Complainant herein, accuses the above named Defendant, **Elvi J. Dougherty**, with having committed the offense of:

### Loitering

in violation of Section 240.35 Subdivision 5 of the Penal Law of the State of New York, a Violation.

### FACTS

That on the 1st day of May, 2024, at or about 8:22 PM at Flint Loop, University at Buffalo Campus, Town of Amherst, County of Erie, State of New York, the Defendant, Elvi J. Dougherty, did: loiter or remain in or about school grounds, a college or university building or grounds, not having any reason or relationship involving custody of or responsibility for a pupil or student, or any other specific, legitimate reason for being there, and not having written permission from anyone authorized to grant the same. To Wit: at the aforementioned time and place, the above named Defendant did loiter or remain in or about school grounds, a college or university building or grounds, specifically, following the declaration of unlawful assembly and having issued three orders to disperse via loud speaker while allowing enough time to leave through a provided, unobstructed exit; Elvi J. Dougherty did remain in or about the college grounds without legitimate reason, not having any reason or relationship involving custody of or responsibility for a pupil or student, or any other specific, legitimate reason for being there after a declaration of unlawful assembly, followed by three issued orders to disperse via loudspeaker, and not having written permission from anyone authorized to grant the same, all contrary to the provisions of the statute in such case made and provided.

The above allegations of fact are made by the Complainant herein, upon direct knowledge and/or upon information and belief, with the sources of his information and the grounds for his belief being direct knowledge.

☐WHEREFORE, Complainant requests that an **arrest warrant** be issued for the arrest of the said Defendant.

☐WHEREFORE, Complainant requests that a **criminal summons** be issued to the said Defendant.

☐IN WITNESS WHEREOF, an **appearance ticket** has been issued to the said Defendant, _____ , directing him/her to appear before this Court at _____ on the _____ day of _____ , _____ .

### NOTICE

**It is a crime, punishable as a Class A Misdemeanor under Section 210.45 of the New York State Penal Law, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

RECEIVED

MAY 0 6 2024

AMHERST TOWN COURT

Sworn/Witnessed before me this

_____ day of _____ , 20 _____

_____
Complainant Signature

5/2/24
Date

_____
Officer/Justice Signature



# NYS University Police -SUNY Buffalo
## POLICE REPORT
## RESIST ARREST

**Complaint**
## 24-009136

Report Date & Time
05/01/2024 16:07

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| FLINT LP   AMH | 23-N Roads/L | 0 | 05/01/2024 16:07 | Wednesday | Street/Highway |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| **Cleared By Arrest** | | | | | | |

| Officers: | | Rep. Off.: | Assigned. Off.: |
|---|---|---|---|
| 006 - FLETCHER | 024 - BACON | 049 - KOPACZ | |
| 014 - ADAMSKI | 001 - BEATY | Supervisor: 025 - KERR | |

## Offender - 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| FRAZIER | JAZMINE | C | | | Black | F | 33 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 08" | 120 | BLK | BRO | S | LBR | Glasses | BACK TATTOOS | | |

## Offender - 2

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGHERTY | ELVI | J | | | White | F | 49 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 08" | 270 | GRY | XXX | L | FAR | None | NECK TATTO | | |

## Offender - 3

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MOHAMMED | NOOR | A | | | Asian | F | 24 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 02" | 120 | BRO | BRO | S | LGT | Unknown | | | |

## Offender - 4

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGHERTY | SOLIEGH | M | | | White | F | 23 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 06" | 250 | BRO | XXX | L | LGT | Glasses | TATTOO FOREARMS | | |

## Offender - 5

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| ROBERT | AMANDA | R | | | White | F | 42 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 07" | 208 | BLN | HAZ | M | LGT | Glasses | LEFT FOREARM | | |

## Offender - 6

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| AHMED | YOUSEF | A | | | White | M | 21 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Offender - 7

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| KRULL | HANNAH | R | | | White | F | 22 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

RECEIVED

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 08" | 130 | BLK | BRO | S | LGT | Glasses | | | |

| Victim DID receive information on Victim's Rights and Services pursuant to New York State Law | Yes/No |
|---|---|

MAY 0 7 2024

AMHERST TOWN COURT

| Printed Date: | 05/06/2024 11:34 AM | Page: 1 |
|---|---|---|



| | NYS University Police -SUNY Buffalo<br>POLICE REPORT<br>RESIST ARREST | Complaint<br>**24-009136**<br>Report Date & Time<br>05/01/2024 16:07 |
|---|---|---|

## Offender - 8

| Last Name<br>SORRENTINO | First Name<br>JULIA | MI<br>M | Ext | Birth Date | Race<br>White | Sex<br>F | Age<br>20 | Juvenile<br>N | Arrested<br>Y | Report<br>PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | State  Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|---|

## Offender - 9

| Last Name<br>MAHDI | First Name<br>AKIB | MI | Ext | Birth Date | Race | Sex<br>M | Age<br>20 | Juvenile<br>N | Arrested<br>Y | Report<br>PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | State  Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|---|

## Offender - 10

| Last Name<br>AYOUB | First Name<br>MAJD | MI<br>M | Ext | Birth Date | Race<br>White | Sex<br>M | Age<br>21 | Juvenile<br>N | Arrested<br>Y | Report<br>PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | State  Zip | | | Home Phone | Work Phone | |

| Height<br>5' 10" | Weight<br>185 | Hair<br>BRO | Eyes<br>BRO | Build<br>L | Complexion<br>OLV | Glasses<br>None | Scars/Marks/Tattoos | | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|---|

## Offender - 11

| Last Name<br>GEORGER | First Name<br>TIMOTHY | MI<br>P | Ext | Birth Date | Race<br>White | Sex<br>M | Age<br>29 | Juvenile<br>N | Arrested<br>Y | Report<br>PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | State  Zip<br>NY  14225 | | | Home Phone | Work Phone | |

| Height<br>5' 09" | Weight<br>215 | Hair<br>BRO | Eyes<br>BRO | Build<br>M | Complexion<br>LGT | Glasses<br>Unknown | Scars/Marks/Tattoos<br>RT FOREARM/SCAR | | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|---|

## Offender - 12

| Last Name<br>JACKSON | First Name<br>STEVEN | MI<br>J | Ext | Birth Date | Race<br>White | Sex<br>M | Age<br>31 | Juvenile<br>N | Arrested<br>Y | Report<br>PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | State  Zip | | | Home Phone | Work Phone | |

| Height<br>5' 08" | Weight<br>140 | Hair<br>BRO | Eyes<br>GRN | Build<br>M | Complexion<br>LGT | Glasses<br>Unknown | Scars/Marks/Tattoos<br>RIGHT ELBOW SCR | | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|---|

## Offender - 13

| Last Name<br>AYOUB | First Name<br>JAY | MI<br>M | Ext | Birth Date | Race<br>White | Sex<br>M | Age<br>67 | Juvenile<br>N | Arrested<br>Y | Report<br>PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | State  Zip | | | Home Phone | Work Phone | |

| Height<br>5' 07" | Weight<br>193 | Hair<br>GRY | Eyes<br>HAZ | Build<br>M | Complexion<br>MED | Glasses<br>Unknown | Scars/Marks/Tattoos | | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|---|

## Offender - 14

| Last Name<br>KHATIB | First Name<br>IBRAHIM | MI<br>V | Ext | Birth Date | Race<br>White | Sex<br>M | Age<br>43 | Juvenile<br>N | Arrested<br>Y | Report<br>PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | State  Zip | | | Home Phone | Work Phone | |

| Height<br>6' 00" | Weight<br>200 | Hair<br>BLK | Eyes<br>BRO | Build<br>M | Complexion<br>FAR | Glasses<br>Unknown | Scars/Marks/Tattoos | | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|---|

## Offender - 15

| Last Name<br>BURNS | First Name<br>JOHN | MI<br>W | Ext | Birth Date | Race<br>White | Sex<br>M | Age<br>40 | Juvenile<br>N | Arrested<br>Y | Report<br>PR |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | | | City | | State  Zip | | | Home Phone | Work Phone | |

| Height<br>6' 00" | Weight<br>180 | Hair<br>BRO | Eyes<br>BRO | Build<br>M | Complexion<br>LGT | Glasses<br>Unknown | Scars/Marks/Tattoos<br>NONE OBSERVED | | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|---|

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 205.30 | M | A | 0 | RESISTING ARREST | PR |

Printed Date:  05/06/2024 11:34 AM



| | | | | NYS University Police -SUNY Buffalo | Complaint |
|---|---|---|---|---|---|
| | | | | **POLICE REPORT** | **24-009136** |
| | | | | **RESIST ARREST** | Report Date & Time |
| | | | | | 05/01/2024 16:07 |

| PL | 140.05 | V | | 0 | TRESPASS | PR |
|----|--------|---|---|---|----------|----|
| PL | 240.20-06 | V | | 0 | DIS/CON REFUSING TO MOVE ON | PR |
| PL | 240.35 | V | | 0 | LOITERING | PR |
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | PR |

### ARREST - 1

| Arrest # | Name | | | | Date | Address | |
|----------|------|--|--|--|------|---------|--|
| 1819 | AHMED, YOUSEF A. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|--------|-------------|--|--|--|--------------------|--|
| Appearance Tick(Crime in Progress | | | | | 047-TAKAC | |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 2

| Arrest # | Name | | | | Date | Address | |
|----------|------|--|--|--|------|---------|--|
| 1821 | SORRENTINO, JULIA M. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|--------|-------------|--|--|--|--------------------|--|
| Appearance Tick(Crime in Progress | | | | | 097-PEARCE | |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 3

| Arrest # | Name | | | | Date | Address | |
|----------|------|--|--|--|------|---------|--|
| 1822 | MAHDI, AKIB . | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|--------|-------------|--|--|--|--------------------|--|
| Appearance Tick(Crime in Progress | | | | | 047-TAKAC | |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 4

| Arrest # | Name | | | | Date | Address | |
|----------|------|--|--|--|------|---------|--|
| 1824 | GEORGER, TIMOTHY P. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|--------|-------------|--|--|--|--------------------|--|
| Appearance Tick(Crime in Progress | | | | | 097-PEARCE | |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 5

| Arrest # | Name | | | | Date | Address | |
|----------|------|--|--|--|------|---------|--|
| 1826 | AYOUB, JAY M. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|--------|-------------|--|--|--|--------------------|--|
| Appearance Tick(Crime in Progress | | | | | 047-TAKAC | |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.20-06 | V | | 0 | DIS/CON REFUSING TO MOVE ON | 1 |
| PL | 140.05 | V | | 0 | TRESPASS | 1 |
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |



| | NYS University Police -SUNY Buffalo<br>**POLICE REPORT**<br>**RESIST ARREST** | *Complaint*<br>**24-009136** |
|---|---|---|
| | | *Report Date & Time*<br>05/01/2024 16:07 |

### ARREST - 6

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 1828 | BURNS, JOHN W. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|---|---|---|---|---|---|---|
| Appearance Tick<Crime in Progress | | | | | 097-PEARCE | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 7

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 1818 | ROBERT, AMANDA R. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|---|---|---|---|---|---|---|
| Appearance Tick<Crime in Progress | | | | | 016-THOMPSON | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 8

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 1820 | KRULL, HANNAH R. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|---|---|---|---|---|---|---|
| Appearance Tick<Crime in Progress | | | | | | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 9

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 1823 | AYOUB, MAJD M. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|---|---|---|---|---|---|---|
| Appearance Tick<Crime in Progress | | | | | | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 10

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 1825 | JACKSON, STEVEN J. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|---|---|---|---|---|---|---|
| Appearance Tick<Crime in Progress | | | | | 016-THOMPSON | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 11

| Arrest # | Name | | | | Date | Address | |
|---|---|---|---|---|---|---|---|
| 1827 | KHATIB, IBRAHIM V. | | | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | | | | Arresting Officers | |
|---|---|---|---|---|---|---|
| Appearance Tick<Crime in Progress | | | | | | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |



| | | |
|---|---|---|
| **NYS University Police -SUNY Buffalo** | Complaint | |
| **POLICE REPORT** | **24-009136** | |
| **RESIST ARREST** | Report Date & Time 05/01/2024 16:07 | |

## ARREST - 12

| Arrest # | Name | | | | Date | Address | | |
|---|---|---|---|---|---|---|---|---|
| 1814 | FRAZIER, JAZMINE C. | | | | 05-01-2024 | FLINT LP AMHERST | | |

| Status | Arrest Type | Arresting Officers | | | |
|---|---|---|---|---|---|
| Appearance Tick Crime in Progress | 082-KUROWSKI | 063-KOSTEK | 025-KERR | 004-MARCISZEWSKI | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35 | V | | 0 | LOITERING | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |

## ARREST - 13

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 1815 | DOUGHERTY, ELVI J. | 05-01-2024 | FLINT LP AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick Complaint | | 047-TAKAC |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

## ARREST - 14

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 1816 | MOHAMMED, NOOR A. | 05-01-2024 | FLINT LP AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick Crime in Progress | | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

## ARREST - 15

| Arrest # | Name | Date | Address |
|---|---|---|---|
| 1817 | DOUGHERTY, SOLIEGH M. | 05-01-2024 | FLINT LP AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick Crime in Progress | | 097-PEARCE |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

## NARRATIVE

POLICE REPORT   Date Entered: 05/01/2024 22:13   Typist: GREGORY KUROWSKI   Officer: 082-KUROWSKI

On May 1, 2024, On the above listed date and time while detailed to a protest, Captain Fletcher issued three directives to disperse via public address system where protesters were informed their assembly had been deemed unlawful and they were directed to disperse or they would be arrested for Loitering. Officers from the New York State University Police and various police agencies began dispersing the crowd and arresting violators.

While dispersing the protesters from the Flint loop area Jazmine Frazier (Offender, DOB (          )) refused to listen to the directive given over the loud speaker. Officers did have to place her into plastic cuffs because of her refusal. After being placed in plastic handcuffs she attempted to break free from them. Officer Kostek and I had to reposition and apply a new set of plastic cuffs on to gain control. After applying the plastic cuffs on her we attempted to have her stand up and continue walking to the car. Frazier did not comply by using her weight to continue laying on the ground. After she did stand up, she kept dragging her feet and would not allow us to walk her to the patrol vehicle. Time of arrest 2037 hours.

The following occurred for the booking process:

Patrol vehicle #47 was searched prior to putting Frazier in the back seat.

Starting mileage (75608) was called into dispatch prior to transport.

Printed Date:   05/06/2024 11:34 AM                                                                     Page: 5



| | NYS University Police -SUNY Buffalo | Complaint |
|---|---|---|
| | POLICE REPORT | 24-009136 |
| | RESIST ARREST | Report Date & Time 05/01/2024 16:07 |

Frazier was brought into room 124A at Bissell hall, and was searched before the booking process began. Frazier was then asked by patrols if she was injured and if she wished to be evaluated by EMS, to which she declined, and stated that she was not injured.

Frazier was given a courtesy transport back to her vehicle in Hochstetter lot Mileage (75610) at 2239 hours and was escorted by following her in her personal vehicle off UB property at 2242 hours.

Frazier was charged with NYS PL 205.30 Resisting Arrest, and NYS PL 240.35 Loitering. Frazier was also issued an appreance ticket answerable at Amherst Town Court on May 29, 2024 at 0930AM.  Frazier was also issued a PNG letter, which was explained to her.

Arrest documents were completed and placed into the case folder.

Officers were on a extended duty, body Cameras 36, 46  battery expired  around 1930 hours. Lieutenants that were on scene were notified.

Frazier was given a courtesy transport back to her vehicle in Hochstetter lot Mileage (75610) at 2239 hours and was escorted by following her in her personal vehicle off UB property at 2242 hours.

Frazier was charged with NYS PL 205.30 Resisting Arrest, and NYS PL 240.35 Loitering. Frazier was also issued an appreance ticket answerable at Amherst Town Court on May 29, 2024 at 0930AM.  Frazier was also issued a PNG letter, which was explained to her.

Arrest documents were completed and placed into the case folder.

Officers were on a extended duty, body Cameras 36, 46  battery expired  around 1930 hours. Lieutenants  that were on scene were notified.

---

**SUPPLEMENT # 1**  Date Entered: **05/02/2024  03:47**  Typist: **LUKE  GALMARINI**  Officer: **073-GALMARINI**

On the above listed date and time while detailed to a protest the following did occur.

I was assigned to a University at Buffalo Stampede Bus which was designated for protesters whom were detained and charged with violations following three announcements of an unlawful assembly. Two UB Stampede bus were designated for the temporary detention and transportation of offenders. I did search both buses prior to their utilization and found no hazards.

Captain Fletcher issued three directives to disperse via public address system where protesters were informed their assembly had been deemed unlawful and they were directed to disperse or they would be arrested for Loitering. Officers from the New York State University Police and various police agencies began dispersing the crowd and arresting violators.

Various agency brought forward individuals whom were arrested for Loitering to the aforementioned Stampede bus. Individuals were searched and directed towards seats within the bus. At 20:51 hours the bus began transporting the detained individuals to the Center for Tomorrow Parking lot for processing's. Officers Gruttaria, Saraceno, and myself accompanied the detainees within the bus to the processing center. The following above listed Offenders were transported in the aforementioned bus; Dougherty, Elvi J.          Mohammed, Noor A.
       Dougherty, Joliegh M.           Robert, Amanda R.          Ahmed, Yousef A.
       Krull, Hannah R.              Sorrentino, Julia        Mahdi, Akib         Georger,



| NYS University Police -SUNY Buffalo<br>**POLICE REPORT**<br>**RESIST ARREST** | Complaint<br>**24-009136** |
|---|---|
| | Report Date & Time<br>05/01/2024 16:07 |

Timothy P.          , Jackson, Steven J.          and Khatb, Ibrahim V.          vithout incident. Officer Pearce transported the above listed Offender, Burns, John W.          to the processing site in patrol vehicle 35 without incident. Officer Revelas transported the above listed Offender Ayoub, Maja M.          to the processing site in patrol vehicle 28 without incident. Officer Majewski transported the above listed Offender Ayoub, Jay M.          to the processing site in patrol vehicle 17 without incident.

Upon arrival at the processing site and inquiry was taken of detainees complaining of injury. The following detainees complained of the following:

Dougherty, Elvi: Sore wrist, stated she was fine.

Mahdi, Akib: Neck pain, right finger pain, and left knee. Requested evaluation.

Krull, Hannah: Hand pain and right forearm. Requested evaluation.

Khatb, Ibrahim: Wrist pain.

Ayoub, Jay: Left shoulder pain. Requested evaluation.

Ahmed, Yousef: head pain. Initially reported he was uninjured, after processing and release requested to be evaluated.

I did utilize my department radio to request an ambulance for the above parties who requested an evaluation. Twin City Ambulance 219 did arrive on location and did evaluate the above listed parties, all of which refused further medical care or transportation.

The processing site consisted of four processing stations manned by Officer Takac, Sprigg, Pearce, and Investigator Thompson. Each of the aforementioned Offenders were processed at one of the processing stations and were all subsequently released with appearance tickets. The following Offenders who are not students at the University at Buffalo were issued Persona non Grata (PNG) notices and thoroughly explained their inability to be present on University at Buffalo property; Dougherty (Elvi), Dougherty (Soliegh), Robert(Amanda), Sorrentino (Julia), Georger (Timothy), Jackson (Steven), Ayoub (Jay), Khatb (Ibrahim), and Burns (John). The following Offenders who are students at the University at Buffalo were issued notices to appear for Student Conduct and Advocacy; Mohammed (Noor), Ahmed (Yousef), Krull (Hannah), Mahdi (Akib), and Ayoub (Majd).

During processing, a crowd of individuals began to gather on Service Center Road. The individuals from this crowd did begin to interfere with lawful operation of the processing site and were advised to remain on the sidewalk of Service Center Road or face arrest. The Erie County Sheriffs did respond and assist with crowd control at the processing site. The entrances to the Center for Tomorrow parking lot were barricaded at the initiation of the processing site.

All Offenders were processed and released with their respective paperwork without incident.

Following the completion of processing all Offenders bystanders reported that Ayoub, Jay needed an ambulance to evaluate his shoulder. It should be noted that Ayoub, Jay was evaluated by Twin City Ambulance 219 prior to processing and refused care. A ambulance was again requested for Ayoub, Jay who was subsequently transported to Millard Fillmore Suburban Hospital by Twin City Ambulance 246.



| | NYS University Police -SUNY Buffalo **POLICE REPORT** **RESIST ARREST** | Complaint **24-009136** |
| --- | --- | --- |
| | | Report Date & Time 05/01/2024 16:07 |

**IMAGE(S)**

Officer: **049 - KOPACZ**                    Supervisor: **025 - KERR**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**                    **Index No.**_____

_____

IN THE MATTER OF THE CLAIM OF:                                      Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
            vs
**ERIE COUNTY**
    et al                                                  Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **12:51PM:**,at **2919 DELAWARE AVE TONAWANDA**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

## ON   TOWN OF TONAWANDA

☐**Individual**        By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐**Responsible**
   **Person**          By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐**Mail**             A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☑**Corporation**      by delivering to and leaving with **VICTORIA HARDICK**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐**LLC/LLP**          who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
   **To Door**         By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**         Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**          at _____on _____, _____**M.**

                      at _____on _____, _____**M.**

                      at _____on _____, _____**M.**

                      at _____on _____, _____**M.**

**Description**       **60**years of age   **145**lbs.   **5**ft   **3**in.   _____ male   **X** female   **SALT/PEPPER** hair   **WHITE**skin.

                      _____other.

☑**Military**
   **Service**         To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

                      I affirm this_____ 3ʳᵈ _____day of _____ Aug. _____,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                      _____
                                                      Notary Not Required Pursuant to N.Y. CPLR 2106
                                                      **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**          **Index No.** _____

_____

IN THE MATTER OF THE CLAIM OF:                                    Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                          VS
**ERIE COUNTY**
_et al_                                                     Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **1:01PM:**,at **1835 SHERIDAN DR TONAWANDA NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

ON **TOWN OF TONAWANDA POLICE DEPARTMENT**

☐ **Individual**   By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐ **Responsible**
   **Person**   By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐ **Mail**   A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☑ **Corporation**   by delivering to and leaving with **DAN KELTING**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐ **LLC/LLP**   who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing**
   **To Door**   By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐ **Previous**   Deponent previously attempted to serve the above named defendant/respondent on;
   **Attempts**   at _____ on _____, _____**M.**

   at _____ on _____, _____**M.**

   at _____ on _____, _____**M.**

   at _____ on _____, _____**M.**

**Description**   **38**years of age   **175**lbs.   **5**ft   **10**in.   **X** male   _____ female   **BLACK** hair   **WHITE**skin.

   _____other.

☑ **Military**
   **Service**   To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

   I affirm this **3rd** day of **Aug.** ,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

   _____
   Notary Not Required Pursuant to N.Y. CPLR 2106
   **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____    **County of ERIE**    **Index No.**_____

IN THE MATTER OF THE CLAIM OF:                                     Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                    vs
**ERIE COUNTY**
    et al                                                              Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **2:17PM:**,at **5583 MAIN STREET WMSVL NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON  TOWN OF AMHERST**

☐ **Individual**    By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐ **Responsible**
    **Person**       By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐ **Mail**          A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☑ **Corporation**    by delivering to and leaving with **TIMOTHY KOLLER**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐ **LLC/LLP**       who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing**
    **To Door**      By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐ **Previous**      Deponent previously attempted to serve the above named defendant/respondent on;

    **Attempts**    at _____on _____, _____M.

                    at _____on _____, _____M.

                    at _____on _____, _____M.

                    at _____on _____, _____M.

**Description**    **42**years of age   **190**lbs.   **5**ft  **11**in.   **X** male   _____ female   **BROWN** hair   **WHITE**skin.

                    _____other.

☑ **Military**
    **Service**     To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this _**3rd**_ day of _**Aug.**_ ,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**                    **Index No.**_____

---

IN THE MATTER OF THE CLAIM OF:                                    Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                        vs
**ERIE COUNTY**
        et al                                                    Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024,** at **1:37PM:**,at **500 JOHN JAMES AUDUBON PKWY AMHERST NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

ON **AMHERST POLICE DEPARTMENT**

☐**Individual**     By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐**Responsible**
**Person**          By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐**Mail**           A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☑**Corporation**    by delivering to and leaving with **AMY RELLINGER**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐**LLC/LLP**        who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
**To Door**         By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**       Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**        at _____on _____, _____M.

                    at _____on _____, _____M.

                    at _____on _____, _____M.

                    at _____on _____, _____M.

**Description**     **35**years of age   **135**lbs.   **5**ft  **6**in.   _____ male   **X** female   **DARK BROWN** hair   **WHITE**skin.

                    _____other.

☑**Military**
**Service**         To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this_____ **3**rd _____day of_____ **Aug.** _____,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**          **Index No.**_____

_____

IN THE MATTER OF THE CLAIM OF:                                 Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                              vs

**ERIE COUNTY**
  et al                                                        Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024,** at **11:58AM:,**at **95 FRANKLIN STREET (ROOM 1634) BFLO NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

## ON **ERIE COUNTY**

☐**Individual**   By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐**Responsible Person**   By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐**Mail**   A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☑**Corporation**   by delivering to and leaving with **ERIC MARRIOTT ESQ**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐**LLC/LLP**   who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing To Door**   By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**   Deponent previously attempted to serve the above named defendant/respondent on;
**Attempts**   at _____on _____, _____**M.**

at _____on _____, _____**M.**

at _____on _____, _____**M.**

at _____on _____, _____**M.**

**Description**   **30**years of age   **150**lbs.   **5**ft   **6**in.   **X** male   _____ female   **BROWN** hair   **WHITE**skin.

_____other.

☑**Military Service**   To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this _**3rd**_day of _**Aug.**_,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**

**Court:** _____        **County of ERIE**        **Index No.**_____

---

IN THE MATTER OF THE CLAIM OF:                                                    Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                                vs
**ERIE COUNTY**
    et al                                                                Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **11:46AM:**,at **10 DELAWARE AVE BFLO NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

## ON  **ERIE COUNTY SHERIFFS OFFICE**

☐ **Individual** — By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐ **Responsible Person** — By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐ **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☑ **Corporation** — by delivering to and leaving with **DANIELLE METRO**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐ **LLC/LLP** — who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐ **Previous** — Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**        at _____on _____, _____M.

            at _____on _____, _____M.

            at _____on _____, _____M.

            at _____on _____, _____M.

**Description**    **45**years of age   **160**lbs.   **5**ft   **7**in.   _____ male   **X** female   **BLONDE** hair   **WHITE**skin.

            _____other.

☑ **Military Service** — To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this ___*3*ʳᵈ___day of ___*Jᵘˡʸ*.___,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court: _____**          **County of ERIE**          **Index No._____**

---

**IN THE MATTER OF THE CLAIM OF:**                              Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                        VS
**ERIE COUNTY**
        et al                                    Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **12:21PM:**,at **1100 CITY HALL BFLO NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON   CITY OF BUFFALO**

☐ **Individual**    By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐ **Responsible Person**    By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐ **Mail**    A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☒ **Corporation**    by delivering to and leaving with **LINDA FABIAN**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐ **LLC/LLP**    who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing To Door**    By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐ **Previous**    Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**    at _____on _____, _____M.

at _____on _____, _____M.

at _____on _____, _____M.

at _____on _____, _____M.

**Description**    **62**years of age   **120**lbs.   **5**ft   **3**in.   _____ male   **X** female   **GRAY** hair   **WHITE**skin.

_____other.

☒ **Military Service**    To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this_____day of_____,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**          **Index No.**_____

**IN THE MATTER OF THE CLAIM OF:**                                    Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                vs
**ERIE COUNTY**
    et al                                                          Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **12:13PM:**,at **68 COURT STREET BFLO NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON   BUFFALO POLICE DEPARTMENT**

☐**Individual**          By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐**Responsible
  Person**             By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐**Mail**              A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☒**Corporation**         by delivering to and leaving with **KEERON JOHNSON**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐**LLC/LLP**           who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing
  To Door**            By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**          Deponent previously attempted to serve the above named defendant/respondent on;

  **Attempts**          at _____on _____, _____**M.**

                      at _____on _____, _____**M.**

                      at _____on _____, _____**M.**

                      at _____on _____, _____**M.**

**Description**          **25**years of age   **135**lbs.   **5**ft   **4**in.   _____ male   **X** female   **BLACK** hair   **BLACK**skin.

                      _____other.

☒**Military
  Service**            To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

                      I affirm this **3ᵃᵈ** day of **Aug.** ,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                      _____
                                                      Notary Not Required Pursuant to N.Y. CPLR 2106
                                                      **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**          **Index No.**_____

_____

**IN THE MATTER OF THE CLAIM OF:**                                Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                                vs
**ERIE COUNTY**
    et al                                                Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.  I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **4:04PM:**,at **68 COURT STREET BFLO NY**

deponent served the within  **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON  POLICE OFFICER SEAN FORD/ BUFFALO POLICE DEPARTMENT**

☐**Individual**     By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☑**Responsible**
  **Person**       By delivering to and leaving with **KEERON JOHNSON/AUTH. INDIVIDUAL**, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place__☒__ place of business_____ last known address within State.

☐**Mail**         A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☐**Corporation**   by delivering to and leaving with _____, said individual to be _____.

☐**LLC/LLP**      who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
  **To Door**      By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**     Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**      at _____on _____, _____M.

                at _____on _____, _____M.

                at _____on _____, _____M.

                at _____on _____, _____M.

**Description**   **25**years of age   **135**lbs.   **5**ft   **4**in.   _____ male   **X** female   **BLACK** hair   **BLACK**skin.

                _____other.

☑**Military**
  **Service**      To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

                I affirm this___3rd___day of___Aug.___,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                _____
                Notary Not Required Pursuant to N.Y. CPLR 2106
                **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____        **County of ERIE**                **Index No.**_____

IN THE MATTER OF THE CLAIM OF:                                 Plaintiff(s)/Petitioner(s)
**YOUSEF A. AHMED**
                         VS

**ERIE COUNTY**
     et al                                                    Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024,** at **4:04PM:,**at **68 COURT STREET BFLO NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

## ON **POLICE OFFICER MICHAEL MARITATO/ BUFFALO POLICE DEPARTMENT**

☐**Individual**          By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☑**Responsible Person**          By delivering to and leaving with **KEERON JOHNSON/AUTH. INDIVIDUAL**, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place _✓_ place of business_____ last known address within State.

☐**Mail**          A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☐**Corporation**          by delivering to and leaving with _____, said individual to be _____.

☐**LLC/LLP**          who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing To Door**          By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous Attempts**          Deponent previously attempted to serve the above named defendant/respondent on;

at _____on _____, _____M.

at _____on _____, _____M.

at _____on _____, _____M.

at _____on _____, _____M.

**Description**     **25**years of age   **135**lbs.   **5**ft   **4**in.   _____ male   **X** female   **BLACK** hair   **BLACK**skin.

_____other.

☑**Military Service**          To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this___*3rd*___day of___*Aug.*___,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**