# EXHIBIT B

In the Matter of the Claim of

JAY M. AYOUB                                    **<u>NOTICE OF CLAIM</u>**

                Claimant,

     -against-

ERIE COUNTY,
ERIE COUNTY SHERIFF'S OFFICE,
TOWN OF AMHERST,
AMHERST POLICE DEPARTMENT,
CITY OF BUFFALO,
BUFFALO POLICE DEPARTMENT,
VILLAGE OF KENMORE,
KENMORE POLICE DEPARTMENT,
TOWN OF TONAWANDA,
TOWN OF TONAWANDA POLICE DEPARTMENT,
CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

TO:   ERIE COUNTY,
       ERIE COUNTY SHERIFF'S OFFICE,
       TOWN OF AMHERST,
       AMHERST POLICE DEPARTMENT,
       CITY OF BUFFALO,
       BUFFALO POLICE DEPARTMENT,
       VILLAGE OF KENMORE,
       KENMORE POLICE DEPARTMENT,
       TOWN OF TONAWANDA,
       TOWN OF TONAWANDA POLICE DEPARTMENT,

6599358v1 - 074223.0001

CITY OF TONAWANDA,
CITY OF TONAWANDA POLICE DEPARTMENT,
TOWN OF HAMBURG,
HAMBURG POLICE DEPARTMENT,
VILLAGE OF HAMBURG,
VILLAGE OF HAMBURG POLICE DEPARTMENT,
POLICE OFFICER SEAN FORD,
POLICE OFFICER MICHAEL MARITATO,
POLICE OFFICER BRADLEY CARUANA,
POLICE OFFICERS JOHN DOE #1-60

PLEASE TAKE NOTICE, that JAY M. AYOUB, has and hereby makes claim against ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, and in support of said claim states the following: and

1. The Post Office address of the Claimant is 230 Palmdale Drive, Buffalo, NY 14221.

2. The attorneys for Claimant are LIPSITZ GREEN SCIME CAMBRIA LLP, and their Post Office address is 42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924.

3.    The claim of JAY M. AYOUB is for personal injuries and civil rights violations, including without limitation, loss income and medical expenses, and for consequential, general and equitable damages generally, along with punitive damages, attorneys' fees and costs.

4.    The claim arose on the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area."  A New York State University Police with the State University at Buffalo's police report relating to the incident is attached as Exhibit A.

5.    The claim arose in substance as follows: On the 1st day of May, 2024, at approximately 6:30 p.m., the claimant JAY M. AYOUB and numerous other individuals were present and/or involved in a peaceful civic action demonstration at the State University of New York – University of Buffalo, North Campus in Amherst, New York in and around the "Flint Loop area."  At approximately 8:20 p.m., after unnamed officers had interrupted and prevented the completion of the group's prayer efforts, the Claimant, JAY M. AYOUB, while lawfully and properly on public property, and exercising the rights and privileges guaranteed to him under the United States and New York State Constitutions, including his Rights to Freedom of Speech, Freedom of Assembly, and Freedom to Petition the Government for Redress of Grievances, his Right to Equal Protection, and his right to monitor was willfully, maliciously, intentionally and/or negligently pushed, tackled, kicked, kneed, punched, and assaulted, resulting in serious injuries and constitutional deprivations to the Claimant.   Unnamed officers violently tackled Claimant and struck Claimant repeatedly, including in the shoulders.   Unnamed officers violently piled on Claimant, rendering breathing very difficult and causing him to fear for his life for a prolonged period. Despite Claimant having been apprehended by numerous officers and not resisting his arrest, Claimant was subjected to violent force by responding officers.  Claimant JAY M.

AYOUB was subjected to a violation of Claimant's Civil Rights under 42 USC Section 1983, assault, battery, excessive force, police brutality, freedom of speech, equal protection, right to monitor, negligence, abuse of process, and failure to train and supervise, resulting in serious injuries and constitutional deprivations to Claimant.

6.   The subject demonstration was compliant with the terms of UB's Picketing and Assembling Policy.  Upon information and belief, SUNY Buffalo has allowed numerous other demonstrations to go forward after sunset since the Picketing and Assembling Policy was amended in April 2020.

7. Upon information and belief, the incident herein described and the resultant injuries and damages sustained were caused as a result of the negligence, carelessness, recklessness and/or unlawful conduct on the part of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, acting individually and/or in concert, and more particularly, among other things, by violating the Constitutional rights and privileges of JAY M. AYOUB, secured, embodied and expressly guaranteed in the First, Fourth and Fourteenth Amendments of the United States Constitution and under 42 USC 1983, and Article 1, Sections 8 and 9 of the New York State Constitution by stopping, suppressing, quashing and prohibiting JAY M. AYOUB from freely exercising his guaranteed United

States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly and Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and his right to monitor, and by using unnecessary and unlawful force in the performance of their duties as police officers; in failing to intervene; and in negligently and unlawfully pushing, assaulting and injuring the Claimant without provocation, furthermore, the incident and resultant injuries and damages were caused by those acts and omissions of the agents, servants and/or employees of ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60, in failing and/or omitting to be cognizant or aware that their actions or inactions would foreseeably cause injury to Claimant; in failing and/or omitting to use appropriate care and discretion; in failing and/or omitting to properly and adequately train, supervise, instruct its police officers and/or employees; in failing and/or omitting to provide police officers with training when taking an individual into custody; in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that the people of this state and this country will not be assaulted or injured by members of the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and in failing and/or omitting to ensure

that the Erie County Sheriff's Office, the Amherst Police Department, the Kenmore Police Department, the Town of Tonawanda Police Department, the City of Tonawanda Police Department, the Hamburg Police Department, and/or the Village of Hamburg Police Department, respectively, and their respective members will not stop, suppress or quash the people of this state and this country from freely exercising their guaranteed United States and New York Constitutional rights of Freedom of Speech, Freedom of Assembly, Freedom to Petition the Government for Redress of Grievances, Right to Equal Protection, and/or right to monitor and in failing and/or omitting to establish, implement and enforce policies, rules, regulations and standards to ensure that citizens will not be subjected to injurious crowd control tactics

8. Upon information and belief, as a result of the aforesaid incident, the Claimant, JAY M. AYOUB, sustained severe bodily injuries and was painfully and seriously injured; was rendered sick, sore, lame and disabled; sustained pain and suffering and shock to his nerves and nervous system; and more particularly, Claimant, JAY M. AYOUB, sustained injuries in the nature of inability to breathe, serious shoulder and arm injuries, and other injuries. Upon information and belief, these injuries will result in permanent defects.

WHEREFORE, claimant requests ERIE COUNTY, ERIE COUNTY SHERIFF'S OFFICE, TOWN OF AMHERST, AMHERST POLICE DEPARTMENT, CITY OF BUFFALO, BUFFALO POLICE DEPARTMENT, VILLAGE OF KENMORE, KENMORE POLICE DEPARTMENT, TOWN OF TONAWANDA, TOWN OF TONAWANDA POLICE DEPARTMENT, CITY OF TONAWANDA, CITY OF TONAWANDA POLICE DEPARTMENT, TOWN OF HAMBURG, HAMBURG POLICE DEPARTMENT, VILLAGE OF HAMBURG, VILLAGE OF HAMBURG POLICE DEPARTMENT, POLICE OFFICER SEAN FORD, POLICE OFFICER MICHAEL MARITATO, POLICE OFFICER BRADLEY CARUANA, AND POLICE OFFICERS JOHN DOE #1-60 honor and pay the claim on

behalf of JAY M. AYOUB, including an award of attorneys' fees and costs pursuant to 42 USC 1988.

DATED:     Buffalo, New York
           July 29, 2024

_____
JAY M. AYOUB

LIPSITZ GREEN SCIME CAMBRIA LLP

By:_____
   ROBERT M. CORP, ESQ.
Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

6583110v1 - 099700.0007

STATE OF NEW YORK    )
                                   ) ss:

COUNTY OF ERIE    )

       JAY M. AYOUB, being duly sworn deposes and says that he is the claimant above named and makes this claim on behalf of himself. He has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, he believes them to be true.

                                               _____
                                               Jay M. Ayoub

Sworn to before me on this

_____ day of July 2024

_____
Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 2026

6583110v1 - 099700.0007

# EXHIBIT A

TOWN COURT OF STATE OF NEW YORK
AMHERST TOWN COURT

-------------------------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Jay Mohammed Ayoub Defendant.

-------------------------------------------------------------------

CERTIFICATE OF COMPLIANCE
PURSUANT TO CPL §245.50

Indictment/Docket
No. _24050606.03_

Catherine B. Dempsey ____, Esq., an attorney admitted to practice in the State of New York and Prosecutor for the Town of Amherst, New York, affirms the following to be true under the penalties of perjury.

After exercising due diligence and making reasonable inquires to ascertain the existence of material and information subject to discovery, the prosecution has disclosed and made available all known material and information subject to discovery under CPL §245.20(1) to counsel for the defendant.

I further affirm that the attached list identifies the items provided (if applicable):

[     ] All written or recorded statements, and the substance of all oral statements, made by the defendant or a co-defendant to a public servant engaged in law enforcement activity or to a person then acting under his or her direction or in cooperation with him or her, including that of:


[ N/A ] All transcripts of the testimony of a person who has testified before a grand jury

[     ] The names and adequate contact information for all persons other than law enforcement personnel whom the prosecutor knows to have evidence or information relevant to any offense charged or to any potential defense thereto, including a designation by the prosecutor as to which of those persons may be called as witnesses, including that of:


[ ✓ ] The name and work affiliation of all law enforcement personnel whom the prosecutor knows to have evidence or information relevant to any offense charged or to any potential defense thereto, including a designation by the prosecutor as to which of those persons may be called as witnesses, including that of:
Sean Ford    Buffalo Police Officer (witness) See additional page

[ ✓ ] All statements, written or recorded or summarized in any writing or recording, made by persons who have evidence or information relevant to any offense charged or to any potential defense thereto, including all police reports, notes of police and other investigators, and law enforcement agency reports, more specifically:

Supporting Deposition of Officer Sean Ford    Accusation of disorderly conduct
Information re loitering by UB police    NYS University Police Police Report
Information re trespass @ UB police

[      ] Expert opinion evidence, including the name, business address, current curriculum vitae, a list of publications, and a list of proficiency tests and results administered or taken within the past ten years of each expert witness whom the prosecutor intends to call as a witness at trial or a pre-trial hearing, and all reports prepared by the expert that pertain to the case, or if no report is prepared, a written statement of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion, including that of:

[      ] All tapes or other electronic recordings, including all electronic recordings of 911 telephone calls made or received in connection with the alleged criminal incident, and a designation by the prosecutor as to which of the recordings under this paragraph the prosecution intends to introduce at trial or a pre-trial hearing, including:

[      ] All photographs and drawings made or completed by a public servant engaged in law enforcement activity, or which were made by a person whom the prosecutor intends to call as a witness at trial or a pre-trial hearing, or which relate to the subject matter of the case, including:

[      ] All photographs, photocopies and reproductions made by or at the direction of law enforcement personnel of any property prior to its release pursuant to section 450.10 of the penal law, including:

[      ] All reports, documents, records, data, calculations or writings, including but not limited to preliminary tests and screening results and bench notes and analyses performed or stored electronically, concerning physical or mental examinations, or scientific tests or experiments or comparisons, relating to the criminal action or proceeding which were made by or at the request or direction of a public servant engaged in law enforcement activity, or which were made by a person whom the prosecutor intends to call as a witness at trial or a pre-trial hearing, or which the prosecution intends to introduce at trial or a pre-trial hearing, including:

[      ] All evidence and information, including that which is known to police or other law enforcement agencies acting on the government's behalf in the case, that tends to: (i) negate the defendant's guilt as to a charged offense; (ii) reduce the degree of or mitigate the defendant's culpability as to a charged offense; (iii) support a potential defense to a charged offense; (iv) impeach the credibility of a testifying prosecution witness; (v) undermine evidence of the defendant's identity as a perpetrator of a charged offense; (vi) provide a basis for a motion to suppress evidence; or (vii) mitigate punishment, including:

[ N/A ] A summary of all promises, rewards and inducements made to, or in favor of, persons who may be called as witnesses, as well as requests for consideration by persons who may be called as witnesses and copies of all documents relevant to a promise, reward or inducement

[        ] A list of all tangible objects obtained from, or allegedly possessed by, the defendant or a co-defendant, as stated here:

[ N/A ] Whether a search warrant has been executed and all documents relating thereto, including but not limited to the warrant, the warrant application, supporting affidavits, a police inventory of all property seized under the warrant, and a transcript of all testimony or other oral communications offered in support of the warrant application,

[        ] A complete record of judgments of conviction for all defendants and all persons designated as potential prosecution witnesses pursuant to paragraph (c) of this subdivision, other than those witnesses who are experts, including those of:

[        ] When it is known to the prosecution, the existence of any pending criminal action against all persons designated as potential prosecution witnesses, namely that of:

[ ✓ ] The approximate date, time and place of the offense or offenses charged and of the defendant's seizure and arrest, specifically:   May 1, 2024 at approximately 8:30 pm

[        ] In any prosecution alleging a violation of the vehicle and traffic law, where the defendant is charged by indictment, superior court information, prosecutor's information, information, or simplified information, all records of calibration, certification, inspection, repair or maintenance of machines and instruments utilized to perform any scientific tests and experiments, specifically:

[ N/A ] In any prosecution alleging a violation of section 156.05 or 156.10 of the penal law, the time, place and manner such violation occurred.

[        ] A copy of all electronically created or stored information seized or obtained by or on behalf of law enforcement from: (A) the defendant or (B) a source other than the defendant which relates to the subject matter of the case, specifically:

The prosecution is ready for trial pursuant to CPL §§30.30(5) & 245.50(1).

DATED: 7|2|24

Office of Town Prosecutor
Town of Amherst

Captain Fletcher       UB police       006       (witness)

Officer  Adamski   UB police     014

Officer  Bacon        UB police      024

Officer  Beaty         UB police      001

Rep. Officer  Kopacz     UB police        049

Supervisor    Kerr        UB police       025

Officer       Gratharia    UB police

Officer       Saraceno     UB police

Officer       Pearce       UB police

Officer       Majewski     UB police

Officer       Takac        UB police            (witness)
              (Douglas)

Officer       Spris        UB police

Officer       Rea

Investigator   Thompson   UB police

Officer       Luke talmarini     UB police    (witness)

DISTRICT
ATTORNEY

Docket Number: _____

# Town Court of Amherst

## County of Erie, State of New York

CD#: **24-009136**

Date of Arrest: 05/01/2024

Defendant's Phone #:

The People of the State of New York

vs.

**Jay Mohammed Ayoub** _____

Defendant

)
)
)                    INFORMATION
)
)

_____

Defendant's Address

## ACCUSATION

### BE IT KNOWN THAT BY THIS INFORMATION

Sean Ford, of 695 Main St, Buffalo NY 14203, as the Complainant herein, accuses the above named Defendant, **Jay Mohammed Ayoub** with having committed the offense of:

### Loitering

in violation of Section 240.35 Subdivision 5 of the Penal Law of the State of New York, a Violation.

### FACTS

That on the 1st day of May, 2024, at or about 8:30 PM on the grounds between Flint loop, Hochstetter Hall and Capen Hall, University at Buffalo Campus, Town of Amherst, County of Erie, State of New York, the Defendant, Jay Mohammed Ayoub             did: loiter or remain in or about school grounds, a college or university building or grounds, not having any reason or relationship involving custody of or responsibility for a pupil or student, or any other specific, legitimate reason for being there, and not having written permission from anyone authorized to grant the same. To Wit: at the aforementioned time and place, the above named Defendant did loiter or remain in or about school grounds, a college or university building or grounds, specifically, following the declaration of unlawful assembly and having been issued three orders to disperse via loud speaker, having been allowed enough time to leave through a provided unobstructed exit, **Jay Mohammed Ayoub**             did remain in or about the college grounds without legitimate reason, not having any reason or relationship involving custody of or responsibility for a pupil or student, or any other specific, legitimate reason for being there, and not having written permission from anyone authorized to grant the same, all contrary to the provisions of the statute in such case made and provided.

The above allegations of fact are made by the Complainant herein, upon direct knowledge and/or upon information and belief, with the sources of his information and the grounds for his belief being direct knowledge.

☐ WHEREFORE, Complainant requests that an **arrest warrant** be issued for the arrest of the said Defendant.

☐ WHEREFORE, Complainant requests that a **criminal summons** be issued to the said Defendant.

☒ IN WITNESS WHEREOF, an **appearance ticket** has been issued to the said Defendant, Jay Mohammed Ayoub (DOB directing him/her to appear before this Court at 9:00 AM on the 4th day of June, 2024.

### NOTICE

**It is a crime, punishable as a Class A Misdemeanor under Section 210.45 of the New York State Penal Law, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

RECEIVED

Sworn/Witnessed before me this

2nd day of _May_ 20 24

MAY 13 2024

AMHERST TOWN COURT

_____
Complainant Signature

_____
Officer/Justice Signature

5/2/2024
Date

Docket Number: _____

# Town Court of Amherst

## County of Erie, State of New York

CD#: **24-009136**

Date of Arrest: 05/01/2024

Defendant's Phone #:

The People of the State of New York

vs.

**Jay Mohammed Ayoub**
_____
Defendant

)
)
)
)
)

**INFORMATION**

_____      _____
Defendant's Address

## ACCUSATION

### BE IT KNOWN THAT BY THIS INFORMATION

Sean Ford, of 695 Main Street, Buffalo NY 14203, as the Complainant herein, accuses the above named Defendant, **Jay Mohammed Ayoub**                    with having committed the offense of:

### Trespass

in violation of Section 140.05 of the Penal Law of the State of New York, a Violation.

### FACTS

That on the 1st day of May, 2024, at or about 08:30 PM at the grounds between Flint Loop, Capen Hall and Hochstetter Hall, University at Buffalo Campus, Town of Amherst, County of Erie, State of New York, the Defendant, Jay Mohammed Ayoub                    did: knowingly enter or remain unlawfully in or upon premises. To Wit: at the aforementioned time and place, the above named Defendant did knowingly enter or remain unlawfully in or upon premises, namely refusing to disperse from protest demonstrations on campus property as lawfully instructed to do via loud speaker three separate times by 8:22 PM the same date, all contrary to the provisions of the statute in such case made and provided.

The above allegations of fact are made by the Complainant herein, upon direct knowledge and/or upon information and belief, with the sources of his information and the grounds for his belief being direct knowledge.

☐WHEREFORE, Complainant requests that an **arrest warrant** be issued for the arrest of the said Defendant.

☐WHEREFORE, Complainant requests that a **criminal summons** be issued to the said Defendant.

☒IN WITNESS WHEREOF, an **appearance ticket** has been issued to the said Defendant, Jay Mohammed Ayoub (DOB
     directing him/her to appear before this Court at 9:00 AM on the 4th day of June, 2024.

### NOTICE
**It is a crime, punishable as a Class A Misdemeanor under Section 210.45 of the New York State Penal Law, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

Sworn/Witnessed before me this

_2nd_ day of ___May___ 20_24_

_____
Officer/Justice Signature

_____
Complainant Signature

_5/2/2024_
Date

RECEIVED

MAY 0 6 2024

AMHERST TOWN COURT

Docket Number: _____

# Town Court of Amherst

**County of Erie, State of New York**

CD#: **24-009136**

Date of Arrest: 05/01/2024

Defendant's Phone #:

The People of the State of New York
vs.

**Jay Mohammed Ayoub**
Defendant

_____  Defendant's Address  _____

)
)
)
)
)
)

**INFORMATION**

**RECEIVED**

MAY 0 6 2024

AMHERST TOWN COURT

## ACCUSATION

**BE IT KNOWN THAT BY THIS INFORMATION**

Sean Ford, of 695 Main Street, Buffalo NY 14203, as the Complainant herein, accuses the above named Defendant, **Jay Mohammed Ayoub (DOB**          , with having committed the offense of:

### Disorderly Conduct

in violation of Section 240.20 Subdivision 6 of the Penal Law of the State of New York, a Violation.

### FACTS

That on the 1st day of May, 2024, at or about 8:30 PM at the grounds between Flint Loop, Capen Hall and Hochstetter Hall, University at Buffalo Campus, Town of Amherst, County of Erie, State of New York, the Defendant, Jay Mohammed Ayoub (DOB          did: with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, he congregates with other persons in a public place and refuses to comply with a lawful order of the police to disperse. To Wit: at the aforementioned time and place, the above named Defendant did with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof, specifically to the University at Buffalo and Police Officer Sean Ford, he congregates with other persons, namely other protestors, in a public place, namely The University at Buffalo, the grounds between Flint Loop, Capen Hall and Hochstetter Hall, and refuses to comply with a lawful order of the police, given three separate times prior to 8:22 PM by, Jay Mohammed Ayoub          did jump on the back of Police Officer Sean Ford and wrapping his arm around the neck of Police Officer Sean Ford, a police officer assisting the University at Buffalo Police Department, with a lawful order of the police, namely ceasing protest demonstrations by 8:22 PM and exiting via unobstructed routes, to disperse, all contrary to the provisions of the statute in such case made and provided.

The above allegations of fact are made by the Complainant herein, upon direct knowledge and/or upon information and belief, with the sources of his information and the grounds for his belief being direct knowledge and deposition.

☐WHEREFORE, Complainant requests that an **arrest warrant** be issued for the arrest of the said Defendant.

☐WHEREFORE, Complainant requests that a **criminal summons** be issued to the said Defendant.

☐IN WITNESS WHEREOF, an **appearance ticket** has been issued to the said Defendant, Jay Mohammed Ayoub (DOB directing him/her to appear before this Court at 9:00 AM on the 4th day of June, 2024.

### NOTICE

**It is a crime, punishable as a Class A Misdemeanor under Section 210.45 of the New York State Penal Law, for a person, in a written instrument, to knowingly make a false statement, or to make a statement which such person does not believe to be true.**

RECEIVED

MAY 0 6 2024

AMHERST TOWN COURT

Sworn/Witnessed before me this

_____ day of _____,  20___

_____
Officer/Justice Signature

_____
Complainant Signature

5/2/2024
Date

**DEPOSITION OF WITNESS**                                    **NEW YORK STATE UNIVERSITY POLICE**
**TO ACCOMPANY COMPLAINT OR INFORMATION**                    University at Buffalo
Sec. 100.20 CPL                                              **CD# 24-009136**

State of New York
County of Erie                    } ss.  **Sean Ford** _____
                                  }       695 Main St
___Town___ of ___Amherst___       } of   Buffalo NY, 14203 _____
                                  }
                                  } Age: 40     Occupation:  Police Officer _____

States as follows: On Wednesday May 1, 2024 I was working as a Buffalo Police Officer, providing assistance
to the UB Police at the to the University at Buffalo on the Amherst Campus which is located in the Town of
Amherst, in the County of Erie, in the Stae of New York. While attempting to disperse a large crowd that had
assembeled next to Hochstetter Hall that had been given dispersal warnings I was attempting to take one person
into custody who was harassing another officer and then a person later identified as Jay Mohammed Ayoub
(DOB            jumped on my back and had his arm around my neck. I dipped my weight and he came off of
me to the side and then I took him into custody .

I have read the above statement and it was given of my own free will and accord to Investigator Thompson of
the New York State University Police at the University at Buffalo.

**NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section
210.45 of the Penal Law.**

Witnessed by me this, ___1ˢᵗ___, day of                _____        5/1/2024
___May___, 2024                                        Signatuře of Deponent            /Date

_____                Investigator _____
Signature                           Title

RECEIVED

MAY 0 6 2024

AMHERST TOWN COURT

Page 1 of 1



# NYS University Police -SUNY Buffalo
## POLICE REPORT
## RESIST ARREST

**Complaint**
**24-009136**

Report Date & Time
05/01/2024 16:07

## INCIDENT

| Address of Occurrence | | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|---|
| FLINT LP | AMH | 23-N Roads/L | 0 | 05/01/2024 16:07 | Wednesday | Street/Highway |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Cleared By Arrest | | | | | | |

| Officers: | 006 - FLETCHER | 024 - BACON | Rep. Off.: | 049 - KOPACZ | Assigned. Off.: |
|---|---|---|---|---|---|
| | 014 - ADAMSKI | 001 - BEATY | Supervisor: | 025 - KERR | |

## Offender - 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| FRAZIER | JAZMINE | C | | | Black | F | 33 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 08" | 120 | BLK | BRO | S | LBR | Glasses | BACK TATTOOS | | |

## Offender - 2

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGHERTY | ELVI | J | | | White | F | 49 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 08" | 270 | GRY | XXX | L | FAR | None | NECK TATTO | | |

## Offender - 3

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MOHAMMED | NOOR | A | | | Asian | F | 24 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 02" | 120 | BRO | BRO | S | LGT | Unknown | | | |

## Offender - 4

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| DOUGHERTY | SOLIEGH | M | | | White | F | 23 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 06" | 250 | BRO | XXX | L | LGT | Glasses | TATTOO FOREARMS | | |

## Offender - 5

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| ROBERT | AMANDA | R | | | White | F | 42 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 07" | 208 | BLN | HAZ | M | LGT | Glasses | LEFT FOREARM | | |

## Offender - 6

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| AHMED | YOUSEF | A | | | White | M | 21 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|

## Offender - 7

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| KRULL | HANNAH | R | | | White | F | 22 | N | Y | PR |

| Address | | City | | State | Zip | | Home Phone | Work Phone |
|---|---|---|---|---|---|---|---|---|

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone |
|---|---|---|---|---|---|---|---|---|---|
| 5' 08" | 130 | BLK | BRO | S | LGT | Glasses | | | |

| Victim DID receive information on Victim's Rights and Services pursuant to New York State Law | Yes/No |
|---|---|

RECEIVED

MAY 07 2024

AMHERST TOWN COURT

Printed Date:    05/06/2024 11:34 AM

Page: 1



# NYS University Police -SUNY Buffalo
## POLICE REPORT
## RESIST ARREST

**Complaint**
## 24-009136

Report Date & Time
05/01/2024 16:07

### Offender - 8

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| SORRENTINO | JULIA | M | | | White | F | 20 | N | Y | PR |

| Address | | City | | State | Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone | |

### Offender - 9

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| MAHDI | AKIB | | | | Asian | M | 20 | N | Y | PR |

| Address | | City | | State | Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone | |

### Offender - 10

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| AYOUB | MAJD | M | | | White | M | 21 | N | Y | PR |

| Address | | City | | State | Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5' 10" | 185 | BRO | BRO | L | OLV | None | | | | |

### Offender - 11

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| GEORGER | TIMOTHY | P | | | White | M | 29 | N | Y | PR |

| Address | | City | | State | Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5' 09" | 215 | BRO | BRO | M | LGT | Unknown | RT FOREARM/SCAR | | | |

### Offender - 12

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | STEVEN | J | | | White | M | 31 | N | Y | PR |

| Address | | City | | State | Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5' 08" | 140 | BRO | GRN | M | LGT | Unknown | RIGHT ELBOW SCR | | | |

### Offender - 13

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| AYOUB | JAY | M | | | White | M | 67 | N | Y | PR |

| Address | | City | | State | Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5' 07" | 193 | GRY | HAZ | M | MED | Unknown | | | | |

### Offender - 14

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| KHATIB | IBRAHIM | V | | | White | M | 43 | N | Y | PR |

| Address | | City | | State | Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6' 00" | 200 | BLK | BRO | M | FAR | Unknown | | | | |

### Offender - 15

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| BURNS | JOHN | W | | | White | M | 40 | N | Y | PR |

| Address | | City | | State | Zip | | | Home Phone | Work Phone | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos | | Cell Phone | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6' 00" | 180 | BRO | BRO | M | LGT | Unknown | NONE OBSERVED | | | |

### OFFENSES

| Law | Section | CA | CL | DG | Description | | Report |
|---|---|---|---|---|---|---|---|
| PL | 205.30 | M | A | 0 | RESISTING ARREST | | PR |

Printed Date:    05/06/2024 11:34 AM

Page: 2

# NYS University Police -SUNY Buffalo
## POLICE REPORT
## RESIST ARREST

**Complaint**
## 24-009136

Report Date & Time
05/01/2024 16:07

| Law | Section | CA | CL | DG | Description | |
|-----|---------|----|----|----|-------------|---|
| PL | 140.05 | V | | 0 | TRESPASS | PR |
| PL | 240.20-06 | V | | 0 | DIS/CON REFUSING TO MOVE ON | PR |
| PL | 240.35 | V | | 0 | LOITERING | PR |
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | PR |

### ARREST - 1

| Arrest # | Name | Date | Address |
|----------|------|------|---------|
| 1819 | AHMED, YOUSEF A. | 05-01-2024 | FLINT LP AMHERST |

| Status | Arrest Type | Arresting Officers |
|--------|-------------|--------------------|
| Appearance Tick(Crime in Progress | | 047-TAKAC |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 2

| Arrest # | Name | Date | Address |
|----------|------|------|---------|
| 1821 | SORRENTINO, JULIA M. | 05-01-2024 | FLINT LP AMHERST |

| Status | Arrest Type | Arresting Officers |
|--------|-------------|--------------------|
| Appearance Tick(Crime in Progress | | 097-PEARCE |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 3

| Arrest # | Name | Date | Address |
|----------|------|------|---------|
| 1822 | MAHDI, AKIB . | 05-01-2024 | FLINT LP AMHERST |

| Status | Arrest Type | Arresting Officers |
|--------|-------------|--------------------|
| Appearance Tick(Crime in Progress | | 047-TAKAC |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 4

| Arrest # | Name | Date | Address |
|----------|------|------|---------|
| 1824 | GEORGER, TIMOTHY P. | 05-01-2024 | FLINT LP AMHERST |

| Status | Arrest Type | Arresting Officers |
|--------|-------------|--------------------|
| Appearance Tick(Crime in Progress | | 097-PEARCE |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 5

| Arrest # | Name | Date | Address |
|----------|------|------|---------|
| 1826 | AYOUB, JAY M. | 05-01-2024 | FLINT LP AMHERST |

| Status | Arrest Type | Arresting Officers |
|--------|-------------|--------------------|
| Appearance Tick(Crime in Progress | | 047-TAKAC |

| Law | Section | CA | CL | DG | Description | Counts |
|-----|---------|----|----|----|-------------|--------|
| PL | 240.20-06 | V | | 0 | DIS/CON REFUSING TO MOVE ON | 1 |
| PL | 140.05 | V | | 0 | TRESPASS | 1 |
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |



| | NYS University Police -SUNY Buffalo<br>POLICE REPORT<br>RESIST ARREST | Complaint<br>**24-009136** |
|---|---|---|
| | | Report Date & Time<br>05/01/2024  16:07 |

### ARREST - 6

| Arrest # | Name | | | | Date | Address |
|---|---|---|---|---|---|---|
| 1828 | BURNS, JOHN W. | | | | 05-01-2024 | FLINT LP  AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick(Crime in Progress | | 097-PEARCE |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 7

| Arrest # | Name | | | | Date | Address |
|---|---|---|---|---|---|---|
| 1818 | ROBERT, AMANDA R. | | | | 05-01-2024 | FLINT LP  AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick(Crime in Progress | | 016-THOMPSON |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 8

| Arrest # | Name | | | | Date | Address |
|---|---|---|---|---|---|---|
| 1820 | KRULL, HANNAH R. | | | | 05-01-2024 | FLINT LP  AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick(Crime in Progress | | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 9

| Arrest # | Name | | | | Date | Address |
|---|---|---|---|---|---|---|
| 1823 | AYOUB, MAJD M. | | | | 05-01-2024 | FLINT LP  AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick(Crime in Progress | | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 10

| Arrest # | Name | | | | Date | Address |
|---|---|---|---|---|---|---|
| 1825 | JACKSON, STEVEN J. | | | | 05-01-2024 | FLINT LP  AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick(Crime in Progress | | 016-THOMPSON |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

### ARREST - 11

| Arrest # | Name | | | | Date | Address |
|---|---|---|---|---|---|---|
| 1827 | KHATIB, IBRAHIM V. | | | | 05-01-2024 | FLINT LP  AMHERST |

| Status | Arrest Type | Arresting Officers |
|---|---|---|
| Appearance Tick(Crime in Progress | | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |



# NYS University Police -SUNY Buffalo
# POLICE REPORT
# RESIST ARREST

**Complaint**
**24-009136**

Report Date & Time
05/01/2024 16:07

## ARREST - 12

| Arrest # | Name | | Date | Address | | | |
|---|---|---|---|---|---|---|---|
| 1814 | FRAZIER, JAZMINE C. | | 05-01-2024 | FLINT LP AMHERST | | | |

| Status | Arrest Type | Arresting Officers | | | |
|---|---|---|---|---|---|
| Appearance Tick⟨Crime in Progress | | 082-KUROWSKI | 063-KOSTEK | 025-KERR | 004-MARCISZEWSKI |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35 | V | | 0 | LOITERING | 1 |
| PL | 205.30 | M | A | 0 | RESISTING ARREST | 1 |

## ARREST - 13

| Arrest # | Name | | Date | Address | |
|---|---|---|---|---|---|
| 1815 | DOUGHERTY, ELVI J. | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | Arresting Officers | |
|---|---|---|---|
| Appearance Tick⟨Complaint | | 047-TAKAC | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

## ARREST - 14

| Arrest # | Name | | Date | Address | |
|---|---|---|---|---|---|
| 1816 | MOHAMMED, NOOR A. | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | Arresting Officers | |
|---|---|---|---|
| Appearance Tick⟨Crime in Progress | | | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

## ARREST - 15

| Arrest # | Name | | Date | Address | |
|---|---|---|---|---|---|
| 1817 | DOUGHERTY, SOLIEGH M. | | 05-01-2024 | FLINT LP AMHERST | |

| Status | Arrest Type | Arresting Officers | |
|---|---|---|---|
| Appearance Tick⟨Crime in Progress | | 097-PEARCE | |

| Law | Section | CA | CL | DG | Description | Counts |
|---|---|---|---|---|---|---|
| PL | 240.35-05 | V | | 0 | LOIT ON SCHOOL GROND NO REASON | 1 |

## NARRATIVE

POLICE REPORT  Date Entered  05/01/2024 22:13  Typist GREGORY KUROWSKI  Officer 082-KUROWSKI

On May 1, 2024, On the above listed date and time while detailed to a protest, Captain Fletcher issued three directives to disperse via public address system where protesters were informed their assembly had been deemed unlawful and they were directed to disperse or they would be arrested for Loitering. Officers from the New York State University Police and various police agencies began dispersing the crowd and arresting violators.

While dispersing the protesters from the Flint loop area Jazmine Frazier (Offender, refused to listen to the directive given over the loud speaker. Officers did have to place her into plastic cuffs because of her refusal. After being placed in plastic handcuffs she attempted to break free from them. Officer Kostek and I had to reposition and apply a new set of plastic cuffs on to gain control. After applying the plastic cuffs on her we attempted to have her stand up and continue walking to the car. Frazier did not comply by using her weight to continue laying on the ground. After she did stand up, she kept dragging her feet and would not allow us to walk her to the patrol vehicle. Time of arrest 2037 hours. The following occurred for the booking process:

Patrol vehicle #47 was searched prior to putting Frazier in the back seat.
Starting mileage (75608) was called into dispatch prior to transport.

| Printed Date: | 05/06/2024 11:34 AM | Page: 5 |
|---|---|---|



| | NYS University Police -SUNY Buffalo<br>**POLICE REPORT**<br>**RESIST ARREST** | Complaint<br>**24-009136**<br>Report Date & Time<br>05/01/2024 16:07 |
|---|---|---|

Frazier was brought into room 124A at Bissell hall, and was searched before the booking process began. Frazier was then asked by patrols if she was injured and if she wished to be evaluated by EMS, to which she declined, and stated that she was not injured.

Frazier was given a courtesy transport back to her vehicle in Hochstetter lot Mileage (75610) at 2239 hours and was escorted by following her in her personal vehicle off UB property at 2242 hours.

Frazier was charged with NYS PL 205.30 Resisting Arrest, and NYS PL 240.35 Loitering. Frazier was also issued an appreance ticket answerable at Amherst Town Court on May 29, 2024 at 0930AM. Frazier was also issued a PNG letter, which was explained to her.

Arrest documents were completed and placed into the case folder.

Officers were on a extended duty, body Cameras 36, 46 battery expired around 1930 hours. Lieutenants that were on scene were notified.

Frazier was given a courtesy transport back to her vehicle in Hochstetter lot Mileage (75610) at 2239 hours and was escorted by following her in her personal vehicle off UB property at 2242 hours.

Frazier was charged with NYS PL 205.30 Resisting Arrest, and NYS PL 240.35 Loitering. Frazier was also issued an appreance ticket answerable at Amherst Town Court on May 29, 2024 at 0930AM. Frazier was also issued a PNG letter, which was explained to her.

Arrest documents were completed and placed into the case folder.

Officers were on a extended duty, body Cameras 36, 46 battery expired around 1930 hours. Lieutenants that were on scene were notified.

---

**SUPPLEMENT # 1** Date Entered: **05/02/2024 03:47** Typist: **LUKE GALMARINI** Officer: **073-GALMARINI**

On the above listed date and time while detailed to a protest the following did occur.

I was assigned to a University at Buffalo Stampede Bus which was designated for protesters whom were detained and charged with violations following three announcements of an unlawful assembly. Two UB Stampede bus were designated for the temporary detention and transportation of offenders. I did search both buses prior to their utilization and found no hazards.

Captain Fletcher issued three directives to disperse via public address system where protesters were informed their assembly had been deemed unlawful and they were directed to disperse or they would be arrested for Loitering. Officers from the New York State University Police and various police agencies began dispersing the crowd and arresting violators.

Various agency brought forward individuals whom were arrested for Loitering to the aforementioned Stampede bus. Individuals were searched and directed towards seats within the bus. At 20:51 hours the bus began transporting the detained individuals to the Center for Tomorrow Parking lot for processing's. Officers Gruttaria, Saraceno, and myself accompanied the detainees within the bus to the processing center. The following above listed Offenders were transported in the aforementioned bus; Dougherty, Elvi J.      Mohammed, Noor A.

    Dougherty, Joliegh M.        Robert, Amanda R.        Ahmed, Yousef A.

    Krull, Hannah R.        Sorrentino, Julia        Mahdi, Akib        Georger,



| | NYS University Police -SUNY Buffalo | Complaint |
|---|---|---|
| | **POLICE REPORT** | **24-009136** |
| | **RESIST ARREST** | Report Date & Time |
| | | 05/01/2024 16:07 |

Timothy P. (          Jackson, Steven J.          and Khatb, Ibrahim V.          without incident. Officer Pearce transported the above listed Offender, Burns, John W.          to the processing site in patrol vehicle 35 without incident. Officer Revelas transported the above listed Offender Ayoub, Maja M.          to the processing site in patrol vehicle 28 without incident. Officer Majewski transported the above listed Offender Ayoub, Jay M.          to the processing site in patrol vehicle 17 without incident.

Upon arrival at the processing site and inquiry was taken of detainees complaining of injury. The following detainees complained of the following:

   Dougherty, Elvi: Sore wrist, stated she was fine.

   Mahdi, Akib: Neck pain, right finger pain, and left knee. Requested evaluation.

   Krull, Hannah: Hand pain and right forearm. Requested evaluation.

   Khatb, Ibrahim: Wrist pain.

   Ayoub, Jay: Left shoulder pain. Requested evaluation.

   Ahmed, Yousef: head pain. Initially reported he was uninjured, after processing and release requested to be evaluated.

I did utilize my department radio to request an ambulance for the above parties who requested an evaluation. Twin City Ambulance 219 did arrive on location and did evaluate the above listed parties, all of which refused further medical care or transportation.

The processing site consisted of four processing stations manned by Officer Takac, Sprigg, Pearce, and Investigator Thompson. Each of the aforementioned Offenders were processed at one of the processing stations and were all subsequently released with appearance tickets. The following Offenders who are not students at the University at Buffalo were issued Persona non Grata (PNG) notices and thoroughly explained their inability to be present on University at Buffalo property; Dougherty (Elvi), Dougherty (Soliegh), Robert(Amanda), Sorrentino (Julia), Georger (Timothy), Jackson (Steven), Ayoub (Jay), Khatb (Ibrahim), and Burns (John). The following Offenders who are students at the University at Buffalo were issued notices to appear for Student Conduct and Advocacy; Mohammed (Noor), Ahmed (Yousef), Krull (Hannah), Mahdi (Akib), and Ayoub (Majd).

During processing, a crowd of individuals began to gather on Service Center Road. The individuals from this crowd did begin to interfere with lawful operation of the processing site and were advised to remain on the sidewalk of Service Center Road or face arrest. The Erie County Sheriffs did respond and assist with crowd control at the processing site. The entrances to the Center for Tomorrow parking lot were barricaded at the initiation of the processing site.

All Offenders were processed and released with their respective paperwork without incident.

Following the completion of processing all Offenders bystanders reported that Ayoub, Jay needed an ambulance to evaluate his shoulder. It should be noted that Ayoub, Jay was evaluated by Twin City Ambulance 219 prior to processing and refused care. A ambulance was again requested for Ayoub, Jay who was subsequently transported to Millard Fillmore Suburban Hospital by Twin City Ambulance 246.



| NYS University Police -SUNY Buffalo **POLICE REPORT** **RESIST ARREST** | *Complaint* **24-009136** Report Date & Time 05/01/2024  16:07 |

**IMAGE(S)**



# SUNY BUFFALO UNIVERSITY
## Booking Data Sheet

**Report Date:** 05/02/2024 02:26
**Booking Status:** Normal
**Report Printed By:** THOMPSON, Timothy
**Page:** 1 of 1

**Master Name:** AYOUB, Jay M
**Master DoB:**
**Age:** 67
**Booking Name:** AYOUB, Jay M
**Home Address:**

No Image

**Place Of Arrest:** FLINT LP, AMHERST NY 14260 US

**Arrest Type:** CIP - Crime in Progress
**Status at Arrest:** Appearance Ticket
**Condition at Arrest:** Appearing Normal
**Items Seized at Arrest:** None

**Charges:**

| Law | Section | Name of Offense | Attempt | Counts | Class | Category |
|-----|---------|-----------------|---------|--------|-------|----------|
| PL | 240.20 06 | DIS/CON:REFUSING TO MOVE ON | N | 1 | | V |
| PL | 140.05 | TRESPASS | N | 1 | | V |
| PL | 240.35 05 | LOIT:ON SCHOOL GROND NO REASON | N | 1 | | V |

| | | |
|---|---|---|
| **Booking Start Time:** 05/02/2024 01:34 | **Booking #:** 24-00056-74 (A) | **RICI #:** 10273884 |
| **Booking End Time:** 05/02/2024 02:26 | **CJTN:** | **FBI #:** |
| **Arrest Date/Time:** 05/01/2024 20:22 | **RMS #:** 1826 | **NYSID #:** |

**Caution Flags:**

| | | |
|---|---|---|
| ☐ Armed | ☐ Contagious Disease | ☐ Violent When Intoxicated |
| ☐ Escape Risk | ☐ Violent | ☐ Mental Instability |
| ☐ Suicidal | ☐ Resists Arrest | |

**Sex:** Male
**Race:** White
**Ethnicity:** Non-Hispanic
**Eye Color:** Hazel
**Eye Defects:**
**Facial Features:**
**Disability:**
**S/M/T:** Mugshot:Front, Mugshot:Left Profile, Mugshot:Right Profile

**Hair Color:** Gray
**Hair Type:**
**Face:**
**Skin Tone:** Medium

**Weight:** 193 lbs
**Height:** 5'07
**Build:** Medium

RECEIVED

MAY 0 6 2024

**Defendant's Ph.#:**
**Religion:**
**Soc. Security #:**
**Marital Status:** Unknown
**Education:** High School

AMHERST TOWN COURT

**Arresting Officer:** UNY 0073    GALMARINI, Luke
**Arresting Officer:** UNY 38218356    TAKAC, Douglas

**Division/Precinct:**
**Fingerprintable:** N

**Booking Comments:**
Ayoub issued UAT for disorderly conduct, tresspass and loitering returnable to Amherst Town Court on 6/4/24 at 0900.

**Rolled Right Thumb**

No Image

**Signature of Arrestee:**

| **INITIAL REPORT TO COURT OF CRIMINAL CASE** | | | | | | | *Please print or type - Always complete items in Section 1* | | | | | UCS-501 03/2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**1. Arrest Data**

| 1 Name (Last, First, Middle) AYOUB, Jay M | | | | | | 1a Alias or Maiden Name: | | | | | 2 Criminal Justice Tracking No. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 3 NYSID No. | | 4 Date of Birth (MM/DD/YYYY) | | | 5 Arresting Officer GALMARINI, Luke | | | | 6 Arresting Agency ORI No. NY0146900 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 7 Arrest Date 05/01/2024 20:22 | | 8 Arrest No. | | | 9 Arrest Type 02 | | 10 Incident Date 05/01/2024 | | 11 Incident Place Trial Court(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 12 All Arrest Charges (Fingerprintable and Non-Fingerprintable | | | | | | | | | | 13 Expected Arraignment Date 06/04/2024 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Law | Article & Section | Sub Section | Cls | Cat | Deg | Att | Name of Offense | Cts | NCIC |
|---|---|---|---|---|---|---|---|---|---|
| PL | 240.20 | 06 | | V | 0 | N | DIS/CON:REFUSING TO MOVE ON | 1 | 5311 |
| PL | 240.35 | 05 | | V | 0 | N | LOIT:ON SCHOOL GROND NO REASON | 1 | 5399 |
| PL | 140.05 | | | V | 0 | N | TRESPASS | 1 | 5707 |

14 Arraignment Court & County TOWN OF AMHERST

15 Arraignment Court ORI NY014131J

**2. Seal**

16 CPL 160.50 Seal-Arrest Agency Case Closure Prior to Arraignment

☐ Arrest agency elects not to proceed further with the arrest. Seal arrest pursuant to CPL 160.50(3)(j).

Date:          Signature of Sgt. (or higher):

17 CPL 160.50 Seal - Prosecutor decides not to proceed with Case Prior to Arraignment

☐ Prosecutor elects not to proceed further with the case. Seal Arrest pursuant to CPL 160.50(3)(l).

Date:          Signature of Prosecutor:

RECEIVED

MAY 0 8 2024

AMHERST TOWN COURT

**INFORMATION SHEET**

DATE: _____ Jay M. Ayoub _____   TIME: 2214

FULL NAME: _____   DOB: _____

SEX: M    HEIGHT: 5'7"    EYES: Hazel

RACE: White    WEIGHT: 193    SS#: _____

SKIN TONE: Medium    HAIR: Gray    AGE: 62

PLACE OF BIRTH: Saudi Arabia

SCARS MARKS OR TATTOOS: N.

LOCAL ADDRESS: _____

LOCAL TELEPHONE: _____   CELL PHONE: _____

HOME ADDRESS: _____

HOME TELEPHONE: _____

DATE AND TIME OF ARREST: Flat loop -2105

CLOTHING WORN: Black long sleeve, khaki pants

CONDITION: Normal

OTHER:

BIRTH PLACE: _____   RIGHT/LEFT Handed Right

RECEIVED

MAY 0 6 2024

AMHERST TOWN COURT

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**                    **Index No._____**

---

IN THE MATTER OF THE CLAIM OF:                              Plaintiff(s)/Petitioner(s)
**JAY M. AYOUB**
                         vs
**ERIE COUNTY**
    et al                                        Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024,** at **12:51PM:,**at **2919 DELAWARE AVE TONAWANDA**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON   TOWN OF TONAWANDA**

☐**Individual**          By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐**Responsible**
   **Person**            By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐**Mail**               A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☒**Corporation**        by delivering to and leaving with **VICTORIA HARDICK**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐**LLC/LLP**            who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
   **To Door**          By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**           Deponent previously attempted to serve the above named defendant/respondent on;

   **Attempts**         at _____ on _____, _____M.

                        at _____ on _____, _____M.

                        at _____ on _____, _____M.

                        at _____ on _____, _____M.

**Description**         **60**years of age   **145**lbs.   **5**ft  **3**in.   _____ male   **X** female   **SALT/PEPPER** hair   **WHITE**skin.

                        _____other.

☒**Military**
   **Service**          To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

                        I affirm this_____ *3rd* _____day of_____ *Aug.* _____,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                        _____
                        Notary Not Required Pursuant to N.Y. CPLR 2106
                        **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**          **Index No._____**

IN THE MATTER OF THE CLAIM OF:                                    Plaintiff(s)/Petitioner(s)
**JAY M. AYOUB**
                    vs
**ERIE COUNTY**
      et al                                    Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.  I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024,** at **1:01PM:,**at **1835 SHERIDAN DR TONAWANDA NY**

deponent served the within  **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON   TOWN OF TONAWANDA POLICE DEPARTMENT**

☐**Individual**       By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐**Responsible**
  **Person**       By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐**Mail**       A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☑**Corporation**       by delivering to and leaving with **DAN KELTING**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐**LLC/LLP**       who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
  **To Door**       By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**       Deponent previously attempted to serve the above named defendant/respondent on;

  **Attempts**       at _____on _____, _____**M.**

            at _____on _____, _____**M.**

            at _____on _____, _____**M.**

            at _____on _____, _____**M.**

**Description**       **38**years of age   **175**lbs.   **5**ft   **10**in.   **X** male   _____ female   **BLACK** hair   **WHITE**skin.

            _____other.

☑**Military**
  **Service**       To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this _3ʳᵈ_ day of ___Aug.___ ,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**          **Index No.**_____

IN THE MATTER OF THE CLAIM OF:                                              Plaintiff(s)/Petitioner(s)
**JAY M. AYOUB**
                    VS
**ERIE COUNTY**
        et al                                            Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **2:17PM:**,at **5583 MAIN STREET WMSVL NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON   TOWN OF AMHERST**

☐ **Individual**       By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐ **Responsible**
    **Person**        By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐ **Mail**           A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ 2024.

☑ **Corporation**     by delivering to and leaving with **TIMOTHY KOLLER**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐ **LLC/LLP**        who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing**
    **To Door**       By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐ **Previous**        Deponent previously attempted to serve the above named defendant/respondent on;

    **Attempts**      at _____on _____, _____M.

                      at _____on _____, _____M.

                      at _____on _____, _____M.

                      at _____on _____, _____M.

**Description**       **42**years of age   **190**lbs.   **5**ft   **11**in.   **X** male   _____ female   **BROWN** hair   **WHITE**skin.

                      _____other.

☑ **Military**
    **Service**       To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this___**3ʳᵈ**___day of_____**Aug.**_____,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                      _____
                                                      Notary Not Required Pursuant to N.Y. CPLR 2106
                                                      **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____      **County of ERIE**      **Index No.**_____

_____

IN THE MATTER OF THE CLAIM OF:                                  Plaintiff(s)/Petitioner(s)
**JAY M. AYOUB**
              vs
**ERIE COUNTY**
    et al                                              Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024, at 1:37PM:,**at **500 JOHN JAMES AUDUBON PKWY AMHERST NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON   AMHERST POLICE DEPARTMENT**

☐**Individual**   By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐**Responsible**
**Person**   By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐**Mail**   A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☑**Corporation**   by delivering to and leaving with **AMY RELLINGER**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐**LLC/LLP**   who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
**To Door**   By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**   Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**   at _____on _____, _____M.

at _____on _____, _____M.

at _____on _____, _____M.

at _____on _____, _____M.

**Description**   **35**years of age   **135**lbs.   **5**ft   **6**in.   _____ male   **X** female   **DARK BROWN** hair   **WHITE**skin.

_____other.

☑**Military**
**Service**   To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this ___3rd___ day of ___Aug.___,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**

**Court: _____**          **County of ERIE**          **Index No._____**

---

IN THE MATTER OF THE CLAIM OF:                                    Plaintiff(s)/Petitioner(s)

**JAY M. AYOUB**
          vs
**ERIE COUNTY**
          et al                                    Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **11:58AM:**,at **95 FRANKLIN STREET (ROOM 1634) BFLO NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

## ON  ERIE COUNTY

☐ **Individual**       By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐ **Responsible Person**       By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐ **Mail**       A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☒ **Corporation**       by delivering to and leaving with **ERIC MARRIOTT ESQ**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐ **LLC/LLP**       who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing To Door**       By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐ **Previous**       Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**       at _____on _____, _____M.

       at _____on _____, _____M.

       at _____on _____, _____M.

       at _____on _____, _____M.

**Description**       <u>30</u>years of age   <u>150</u>lbs.   <u>5</u>ft   <u>6</u>in.   **X** male   _____ female   **BROWN** hair   **WHITE**skin.

       _____other.

☒ **Military Service**       To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this _3rd_ day of_ Aug. _,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court: _____**                    **County of ERIE**                    **Index No._____**

IN THE MATTER OF THE CLAIM OF:                                    Plaintiff(s)/Petitioner(s)
**JAY M. AYOUB**
                        vs
**ERIE COUNTY**
        et al                                        Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.  I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024,** at **11:46AM;**,at **10 DELAWARE AVE BFLO NY**

deponent served the within  **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON   ERIE COUNTY SHERIFFS OFFICE**

☐ **Individual**        By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐ **Responsible**
    **Person**        By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐ **Mail**        A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☑ **Corporation**        by delivering to and leaving with **DANIELLE METRO**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐ **LLC/LLP**        who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing**
    **To Door**        By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐ **Previous**        Deponent previously attempted to serve the above named defendant/respondent on;

    **Attempts**        at _____on _____, _____**M.**

                at _____on _____, _____**M.**

                at _____on _____, _____**M.**

                at _____on _____, _____**M.**

**Description**        **45**years of age   **160**lbs.   **5**ft   **7**in.   _____ male   **X** female   **BLONDE** hair   **WHITE**skin.

                _____other.

☑ **Military**
    **Service**        To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

                I affirm this _____3ʳᵈ_____ day of _____Aug._____,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                _____
                Notary Not Required Pursuant to N.Y. CPLR 2106
                **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**

**Court:** _____          **County of ERIE**          **Index No.**_____

---

IN THE MATTER OF THE CLAIM OF:                                    Plaintiff(s)/Petitioner(s)

**JAY M. AYOUB**
                    VS

**ERIE COUNTY**
    et al                                                        Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024, at 12:21PM:,**at **1100 CITY HALL BFLO NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

**ON  CITY OF BUFFALO**

☐ **Individual**      By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐ **Responsible Person**      By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐ **Mail**      A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☑ **Corporation**      by delivering to and leaving with **LINDA FABIAN**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐ **LLC/LLP**      who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing To Door**      By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐ **Previous Attempts**      Deponent previously attempted to serve the above named defendant/respondent on;

at _____on _____, _____M.

at _____on _____, _____M.

at _____on _____, _____M.

at _____on _____, _____M.

**Description**      **62**years of age   **120**lbs.   **5**ft  **3**in.   _____ male   **X** female   **GRAY** hair   **WHITE**skin.

_____other.

☑ **Military Service**      To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this_____day of_____,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Notary Not Required Pursuant to N.Y. CPLR 2106
**John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____          **County of ERIE**                    **Index No.** _____

---

IN THE MATTER OF THE CLAIM OF:                                    Plaintiff(s)/Petitioner(s)
**JAY M. AYOUB**
                                    VS
**ERIE COUNTY**
         et al                                    Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024**, at **12:13PM:**,at **68 COURT STREET BFLO NY**

deponent served the within **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

## ON **BUFFALO POLICE DEPARTMENT**

☐**Individual**    By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☐**Responsible**
   **Person**    By delivering to and leaving with _____, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_____ place of business_____ last known address within State.

☐**Mail**    A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024**.

☑**Corporation**    by delivering to and leaving with **KEERON JOHNSON**, said individual to be **AUTHORIZED INDIVIDUAL**.

☐**LLC/LLP**    who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
   **To Door**    By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**    Deponent previously attempted to serve the above named defendant/respondent on;

   **Attempts**    at _____on _____, _____M.

           at _____on _____, _____M.

           at _____on _____, _____M.

           at _____on _____, _____M.

**Description**    **25**years of age    **135**lbs.    **5**ft   **4**in.    _____ male   **X** female   **BLACK** hair    **BLACK**skin.

           _____other.

☑**Military**
   **Service**    To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

I affirm this _____*3rd*_____ day of _____*Aug.*_____ ,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                    _____
                                    Notary Not Required Pursuant to N.Y. CPLR 2106
                                    **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____                **County of ERIE**                **Index No.**_____

_____

IN THE MATTER OF THE CLAIM OF:                          Plaintiff(s)/Petitioner(s)
**JAY M. AYOUB**
                          vs
**ERIE COUNTY**
    et al                                              Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.  I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024,** at **4:04PM:,**at **68 COURT STREET BFLO NY**

deponent served the within  **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

## ON  POLICE OFFICER SEAN FORD/ BUFFALO POLICE DEPARTMENT

☐**Individual**        By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☑**Responsible**
**Person**        By delivering to and leaving with **KEERON JOHNSON/AUTH. INDIVIDUAL**, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place_✔_ place of business_____ last known address within State.

☐**Mail**        A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☐**Corporation**        by delivering to and leaving with _____, said individual to be _____.

☐**LLC/LLP**        who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
**To Door**        By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**        Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**        at _____on _____, _____**M.**

        at _____on _____, _____**M.**

        at _____on _____, _____**M.**

        at _____on _____, _____**M.**

**Description**        **25**years of age    **135**lbs.    **5**ft    **4**in.    _____ male    **X** female    **BLACK** hair    **BLACK**skin.

        _____other.

☑**Military**
**Service**        To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

        I affirm this_3ʳᵈ_____day of_____Aug___,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

        _____
        Notary Not Required Pursuant to N.Y. CPLR 2106
        **John R. MacCarrick**

## AFFIDAVIT/AFFIRMATION OF SERVICE

**State of New York**
**Court:** _____        **County of ERIE**                    **Index No.**_____

___

**IN THE MATTER OF THE CLAIM OF:**                              Plaintiff(s)/Petitioner(s)
**JAY M. AYOUB**
                        vs
**ERIE COUNTY**
    et al                                                  Defendant(s)Respondent(s)

The undersigned being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. I affirm the following to be true under the penalties of perjury pursuant to N.Y. C.P.L.R 2106:

That on **JULY 30TH,2024,** at **4:04PM:,**at **68 COURT STREET BFLO NY**

deponent served the within  **NOTICE OF CLAIM**
on which were set forth the Index No. herein, and the date of filing.

## ON  **POLICE OFFICER MICHAEL MARITATO/ BUFFALO POLICE DEPARTMENT**

☐**Individual**        By delivering a true copy thereof to said recipient personally: deponent knew the person so served to be the individual described therein.

☒**Responsible**
**Person**        By delivering to and leaving with **KEERON JOHNSON/AUTH. INDIVIDUAL**, a true copy thereof, a person of suitable age and discretion. Said premised being the defendant/respondent's _____ dwelling place__✗__ place of business_____ last known address within State.

☐**Mail**        A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal & Confidential", in a depository maintained by the U.S.P.S and mailed to the above address on _____ **2024.**

☐**Corporation**        by delivering to and leaving with _____, said individual to be _____.

☐**LLC/LLP**        who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐**Affixing**
**To Door**        By affixing a true copy thereof to the door, being the defendant/respondent's_____dwelling place _____place of business _____last known address within the State.

☐**Previous**        Deponent previously attempted to serve the above named defendant/respondent on;

**Attempts**        at _____on _____, _____M.

        at _____on _____, _____M.

        at _____on _____, _____M.

        at _____on _____, _____M.

**Description**        __25__years of age   __135__lbs.   __5__ft   __4__in.   _____ male   **X** female   **BLACK** hair   **BLACK**skin.

        _____other.

☒**Military**
**Service**        To the best knowledge, information and belief the said defendant at the time of service was not engaged in military service of the United States.

        I affirm this__3ʳᵈ__day of____*Aug.*___,2024 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

        _____
        Notary Not Required Pursuant to N.Y. CPLR 2106
        **John R. MacCarrick**