# EXHIBIT J

STATE OF NEW YORK
COURT OF CLAIMS

———————————————————————

In the Matter of the Claim of

JAZMINE C. FRAZIER,

                    Claimant,                                    **NOTICE OF MOTION FOR LEAVE**
                                                                 **TO FILE A LATE CLAIM**

        - against –

THE STATE OF NEW YORK,

                    Defendant.

———————————————————————

      **PLEASE TAKE NOTICE** that upon the annexed Affirmation of Robert M. Corp, Esq.,

dated April 30, 2025, the proposed Verified Claim attached thereto as Exhibit A, and the Affidavit

of Jazmine C. Frazier the undersigned will move this Court, at a term thereof to be held at the New

York State Court of Claims, for an order pursuant to Court of Claims Act § 10(6) granting leave

to file a late claim on behalf of Claimant Jazmine C. Frazier, and for such other and further relief

as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to CPLR 2214(b), answering

papers, if any, must be served upon the undersigned at least seven (7) days prior to the return date

of this motion.

6940763v1 - 074222.0001

1

2

Dated: April 30, 2025
        Buffalo, New York

ROBERT M. CORP, ESQ.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
rcorp@lglaw.com

6940763v1 - 074222.0001

2

STATE OF NEW YORK
COURT OF CLAIMS

_____

In the Matter of the Claim of

JAZMINE C. FRAZIER,

               Claimant,

    - against –

THE STATE OF NEW YORK,

               Defendant.

_____

**AFFIRMATION IN SUPPORT OF
MOTION FOR LEAVE TO FILE
A LATE CLAIM**

STATE OF NEW YORK   )
                   ) ss:
COUNTY OF ERIE      )

    Robert M. Corp, Esq., an attorney duly admitted to practice law in the Courts of the State of New York, affirms the following statements to be true under the penalties of perjury pursuant to CPLR Rule 2106:

    1.     I am an attorney at law duly licensed to practice law in the State of New York and am a partner with Lipsitz Green Scime Cambria LLP, attorneys for Claimant Jazmine C. Frazier. As such, I am fully familiar with the facts and circumstances set forth below.

    2.     I submit this Affirmation in support of Claimant's application for leave to file a late claim against the State of New York ("State") pursuant to Court of Claims Act § 10(6).

    3.     This motion is made contemporaneously with a Verified Claim detailing injuries sustained by Claimant during and after a peaceful student protest on May 1, 2024, on the campus of the State University of New York at Buffalo ("UB").

    4.     The proposed Verified Claim is annexed hereto as Exhibit A.

6940675v1 - 074222.0001

1

5.      The delay in filing this claim was neither willful nor the result of mere inattention. Rather, it arose from the exceptional and coercive circumstances Claimant faced in the aftermath of the protest.

6.      Specifically, Claimant was subjected to a retaliatory criminal prosecution initiated by the State University Police at Buffalo ("UBPD"), which remained pending for several months following the protest.

7.      On August 14, 2024, Amherst Town Justice Kara Buscaglia dismissed all charges against Claimant Frazier.  One week later, beginning on or about August 21, 2024, UB officials and UBPD took part in efforts to arrest Claimant Frazier through the re-filing of the previously dismissed charges against Claimant Frazier.  Despite knowledge of the identity of Claimant Frazier's criminal attorney, UB officials and UBPD participated in a harassment campaign against Claimant Frazier.  Claimant Frazier's criminal attorney later produced them for additional charges.

8.      The renewed criminal charges against Claimant Frazier were ultimately dismissed in their favor in late February 2025.

9.      Throughout the pendency of that prosecution, Claimant reasonably feared that pursuing civil legal action could jeopardize their liberty or provoke further retaliatory conduct by the same officers who falsely arrested and charged them.  These fears were objectively reasonable given the conduct alleged.

10.      The malicious prosecution functioned as a State-created impediment that prevented Claimant from asserting their rights in a timely manner.

11.      Upon dismissal of the charges, Claimant acted promptly and diligently to retain counsel, gather records, and prepare this motion.

12. The proposed claim has merit, as it sets forth facts supporting causes of action for excessive force, false arrest, malicious prosecution, negligence, and other injuries attributable to State employees acting within the scope of their employment.

13. The State had timely notice of the essential facts constituting the claim. Claimant was arrested, processed, and charged by uniformed UBPD officers, whose conduct was contemporaneously recorded and documented. The incident was part of a coordinated police operation conducted by UBPD, and the State was aware of its involvement from the outset. Furthermore, the State actively participated in the prosecution of Claimant, which was ultimately unsuccessful.

14. The State will not suffer substantial prejudice by the late filing, as relevant witnesses and evidence remain within its control. The delay has not impaired the State's ability to investigate or defend this matter.

15. The equities strongly favor permitting the filing, as the delay was directly caused by the conduct at issue in the claim—specifically, official misconduct, abuse of process, and actions that had a chilling effect on Claimant's First Amendment rights.

WHEREFORE, for the reasons set forth above and in the Verified Claim, Claimant respectfully requests that this Court grant leave to file a late claim pursuant to Court of Claims Act § 10(6), and grant such other and further relief as this Court deems just and proper.

I affirm this 30th day of April, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

6940675v1 - 074222.0001

3

4

_____
ROBERT M. CORP, ESQ.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
rcorp@lglaw.com

6940675v1 - 074222.0001

# EXHIBIT A

STATE OF NEW YORK
COURT OF CLAIMS

_____

In the Matter of the Claim of

JAZMINE C. FRAZIER,

                     Claimant,

          - against –

THE STATE OF NEW YORK,

                     Defendant.

_____

                               **VERIFIED CLAIM (Proposed for Filing Pursuant to Court of Claims Act § 10(6))**

PLEASE TAKE NOTICE, that JAZMINE C. FRAZIER, has and hereby makes claim against THE STATE OF NEW YORK, and in support of said claim states the following:

## I. Claimant and Attorney Information

1.      This proposed claim is filed for the purpose of seeking leave to include Claimant Jazmine C. Frazier in the joint Court of Claims action brought by other individuals harmed during the May 1, 2024 protest at the University at Buffalo.  If permission is granted, this claim will be joined with that coordinated action for purposes of discovery and adjudication.

2.      Claimant JAZMINE C. FRAZIER is a resident of Erie County, New York.

3.      Claimant's mailing address is: c/o Lipsitz Green Scime Cambria LLP 42 Delaware Avenue, Suite 120, Buffalo, New York 14202

4.      Claimant is represented by: LIPSITZ GREEN SCIME CAMBRIA LLP 42 Delaware Avenue, Suite 120 Buffalo, New York 14202 (716) 849-1333 Robert M. Corp, Esq.

## II. Defendant

5.      The State of New York is the sole proper defendant in the Court of Claims and is responsible for the conduct of its agencies and employees, including the State University of New

6934548v1 - 074223.0001

York at Buffalo and the State University Police at Buffalo ("UBPD"), a subdivision charged with policing UB's North Campus.

### III. Jurisdiction

6.      This Court has jurisdiction pursuant to Court of Claims Act §§ 8, 9, and 11, as the claim arises out of tortious conduct by State employees acting within the scope of their employment.

7.      Because no timely Notice of Intention to File a Claim was served by this Claimant, Claimant seeks leave to file this Verified Claim pursuant to Court of Claims Act § 10(6), by contemporaneous motion.

8.      The delay in filing this claim was neither willful nor the result of mere inattention. Rather, it arose from the exceptional and coercive circumstances Claimant faced in the aftermath of the protest.  Specifically, Claimant was subjected to a retaliatory criminal prosecution initiated by the State University Police at Buffalo ("UBPD"), which remained pending for several months following the protest.  On August 14, 2024, all charges against Claimant were dismissed. However, beginning on or about August 21, 2024, UBPD and UB officials refiled the previously dismissed charges, leading to additional legal proceedings that concluded with a dismissal in Claimant's favor in late February 2025.  Throughout the pendency of these prosecutions, Claimant reasonably feared that pursuing civil legal action could jeopardize their liberty or provoke further retaliatory conduct by the same officers who falsely arrested and charged them.  These fears were objectively reasonable given the conduct alleged.   The malicious prosecution functioned as a State-created impediment that prevented Claimant from asserting their rights in a timely manner. Upon dismissal of the charges, Claimant acted promptly and diligently to retain counsel, gather records, and prepare this motion.

### IV. Time and Place of Incident

9.      This claim arises from events that occurred on May 1, 2024, between approximately 7:00 p.m. and 9:00 p.m., on the North Campus of the University at Buffalo in Amherst, New York, in the vicinity of the "Flint Loop."

6934548v1 - 074223.0001

## V. Nature of the Claim

10. Claimant Jazmine C. Frazier was present at a peaceful student protest and stood in a protective circle of demonstrators. They linked arms in the protective circle while others prayed. Then, Jazmine evacuated the Flint Loop lawn in accordance with orders issued by Defendant's officers and joined arms with other protestors in a different location on campus.

11. While filming police conduct with their phone and linking arms with others, they were pushed in the right shoulder by a University Police officer. Their foot was positioned behind the officer's, causing them to lose balance and fall or be maneuvered to the ground, where they were tackled, flipped, and pinned under multiple officers.

12. Claimant was restrained by at least four officers and screamed "I can't breathe" as pressure was applied to their back, legs, and hips.

13. UBPD officers attempted to apply plastic zip-tie cuffs, which failed, resulting in a second takedown. Officers then applied a new set of zip ties, followed by metal handcuffs, both excessively tight.

14. Claimant sustained bruising and swelling to their wrists, hands, fingers, knees, and hips, along with abrasions and nerve pain.

15. Jazmine was offered no physical medical care at the scene, was detained and processed, and was issued an appearance ticket. The charges were later dropped.

16. Following the protest, Claimant was targeted by retaliatory criminal prosecution initiated and maintained by State employees. The baseless charges remained pending for months, causing psychological distress and impairing their ability to assert civil claims, advocate publicly, or participate in protest activity.

17. During the pendency of the retaliatory prosecution, Claimant reasonably feared that bringing civil claims would jeopardize their liberty or provoke further retaliatory action. They were intimidated by the prospect of further criminalization and had limited capacity to pursue their rights until the charges were finally dismissed.

18.     The conduct of State officers involved in the arrest included Chief Kimberly L. Beaty and Captain Jonathan Fletcher. Additional UBPD officers who planned, supervised, or carried out the arrests and use of force used on May 1, 2024, include:

a.   Deputy Chief Scott Marciszewski

b.   Lieutenant Christopher Kerr

c.   Officer Robert Adamski

d.   Officer Luke Galmarini

e.   Officer Christopher Gruttaria

f.   Officer Matthew Kostek

g.   Officer Gregory Kurowski

h.   Officer Alexis Pearce

i.   Officer Michael Puerner

j.   Officer Amy Revelas

k.   Officer Michael Saraceno

l.   Officer Christopher Sprigg

m.  Officer Douglas Takac

n.   Investigator Timothy Thompson

o.   Officer Kopacz (first name unknown)

p.   Lieutenant Bacon (first name unknown)

q.   Officer Majewski (first name unknown)

r.   Officer Will (first name unknown)

19.     These individuals, along with additional John Doe officers not yet identified, were acting within the scope of their employment as employees of the State of New York.  Their conduct constituted excessive force, false arrest, malicious prosecution, abuse of process, and negligence, and caused lasting physical, emotional, and dignitary harm.

20.     Claimant intends to join in the coordinated multi-claimant action arising from the May 1, 2024 protest, including the eleven Causes of Action set forth in the Verified Claim filed by co-

claimants.  If this motion is granted, Claimant respectfully requests permission to incorporate those causes by reference or to file an amended unified Claim consistent with the Court's directives.

## VI. Damages

21.    Claimant suffered:

   a.  Physical injuries, including joint, skin, and nerve trauma;

   b.  Psychological injuries, including anxiety, depression, and post-traumatic symptoms;

   c.  Medical and therapeutic costs, including psychological care;

   d.  Dignitary harm, from being pinned, restrained, prosecuted, and exposed;  and

   e.  Loss of liberty, reputational harm, and chilling of First Amendment activity.

22.    Total damages are claimed in an amount not less than $3,000,000.00, exclusive of interest, costs, and attorneys' fees.

WHEREFORE, Claimant requests that the State of New York honor and pay this claim in accordance with the law.

6934548v1 - 074223.0001

STATE OF NEW YORK
COURT OF CLAIMS

_____

In the Matter of the Claim of

JAZMINE C. FRAZIER,

               Claimant,

     - against –

THE STATE OF NEW YORK,

               Defendant.

_____

**AFFIDAVIT IN SUPPORT OF
MOTION FOR LEAVE TO FILE
A LATE CLAIM**

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF ERIE      )

I, JAZMINE C. FRAZIER, being duly sworn, depose and say:

1.     I am the Claimant in the above-captioned matter.

2.     On May 1, 2024, I participated in a peaceful protest on the North Campus of the State University of New York at Buffalo ("UB").

3.     During the protest, I was tackled, restrained, and arrested by officers of the State University Police at Buffalo ("UBPD") without justification.

4.     Following my arrest, I was subjected to a criminal prosecution initiated by UBPD. All charges were dismissed on August 14, 2024.

5.     Approximately one week later, on or about August 21, 2024, UBPD and UB officials refiled the previously dismissed charges against me, leading to additional legal proceedings that concluded with a dismissal in my favor in late February 2025.

6940871v1 - 074222.0001

1

6.     Throughout the pendency of these prosecutions, I feared that pursuing civil legal action could jeopardize my liberty or provoke further retaliatory conduct by the same officers who falsely arrested and charged me.

7.     These fears were reasonable given the conduct I experienced.

8.     The delay in filing this claim was neither willful nor the result of mere inattention. Rather, it arose from the exceptional and coercive circumstances I faced in the aftermath of the protest.

9.     Upon dismissal of the charges in February 2025, I acted promptly and diligently to retain counsel, gather records, and join this action.

10.     I respectfully request that the Court grant permission to file a late claim pursuant to Court of Claims Act § 10(6).

I affirm the foregoing statements are true under the penalties of perjury.

JAZMINE C. FRAZIER

Sworn to before me this
3𝟘 day of April, 2025

Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified In Erie County
My Commission Expires May 24, 20 𝟤𝟞

6940871v1 - 074222.0001

2

**COURT OF CLAIMS**
**STATE OF NEW YORK**

Date Filed: _____
Court Date: _____
Assigned Justice: _____

File No.: _____

Jazmine C. Frazier

Plaintiff(s)/Petitioner(s)

*VS.*

*The State of New York*

Defendant(s)/Respondent(s)

STATE OF New York        , COUNTY OF  ALBANY            SS.:

_____James Perone_____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On        **Thursday, May 1, 2025**    at    **1:30 PM** .
at        **Justice Building, Albany, NY 12211**            deponent served the within

**Court Notice Regarding Availability of Electronic Filing Court of Claims Cases witb Notice of Motion for Leave to File a Late Claim, Affirmation in Support of Motion for Leave to File a Late Claim with Exhibits**

on: _____        **New York State Attorney General** _____

_____**Defendant**_____    therein named.

CORPORATION ☒
#1

By delivering to and leaving with___**Amber Schofield, authorized to accept** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

DESCRIPTION ☒
#2

(use with #1, 2 or 3)

Sex: _Female_    Color of skin:___White___    Color of hair:_____Blonde_____    Age: _22 - 35 Yrs._    Height: _5' 4" - 5' 8"_
Weight: ___131-160 Lbs.___    Other Features: _____

#3 WIT. FEES
☐

$ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#4 OTHER
☐

Sworn to before me on this 1st day of May 2025

*H/hgß*

Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2028



James Perone

Job # S1924849

*Servico, Inc. P.O. Box 871, Albany, NY 12201*