# EXHIBIT K

STATE OF NEW YORK
COURT OF CLAIMS

In the Matter of the Claim of

JAZMINE C. FRAZIER,

                Claimant,

**VERIFIED CLAIM**
**(Filed Pursuant to Court of Claims Act §**
**10(6)and the Court's Decision and Order**
**filed December 12, 2025 (Motion No. M-**
**102177))**

    - against –

THE STATE OF NEW YORK,

                Defendant.

       PLEASE TAKE NOTICE, that JAZMINE C. FRAZIER, has and hereby makes claim against THE STATE OF NEW YORK, and in support of said claim states the following:

### I. Claimant and Attorney Information

       1.     This claim is filed pursuant to the Court's Decision and Order signed on October 15, 2025 and filed on December 12, 2025 (Motion No. M-102177), which granted Claimant leave to file and serve a late claim under Court of Claims Act § 10(6), arising from the May 1, 2024 protest at the University at Buffalo.

       2.     Claimant JAZMINE C. FRAZIER is a resident of Erie County, New York.

       3.     Claimant's mailing address is: c/o Lipsitz Green Scime Cambria LLP 42 Delaware Avenue, Suite 120, Buffalo, New York 14202

       4.     Claimant is represented by: LIPSITZ GREEN SCIME CAMBRIA LLP 42 Delaware Avenue, Suite 120 Buffalo, New York 14202 (716) 849-1333 Robert M. Corp, Esq.

### II. Defendant

7490362v1 - 074222.0001

5.      The State of New York is the sole proper defendant in the Court of Claims and is responsible for the conduct of its agencies and employees, including the State University of New York at Buffalo and the State University Police at Buffalo ("UBPD"), a subdivision charged with policing UB's North Campus.

## III. Jurisdiction

6.      This Court has jurisdiction pursuant to Court of Claims Act §§ 8, 9, and 11, as the claim arises out of tortious conduct by State employees acting within the scope of their employment.

7.      Because no timely Notice of Intention to File a Claim was served by this Claimant, Claimant is filing and serving this Verified Claim pursuant to Court of Claims Act § 10(6) and the Court's Decision and Order signed on October 15, 2025 and filed on December 12, 2025 (Motion No. M-102177).

8.      The delay in filing this claim was neither willful nor the result of mere inattention. Rather, it arose from the exceptional and coercive circumstances Claimant faced in the aftermath of the protest.  Specifically, Claimant was subjected to a retaliatory criminal prosecution initiated by the State University Police at Buffalo ("UBPD"), which remained pending for several months following the protest.  On August 14, 2024, all charges against Claimant were dismissed. However, beginning on or about August 21, 2024, UBPD and UB officials refiled the previously dismissed charges, leading to additional legal proceedings that concluded with a dismissal in Claimant's favor in late February 2025.  Throughout the pendency of these prosecutions, Claimant reasonably feared that pursuing civil legal action could jeopardize their liberty or provoke further retaliatory conduct by the same officers who falsely arrested and charged them.  These fears were objectively reasonable given the conduct alleged.   The malicious prosecution functioned as a State-created impediment that prevented Claimant from asserting their rights in a timely manner. Upon dismissal of the charges, Claimant acted promptly and diligently to retain counsel, gather records, and prepare this claim.

## IV. Time and Place of Incident

7490362v1 - 074222.0001

CLAIM NO. E26-6775

9.    This claim arises from events that occurred on May 1, 2024, between approximately 7:00 p.m. and 9:00 p.m., on the North Campus of the University at Buffalo in Amherst, New York, in the vicinity of the "Flint Loop."

## V. Nature of the Claim

10.    Claimant Jazmine C. Frazier was present at a peaceful student protest and stood in a protective circle of demonstrators. They linked arms in the protective circle while others prayed. Then, Jazmine evacuated the Flint Loop lawn in accordance with orders issued by Defendant's officers and joined arms with other protestors in a different location on campus.

11.    While filming police conduct with their phone and linking arms with others, they were pushed in the right shoulder by a University Police officer. Their foot was positioned behind the officer's, causing them to lose balance and fall or be maneuvered to the ground, where they were tackled, flipped, and pinned under multiple officers.

12.    Claimant was restrained by at least four officers and screamed "I can't breathe" as pressure was applied to their back, legs, and hips.

13.    UBPD officers attempted to apply plastic zip-tie cuffs, which failed, resulting in a second takedown. Officers then applied a new set of zip ties, followed by metal handcuffs, both excessively tight.

14.    Claimant sustained bruising and swelling to their wrists, hands, fingers, knees, and hips, along with abrasions and nerve pain.

15.    Jazmine was offered no physical medical care at the scene, was detained and processed, and was issued an appearance ticket. The charges were later dropped.

16.    Following the protest, Claimant was targeted by retaliatory criminal prosecution initiated and maintained by State employees. The baseless charges remained pending for months, causing psychological distress and impairing their ability to assert civil claims, advocate publicly, or participate in protest activity.

7490362v1 - 074222.0001

17.     During the pendency of the retaliatory prosecution, Claimant reasonably feared that bringing civil claims would jeopardize their liberty or provoke further retaliatory action.  They were intimidated by the prospect of further criminalization and had limited capacity to pursue their rights until the charges were finally dismissed.

18.     The conduct of State officers involved in the arrest included Chief Kimberly L. Beaty and Captain Jonathan Fletcher. Additional UBPD officers who planned, supervised, or carried out the arrests and use of force used on May 1, 2024, include:

   a. Deputy Chief Scott Marciszewski

   b. Lieutenant Christopher Kerr

   c. Officer Robert Adamski

   d. Officer Luke Galmarini

   e. Officer Christopher Gruttaria

   f. Officer Matthew Kostek

   g. Officer Gregory Kurowski

   h. Officer Alexis Pearce

   i. Officer Michael Puerner

   j. Officer Amy Revelas

   k. Officer Michael Saraceno

   l. Officer Christopher Sprigg

   m. Officer Douglas Takac

   n. Investigator Timothy Thompson

   o. Officer Kopacz (first name unknown)

   p. Lieutenant Bacon (first name unknown)

   q. Officer Majewski (first name unknown)

   r. Officer Will (first name unknown)

19.     These individuals, along with additional John Doe officers not yet identified, were acting within the scope of their employment as employees of the State of New York.  Their conduct

7490362v1 - 074222.0001

NYSCEF DOC. NO. 1 RECEIVED NYSCEF: 01/21/2026

constituted excessive force, false arrest, malicious prosecution, and caused lasting physical, emotional, and dignitary harm.

20. Claimant intends to join in the coordinated multi-claimant action arising from the May 1, 2024 protest, to the extent such coordination is permitted and/or directed by the Court, and Claimant asserts only the causes of action authorized by the Court's Decision and Order signed on October 15, 2025 and filed on December 12, 2025 (Motion No. M-102177): excessive force, false arrest, and malicious prosecution.

## VI. Damages

21. Claimant suffered:

   a. Physical injuries, including joint, skin, and nerve trauma;

   b. Psychological injuries, including anxiety, depression, and post-traumatic symptoms;

   c. Medical and therapeutic costs, including psychological care;

   d. Dignitary harm, from being pinned, restrained, prosecuted, and exposed; and

   e. Loss of liberty, reputational harm, and chilling of First Amendment activity.

22. Total damages are claimed in an amount not less than $3,000,000.00, exclusive of interest, costs, and attorneys' fees.

WHEREFORE, Claimant requests that the State of New York honor and pay this claim in accordance with the law.

7490362v1 - 074222.0001

CLAIM NO. E26-6775
Case 1:25-cv-00391-MAV    Document 79-12    Filed 01/30/26    Page 7 of 9
RECEIVED NYSCEF: 01/21/2026

DATED:    Buffalo, New York

January 21, 2026

_____

JAZMINE C. FRAZIER

LIPSITZ GREEN SCIME CAMBRIA LLP

By:   _____

ROBERT M. CORP, ESQ.

Attorneys for Claimant
Office and P.O. Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333

7490362v1 - 074222.0001

STATE OF NEW YORK    )

                          ) ss:

COUNTY OF ERIE       )

JAZMINE C. FRAZIER, being duly sworn deposes and says that JAZMINE C. FRAZIER is the claimant above named and makes this claim on behalf of JAZMINE C. FRAZIER. JAZMINE C. FRAZIER has read the foregoing claim and knows the contents thereof; the same is true to the knowledge of the claimant except for the matters herein alleged upon information and belief, and as to those matters, JAZMINE C. FRAZIER believes them to be true.

_____
JAZMINE C. FRAZIER

Sworn to before me on this

21st day of January 2026

_____
Notary Public

ROBERT M. CORP
NO. 02CO6432876
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 24, 2026

7490362v1 - 074222.0001

**AFFIDAVIT OF SERVICE**

Index #: 23-6775

| | |
|---|---|
| Date Filed: | _____ |
| Court Date: | _____ |
| Assigned Justice: | _____ |

**COURT OF CLAIMS**
**STATE OF NEW YORK**

File No.: _____

In the Matter of the Claim of *Jazmine C. Frazier*

*VS.*

**The State of New York**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF New York   , COUNTY OF  ALBANY          SS.:

_____Maxwell Schuster_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On       **Friday, January 23, 2026**       at      **10:55 AM** .
at          **Justice Building , Albany, NY 12211**          deponent served the within

**Verified Claim with Court Notice Regarding Availability of Electronic Filing Court of Claims Cases**

on: _____ **New York State Attorney General** _____

_____ **Defendant** _____ therein named.

**CORPORATION #1** ☒ By delivering to and leaving with___ **Amber Schofield, authorized to accept** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**DESCRIPTION #2** ☒ Sex: _Female_   Color of skin: _White_   Color of hair: _Blonde_   Age: _22 - 35 Yrs._   Height: _5' 4" - 5' 8"_
(use with #1, 2 or 3)   Weight: _131-160 Lbs._   Other Features:

**#3 WIT FEES** ☐ $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER** ☐

Sworn to before me on this 23rd day of January 2026

*HMgb*

Heather Morigerato
Notary Public, State of New York
No. 01MO6261464
Qualified in Albany County
Commission Expires May 14, 2028



Maxwell Schuster

Job # S1937036

***Servico, Inc. P.O. Box 871, Albany, NY 12201***