

The Liberty Building
424 Main Street, Suite 1300
Buffalo, New York 14202
P: 716.849.8900 F: 716.855.0874
hurwitzfine.com

**Stephen M. Sorrels, Esq.**
SMS@hurwitzfine.com

April 28, 2026

Honorable Meredith A. Vacca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      RE:    *Yousef Ahmed, et al. City of Buffalo, et al*
              Index No.: 1:25-cv-00391 (JLS)

Dear Judge Vacca:

My office represents the Town of Amherst, Captain Kari McFayden, Captain Charles Persons, Lieutenant Matthew Lobuglio, Lieutenant Craig Pelt, Investigator Richard Walter, Officer Brett Christmann, Officer Michael Kubek, Officer Patrick Luvender, Officer Joshua Militello, and Officer Derek Neuman in this matter.

Please be advised that counsel for these Defendants and the Plaintiffs have reached an agreement in principle to settle the above-referenced matter. The parties are currently in the process of preparing the settlement documentation and anticipate filing the appropriate stipulation of dismissal upon completion of the settlement terms.

In light of the upcoming oral argument on April 29, 2026, concerning the motion to dismiss, the settling Defendants respectfully submit this notice to advise the Court of their resolution. The parties do not seek to affect the scheduled proceedings as to the non-settling Defendants and will promptly file the appropriate dismissal papers upon execution of the settlement agreement.

The parties appreciate the Court's attention to this matter and will promptly update the Court upon execution of the settlement agreement and filing of the necessary closing documents.

Respectfully,

*Stephen M. Sorrels*

Stephen M. Sorrels

SMS/mmi

Locations:  Buffalo (headquarters) • Albany • Albion • Amherst • Hartford, CT
Melville • Niagara Falls • Rochester • Utica • FAX/EMAIL NOT FOR SERVICE

